**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-00946-RBJ

MARC JOSEPH, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., CHRISTOPHER A. WRIGHT, MICHAEL STOCK, CARY D. STEINBECK, WILLIAM F. KIMBLE, PETER A. DEA, N. JOHN LANCASTER, JR., BRETT STAFFIERI, KEN BABCOCK, JESAL SHAH, MORGAN STANLEY & CO. LLC, GOLDMAN SACHS & CO. LLC, WELLS FARGO SECURITIES, LLC, CITIGROUP GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, EVERCORE GROUP L.L.C., PIPER SANDLER & CO., TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC, HOULIHAN LOKEY CAPITAL, INC., INTREPID PARTNERS, LLC, PETRIE PARTNERS SECURITIES, LLC, SUNTRUST ROBINSON HUMPHREY, INC., RIC ENERGY IV DIRECT PARTNERSHIP, L.P., and RIC IV LIBERTY HOLDINGS, L.P.,

    Defendants.

---

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF CIPRIANO CORREA TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

---

I, Phillip Kim, declare as follows:

1.    I am an attorney admitted to practice in the State of New York and before this Court. I am an attorney at The Rosen Law Firm, P.A., counsel for Cipriano Correa ("Movant"). I submit this declaration in support of Movant's motion to appoint lead plaintiff and approve Movant's selection of counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

    EXHIBIT 1:   PSLRA Early Notice;

    EXHIBIT 2:   Movant's PSLRA certification;

1

EXHIBIT 3:     Movant's Loss Chart; and

EXHIBIT 4:     The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing

is true and correct.

Executed June 2, 2020.


*/s/ Phillip Kim*
Phillip Kim

**CERTIFICATE OF SERVICE**

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On June 2, 2020, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF CIPRIANO CORREA TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on June 2, 2020.

*/s/ Phillip Kim*
Phillip Kim

3