# Exhibit 3

**Liberty Oilfield Services Inc. Loss Chart**

| Name | Date Purchased | Shares | Price per share (Capped at IPO price of $17.00) | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $2.48 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Correa, Cipriano | 2/7/2018 | 1,000 | ($21.38) | ($17,000) | | | | | 1,000 | $2,480.00 | ($14,520) | |