**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-00946-RBJ

CIPRIANO CORREA, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

      Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR STATE COURT PLAINTIFF TO FILE SUPPLEMENTAL AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

---

Defendants[1] file this Unopposed Motion for State Court Plaintiff to File Supplemental Amicus Curiae Brief in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint (the "Unopposed Motion"), and state as follows:

**STATEMENT OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1, counsel for Defendants communicated with counsel for Plaintiff on October 26, 2020 to confer in good faith regarding this motion.  Plaintiff's counsel stated that Plaintiff does not oppose the relief requested herein.

---

[1] Defendants are Liberty Oilfield Services Inc. ("Liberty"); Christopher A. Wright, Michael Stock, Cary D. Steinbeck, William F. Kimble, Peter A. Dea, N. John Lancaster, Jr., Brett Staffieri, Ken Babcock, Jesal Shah ("Individual Defendants"); Morgan Stanley & Co., LLC, Goldman Sachs & Co., LLC, Wells Fargo Securities, LLC, Citigroup Global Markets Inc., J.P. Morgan Securities, LLC, Evercore Group LLC, Piper Sandler & Co. (f/k/a Piper Jaffrey & Co.), Tudor, Pickering, Holt & Co. Securities, LLC (f/k/a Tudor, Pickering, Holt & Co. Securities, Inc.), Houlihan Lokey Capital, Inc., Intrepid Partners, LLC, Petrie Partners Securities, LLC, SunTrust Robinson Humphrey, Inc. ("Underwriter Defendants"); and R/C Energy IV Direct Partnership, L.P. and R/C IV Liberty Holdings, L.P. ("Riverstone Defendants").

## <u>ARGUMENT IN SUPPORT OF MOTION</u>

As Defendants previously reported, this case and the case *Marshall Cobb v. Liberty Oilfield Services Inc., et al.*, Case No. 2020-CV-30983, filed on March 11, 2020 in the District Court of Denver County (Hon. Andrew P. McCallin) (the "State Case"), assert the same claims, based on the same allegations, on behalf of the same putative class, against the same Defendants.  *See* ECF No. 63.

The State Case, however, contains personal jurisdiction disputes that are not present in this case.  As a result, most Defendants filed motions to dismiss for lack of personal jurisdiction in the State Case.  Those personal jurisdiction motions have not been fully briefed, and Defendants anticipate that it will still be at least several months before they are resolved.  Recognizing that resolving the personal jurisdiction disputes in the State Case might take some time, that it logically makes sense to resolve jurisdiction before considering motions to dismiss for failure to state a claim, and that it would be inefficient and risk inconsistent rulings for both courts to consider the latter at the same time, Judge McCallin ordered Defendants to file any motions to dismiss for failure to state a claim in this case but not in the State Case.  *See* Ex. A.  Accordingly, Defendants filed their Motion to Dismiss in this case on October 8, 2020.  ECF No. 64.

To address state plaintiff Marshall Cobb's (the "State Plaintiff") interest in how the Motion to Dismiss in this case is resolved—which could affect his claims in the State Case—Judge McCallin further ordered Defendants to "consent to and seek approval to permit Plaintiff's counsel in [the State Case] to participate in briefing and opposition to any motion filed in the Federal Case under Rule 12 of the Federal Rules of Civil Procedure."  Ex. A.  In compliance with Judge McCallin's order, Defendants, Plaintiff, and the State Plaintiff have conferred regarding the State

Plaintiff's participation in the dismissal briefing in this case and have agreed, subject to the Court's approval, on a method for the State Plaintiff to participate in briefing on Defendants' Motion to Dismiss.

Specifically, Defendants request that the State Plaintiff be permitted to file a supplemental amicus brief of up to ten pages in support of Plaintiff's opposition to Defendants' Motion to Dismiss. The parties propose that the State Plaintiff's supplemental brief would be filed on November 23, 2020, one week following Plaintiff's opposition, which is due on November 16. *See* ECF Nos. 46, 50. Defendants would then address in a single reply brief both (i) Plaintiff's opposition, and (ii) the State Plaintiff's supplemental amicus brief.

"District courts have the discretion to authorize participation by *amici curiae*. . . . The participation of *amicus curiae* is desirable if . . . the resolution of the case will affect the *amicus curiae*'s interests in a different lawsuit . . . ." *Hale v. Marques*, 2020 WL 2309619, at *17 (D. Colo. Feb. 3, 2020) (citations and quotation marks omitted). The resolution of Defendants' Motion to Dismiss in this case is likely to affect the State Plaintiff's interest in the State Case, which asserts the same claims on behalf of the same putative class as this case.

WHEREFORE, Defendants respectfully request that the Court grant this Unopposed Motion and enter the Proposed Order submitted herewith.

Dated: October 28, 2020

Respectfully submitted,

/s/ Lee F. Johnston
Lee F. Johnston, No. 27897
HAYNES AND BOONE, LLP
1050 17th Street, Suite 1800
Denver, Colorado 80265
Phone: 303.382.6200
Fax: 303.382.6210
lee.johnston@haynesboone.com

R. Thaddeus Behrens
Daniel H. Gold
Matthew A. McGee
Benjamin G. Goodman
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: 214.651.5000
Fax: 214.651.5940
thad.behrens@haynesboone.com
daniel.gold@haynesboone.com
matt.mcgee@haynesboone.com
benjamin.goodman@haynesboone.com

*Attorneys for Liberty, the Individual
Defendants, and the Riverstone Defendants*

/s/ William Leone
William Leone, No. 11403
NORTON ROSE FULBRIGHT US LLP
1225 17th Street, Suite 3050
Denver, Colorado 80202
Phone: 303.801.2750
Fax: 303.801.2777
william.leone@nortonrosefulbright.com

Brian S. Weinstein
Alexander Bystryn
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Phone: 212.450.4972
Fax: 212.701.5972
brian.weinstein@davispolk.com
alexander.bystryn@davispolk.com

*Attorneys for the Underwriter Defendants*

## CERTIFICATE OF SERVICE

I certify that on October 28, 2020, a copy of the foregoing document was filed and served

via the CM/ECF system on all parties of record.

/s/ Lee F. Johnston
Lee F. Johnston

*Attorney for Liberty, the Individual Defendants, and
the Riverstone Defendants*