## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-00946-RBJ

CIPRIANO CORREA, Individually and on Behalf of All Others Similarly Situated,

     Plaintiff,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

     Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR STATE COURT PLAINTIFF TO FILE SUPPLEMENTAL AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' AMENDED CLASS ACTION COMPLAINT**

Pending before the Court is Defendants' Unopposed Motion for State Court Plaintiff to File Supplemental Amicus Curie Brief in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Class Action Complaint (the "Motion"). Having considered the Motion, and finding no opposition thereto, the Court finds that the Motion should be and hereby is GRANTED in its entirety.

It is ORDERED that the plaintiff in the case captioned *Marshall Cobb v. Liberty Oilfield Services Inc., et al.*, Case No. 2020-CV-30983, filed on March 11, 2020 in the District Court of Denver County, may file by November 23, 2020 a supplemental brief of no more than ten pages in opposition to Defendants' Motion to Dismiss (ECF No. 64).

DATED this _____ day of _____, 2020.

                                    BY THE COURT:

                                    _____

                                    R. Brooke Jackson
                                    United States District Judge