## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-00946-RBJ

CIPRIANO CORREA, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

    Defendants.

---

### STIPULATION FOR PLAINTIFF TO AMEND COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)

---

The parties respectfully submit this stipulation to permit Plaintiff to file a second amended complaint, pursuant to Fed. R. Civ. P. 15(a)(2), for the sole purpose of joining Marc Joseph[1] as a named plaintiff. A copy of Plaintiff's proposed second amended complaint is attached hereto as Exhibit A, and a redline showing the proposed changes from the previous amended complaint are attached hereto as Exhibit B.

The parties agree that Defendants, all of whom have answered the complaint (*see* Dkt. Nos. 83-85), need not file further answers to the second amended complaint. Defendants' currently filed answers shall be deemed to be their answers to the second amended complaint.

Notwithstanding this stipulation, Defendants reserve all rights and arguments that they may have as to Mr. Joseph's adequacy as a class representative and all other defenses and arguments to his claims in the case.

The parties respectfully request that the Court grant this stipulation and enter the Proposed Order submitted herewith.

---

[1] Mr. Joseph filed the initial complaint in this action. *See* Dkt. No. 1.

- 1 -

Dated: October 7, 2021

Respectfully submitted,

/s/ Yu Shi

Yu Shi
Laurence Rosen
THE ROSEN LAW FIRM, P.A.
275 Madison Ave., 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827
yshi@rosenlegal.com
lrosen@rosenlegal.com

*Attorney for Plaintiff*

/s/ Lee F. Johnston

Lee F. Johnston, No. 27897
HAYNES AND BOONE, LLP
1050 17th Street, Suite 1800
Denver, Colorado 80265
Phone: 303.382.6200
Fax: 303.382.6210
lee.johnston@haynesboone.com

R. Thaddeus Behrens
Daniel H. Gold
Matthew A. McGee
Benjamin G. Goodman
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: 214.651.5000
Fax: 214.651.5940
thad.behrens@haynesboone.com
daniel.gold@haynesboone.com
matt.mcgee@haynesboone.com
benjamin.goodman@haynesboone.com

*Attorneys for Liberty, the Individual Defendants, and the Riverstone Defendants*

/s/ William Leone

William Leone
NORTON ROSE FULBRIGHT US LLP
1225 Seventeenth Street, Suite 3050
Denver, Colorado 80202
Phone: 303.801.2750
william.leone@nortonrosefulbright.com

Brian S. Weinstein
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Phone: 212.450.4972
Fax: 212.701.5972
brian.weinstein@davispolk.com

*Attorneys for the Underwriter Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on October 7, 2021, a copy of the foregoing document was filed and served via the CM/ECF system on all parties of record.

*/s/ Yu Shi*
Yu Shi

*Attorney for Plaintiff*