**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-00946-RBJ

CIPRIANO CORREA, Individually and on Behalf of All Others Similarly Situated,

 Plaintiff,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

 Defendants.

---

**[PROPOSED] ORDER ON STIPULATION FOR PLAINTIFF TO AMEND
COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2)**

---

Pending before the Court is the parties' Stipulation for Plaintiff to Amend Complaint Pursuant to Fed. R. Civ. P. 15(a)(2) ("Stipulation"). Having considered the Stipulation, the Court GRANTS the Stipulation in its entirety.

It is ORDERED that: (1) Plaintiff shall file his second amended complaint no later than 3 days from the date of this order; (2) Defendants need not file further answers to the second amended complaint as Defendants' currently filed answers are deemed to be their answers to the second amended complaint; and (3) notwithstanding the Stipulation, Defendants reserve all rights and arguments that they may have as to Marc Joseph's adequacy as a class representative and all other defenses and arguments to his claims in the case.

DATED this _____ day of October, 2021.

        BY THE COURT:

        _____
        R. Brooke Jackson
        United States District Judge