**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-00946-RM-NYW

CIPRIANO CORREA, et al., Individually and on Behalf of All Others Similarly Situated,

     Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

     Defendants.

**DECLARATION OF MATTHEW A. MCGEE IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Matthew A. McGee, declare as follows:

1.     I am admitted to practice law in the United States District Court for the District of Colorado pursuant to D.C.COLO.L.AttyR 3 and am an attorney with the law firm Shearman & Sterling LLP, counsel for Liberty Oilfield Services Inc. ("Liberty"), the Individual Defendants, and the Riverstone Defendants in the above-captioned action.[1]  I am over 18 years of age and am fully competent in all respects to make this Declaration.  I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Opposition").  I have personal knowledge of the facts stated herein, or they are known to me in my capacity as an attorney with Shearman & Sterling LLP, and each of them is true and correct.

2.     Exhibit A to the Opposition is a true and correct copy of the Class Certification Expert Report of Lucy P. Allen, dated January 14, 2022.

---

[1]    The Individual Defendants are Christopher A. Wright, Cary D. Steinbeck, William F. Kimble, N. John Lancaster, Jr., Brett Staffieri, Ken Babcock, and Jesal Shah.  The Riverstone Defendants are R/C Energy IV Direct Partnership, L.P. and R/C IV Liberty Holdings, L.P.

3.      Exhibit B to the Opposition is a true and correct copy of excerpts of Liberty's Prospectus dated January 11, 2018 and filed with the Securities and Exchange Commission ("SEC") on January 16, 2018 in connection with Liberty's initial public offering ("IPO").  The full document is publicly available on the SEC's web site at https://www.sec.gov/Archives/edgar/data/1694028/000119312518010251/d313047d424b4.htm.

4.      Exhibit C to the Opposition is a true and correct copy of Plaintiff's Objections and Responses to the Liberty and Riverstone Defendants' First Set of Interrogatories, dated November 5, 2021.

5.      Exhibit D to the Opposition is a true and correct copy of the transcript of the Deposition of Cipriano Correa, dated December 10, 2021.

6.      Exhibit E to the Opposition is a true and correct copy of the transcript of the Deposition of Marc Joseph, dated December 14, 2021.

7.      Exhibit F to the Opposition is a true and correct copy of the Evercore ISI Report on Liberty Oilfield Services Inc., issued on February 6, 2018.

8.      Exhibit G to the Opposition is a true and correct copy of the Morgan Stanley Report on Liberty Oilfield Services Inc., dated February 6, 2018.

9.      Exhibit H to the Opposition is a true and correct copy of the J.P. Morgan Report on Liberty Oilfield Services, issued February 6, 2018.

10.     Exhibit I to the Opposition is a true and correct copy of the Wells Fargo Report on Liberty Oilfield Services Inc., dated February 6, 2018.

11.     Exhibit J to the Opposition is a true and correct copy of the Citi Report on Liberty Oilfield Services Inc., dated February 6, 2018.

12. Exhibit K to the Opposition is a true and correct copy of the Goldman Sachs Report on Liberty Oilfield Services Inc., dated February 6, 2018.

13. Exhibit L to the Opposition is a true and correct copy of the Cowen Report on Liberty Oilfield Services Inc., dated February 7, 2018.

14. Exhibit M to the Opposition is a true and correct copy of Liberty's Form 8-K filed with the SEC on May 7, 2018.

15. Exhibit N to the Opposition is a true and correct copy of Liberty's Form 8-K filed with the SEC on August 2, 2018.

16. Exhibit O to the Opposition is a true and correct copy of Liberty's Form 8-K filed with the SEC on October 31, 2018.

17. Exhibit P to the Opposition is a true and correct copy of Liberty's Form 8-K filed with the SEC on February 6, 2019.

18. Exhibit Q to the Opposition is a true and correct copy of the Bank of America Report on Liberty Oilfield Services Inc., dated October 23, 2019.

19. Exhibit R to the Opposition is a true and correct copy of Liberty's Form 8-K filed with the SEC on February 6, 2020.

20. Exhibit S to the Opposition is a true and correct copy of the Rosen Law Firm's press release titled "ROSEN, A LEADING LAW FIRM, Announces Investigation of Securities Claims Against Liberty Oilfield Services Inc.," published March 16, 2020, and Exhibit 3 to the Depositions of Marc Joseph and Cipriano Correa.

21. Exhibit T to the Opposition is a true and correct copy of excerpts of Liberty's Form 10-K filed with the SEC on February 28, 2019. The full document is publicly available on

the SEC's web site at

https://www.sec.gov/Archives/edgar/data/0001694028/000169402819000015/libertyoilfield1231
201810-k.htm.

22.     Exhibit U to the Opposition is a true and correct copy of Liberty's Form 8-K filed
with the SEC on April 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of January, 2022.

