# EXHIBIT F

# Evercore ISI

**Energy | Oilfield Services, Equipment & Drilling**

**February 6, 2018**

## LIBERTY OILFIELD SERVICES INC

LBRT | $20.90

**OUTPERFORM | TARGET PRICE: $30.00**

**Initiating Coverage**

**James West**
212-653-9047
James.West@evercoreisi.com

**Cameron Schnier, CFA**
212-653-9041
Cameron.Schnier@evercoreisi.com

**Blake Gendron**
212-653-9050
Blake.Gendron@evercoreisi.com

**Alex Nuta**
212-653-9044
Alex.Nuta@evercoreisi.com

### Company Statistics

| | |
|---|---|
| Market Capitalization (M): | $2,424 |
| Shares Outstanding (M): | 118 |
| Float (M): | 118 |
| Enterprise Value (M): | $2,369 |
| Fiscal Year End | Dec |

### Earnings Summary

| | | 2017E | 2018E | 2019E |
|---|---|---|---|---|
| EPS | | **$1.48** | **$3.00** | **$3.30** |
| Revenue (M) | 1Q | $252.4A | $530.7 | $658.3 |
| | 2Q | $346.7A | $591.3 | $699.8 |
| | 3Q | $441.9A | $617.8 | $736.4 |
| | 4Q | $447.1 | $620.1 | $728.6 |
| | FY | **$1,488.1** | **$2,359.9** | **$2,823.2** |
| EBITDA (M) | 1Q | $23.7A | $115.8 | $148.4 |
| | 2Q | $59.1A | $133.6 | $160.3 |
| | 3Q | $91.2A | $140.1 | $168.4 |
| | 4Q | $91.4 | $140.4 | $166.9 |
| | FY | **$265.4** | **$529.9** | **$643.9** |

### 1 Year Price History



Liberty Oilfield Services INC vs. S&P 500

*Source: FactSet*

## 'Libertizing' The US Shale Paradigm - Initiate At Outperform With $30 PT

**BDFC making good on its throughput promise.** Liberty Oilfield Services (LBRT) is a pure-play pressure pumper that predominantly operates in the Rockies, Permian, and Eagle Ford basins. With 19 spreads active at the end of 2017, the company aims to leverage its industry-leading cash generation to add three new spreads by the end of 2Q18, and we believe that favorable market conditions will prompt the company to expand further through 2H18 and 2019. Painted on the wall of the Bakken field base are the letters 'BDFC', the original company ticker by which the company asserts itself as the "Best Dang Frac Company". The company has proven this to be true, having achieved industry-leading throughput and annualized EBITDA/spread since 2Q17. We are firm believers in BDFC.

**Investment Thesis - The gold standard of operational execution.** LBRT capitalizes on a combination of unique customer/basin exposure and harnesses its technological prowess to pace the rest of the pressure pumping field in key facets:

- **Frac market continues to tighten** - Resilient rig count and service intensity gains have already led to severe HHP under supply within the tightest OFS subsector. This serves to bolster pricing power in 2018 and provides an activity moat in case commodity prices surprise to the downside.

- **Best-in-class throughput and cash generation** - We estimate that LBRT achieves ~60% higher stages/crew/month than the U.S. average, which supports industry-leading annualized EBITDA/crew. This 'throughput story' serves as the basis for our premium EV/HHP multiple and gives us confidence in the strong cash yield projected for 2018 and 2019 (7% and 9% based on our PT), which de-risks our growth targets.

- **A strong technological moat** - LBRT management takes an academic approach to 'cracking rock', and offers a bevy of key technologies that drive incremental margin capture. The Quiet Fleet, Spirit Fluid Systems, and 'Fraconomics' software/database all contribute to superior profitability, while the VorTeq missile represents the most substantial tech catalyst.

- **In-line EV/EBITDA + throughput = EV/HHP premium** - We believe that the advantaged throughput should garner an EV/HHP premium, and the discount implies significant upside to the peer group.

**We are initiating LBRT with a rating of Outperform and a price target of $30 based on 5.5x 2019 EBITDA of $644 million.**

Risks to our estimates and price target include potential commodity/E&P spending weakness. Within the peer group, lack of pricing discipline and the potential to 'overbuild' pressure pumping equipment also represent risks to broader market conditions.

Please see the analyst certification and important disclosures on page 22 of this report. Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2018. Evercore Group L.L.C. All rights reserved.

February 6, 2018

## Contents

Investment Highlights ........................................................................................................................................... 2

Frac Macro Remains Strong As The Shale Revolution Hits Its Stride.............................................................. 3

Dissecting The Execution Story......................................................................................................................... 6

Technology Is In The LBRT DNA ...................................................................................................................... 8

Born In The Rockies – Basin/Customer Exposure .......................................................................................... 10

Overview & History Of The BDFC .................................................................................................................... 11

Management Team With Technological Prowess ............................................................................................. 12

Balance Sheet Firepower Backed By Strong Cash Flow................................................................................. 13

Valuation – HHP Premium Warranted For Throughput ................................................................................... 14

Appendix: Risks ............................................................................................................................................... 16

Appendix: Financial Statements ...................................................................................................................... 17

Evercore ISI

## Investment Highlights

- **Pure-play pressure pumper and the gold standard for execution:**
  - In terms of stages/month and annualized EBITDA/crew, LBRT boasts the highest demonstrated execution of all of the publicly-traded peers.
  - LBRT maintains ~5% share of the active pressure pumping market, and hopes to expand this position through organic fleet growth and superior service quality.

- **The macro remains strong in the current Shale Revolution paradigm:**
  - Operators continue to drill and complete longer laterals with increased stimulated stages per lateral foot, driving demand through bigger jobs and longer time on site.
  - Standardized fleet adds to "plug and play" modularity of LBRT's equipment and employees for maximum HP flexibility.

- **Technology differentiation further enhances margins and cash flow:**
  - The Quiet Fleet is a proprietary differentiator in the DJ basin, where the state of Colorado regulates the amount of noise created by D&C activities.
  - Liberty's vast well database and Fraconomics software allow the company to offer highly accretive consultancy services in helping customers design completions.
  - The company's Spirit Fluid Systems bridge the gap between slickwater and gel fracs for optimized proppant placement, driving substantial incremental margin.
  - As an early ERII partner in field testing the VorTeq missile, LBRT is licensed to acquire up to 20 VorTeq missiles and leverage the estimated $5/boe cost reduction to enhance share and lower opex.

- **Alignment with the most efficient customers for the purpose of achieving industry-leading throughput:**
  - Customers frequently incorporate LBRT input in terms of job planning and sub-contracting of 3rd party services, which boosts wellsite efficiency.

- **Tightening Frac Market To Drive Pricing Gains:**
  - Service intensity gains (longer laterals, more stages, higher proppant loading) will increase industry HP attrition.'
  - Leading edge pricing is already up 30-40% from the trough, and is expected to continue to move higher.

- **Established, but flexible, supply chain:**
  - Partners with PropX in key basins to deliver differentiated procurement/LML services.
  - Working on additional software-related innovations to drive additional efficiencies into the sand supply chain.

- **Valuation:**
  - We rate the shares Outperform with a $30 PT based on 5.5x 2019E EBITDA of $644 million, implying 36% upside.

- **Financial Flexibility:**
  - Pro-forma net debt <0.4x LTM EBITDA and strong cash flow serve as the basis for <u>both</u> ambitious growth targets and shareholder returns.
  - FCF Yield of 7% and 9% (based on our $30PT)

3

EVERCORE ISI

# Frac Macro Remains Strong As The Shale Revolution Hits Its Stride

**The Shale Revolution – Service intensity raising the barriers to entry into a traditionally commoditized OFS subsector.** Pressure pumping remains a relatively fragmented OFS subsector compared to more technologically-nuanced segments, but the 'art' of fracturing tight rock under extreme pressures and temperatures is becoming increasingly hard on the active fleet. HHP per well is scaling with the sheer sand, water, and chemical requirements, and the multiplicative effect of longer laterals, stage down spacing, and tighter well spacing is ramping up both the revenue opportunity and capital intensity of pressure pumping. To this end, the *current* frac paradigm is unprecedented with respect to 1) formidable barriers to entry for high-intensity work (with respect to HHP requirements and also crew experience), and 2) attrition of the active fleet (which we believe is not properly accounted for in the majority of supply/demand models). Moreover, E&Ps are increasingly placing an onus on completion optimization; this has led a handful of forward-thinking OFS participants to differentiate on the technology front, both on the subsurface and below the wellhead. Logistics continue to be a challenge, and the value of an established supply chain is certainly baked into market multiples of the comp group. Taken altogether, the notion that any mom-and-pop with capital can purchase equipment and enter the market, at least the high-intensity market *that matters*, is somewhat of an antiquated viewpoint.

**Figure 1.    Frac Sand Per Well By Basin (2011-2017)**



*Source: EVRISI Market Model*

**Figure 2.    Frac HHP Per Rig (2012-2017)**



*Source: PacWest*

**A look into supply/demand and the newbuild order book – Attrition remains the wildcard.** The U.S. completion market is currently woefully undersupplied, as evidenced by both robust leading edge pricing traction and an estimated drilled but uncompleted (DUC) well count that continues to soar well above historical levels. The anecdotal 'rigs-per-spread' has fallen from the through-cycle norm of 4:1 to 2:1 due to increasing service intensity and continued drilling efficiency gains. Our round-number macro view on pressure pumping is as follows:

- **Demand –** Our market model conservatively projects ~15MM HHP demand by YE18. This demand estimate takes into account a modestly higher rig count (+15% y/y), flat spuds per rig, and 2% higher stages per well.

- **Current supply –** Market intelligence suggests an overstated marketed capacity of ~16MM HHP. If we adjust the 16MM supply for the inevitable 15% of non-working calendar days, the *effective* U.S. supply currently stands at ~13.5MM HHP (an effective undersupply of 1.5MM HHP by YE18).

- **Equipment on order –** Based on capacity additions that we have tabulated based on company announcements and other channel checks, we currently count ~1.5MM on order to be delivered *at some point* in 2018. Labor constraints notwithstanding, and incorporating ~500k HHP that SLB will activate after the purchase of the WFT assets, the

4

February 6, 2018

Evercore ISI

gross number stands at about 2.0MM HHP. This is *theoretically* enough equipment to balance the market.

- **How attrition factors in –** Pressure pumping is a component-driven service line, and the intensive nature of the modern frac implies that components (engines, transmissions, power ends, fluid ends, flow iron, blenders, missiles) are wearing out faster than ever before, despite optimization done on the design and material science of these components. As such, a portion of HHP on the order book is inevitably attrition-driven. We are unsure how much equipment is *incremental* vs. *replacement* for older equipment. Conversations with some of the prominent pumpers suggest that a conservative estimate of ~25% replacement is apt for the current order book, but that the 'true' attrition factor has extreme leverage on the magnitude of undersupply in 2018.

- **Lead times and consolidation –** Through due diligence and third-party data, we've determined that *current* lead times on key components, namely engines and transmissions, are in some cases extending out to 9-12 months. Understandably, the entire OFS equipment supply chain was decimated through the market downturn. If we take the estimated ~4.0MM HHP per year capacity achieved in the previous NAM cycle, current lead times suggest that we are currently at ~66% manufacturing strength. Taking a quarterly attrition assumption of 2% over the marketed fleet, the annual attrition rate is ~1.0MM HHP over the *effective* (and active) U.S. fleet. Therefore, just to keep up with attrition, roughly half of the current build capacity must be active through the year. This will put upward pressure on lead times, which *should* incentivize consolidation in a still highly fragmented OFS subsector.

**Figure 3.    U.S. Frac Supply & Demand (MM HHP)**



*Source: Company data, Evercore ISI Research*

**Figure 4.    Tabulated Capacity Additions**

| Ticker | Date | HHP | Spreads | Cost | $/HHP | $/Spread |
|---|---|---|---|---|---|---|
| BAS | Feb-17 | 74,000 | 2 | $28.5 | $385 | $14.3 |
| PUMP | 2017 | 180,000 | 4 | $96.0 | $533 | $24.0 |
| CJ | 3Q17 | 40,000 | 1 | NA | NA | NA |
| TUSK | Feb-17 | 57,500 | | $35.2 | $612 | NA |
| LBRT | Feb-17 | 112,500 | 2 | $65.0 | $578 | $32.5 |
| TUSK | Dec-16 | 75,000 | | $30.8 | $411 | NA |
| U.S. WS | 3Q17 | 129,000 | | | | |
| RockPile/FRAC | 4Q17 | 30,000 | 1 | $26.5 | $883 | $26.5 |
| Franklin WS | | 17,000 | | | | |
| CJ | 1Q18 | 40,000 | 1 | | | |
| RES | 1Q18 | 100,000 | 2 | $100.0 | $1,000 | $50.0 |
| PUMP | 2018 | 215,000 | ~4 | | | |
| CFW | 2Q17 | 92,500 | | | | |
| FRAC | 2018 | 150,000 | 3 | $115.0 | 766.7 | $38.3 |
| Private 1 | | 100,000 | | | | |
| ProFrac | 2018 | 650,000 | | | | |
| Private 2 | 2018/19 | 140,000 | | | | |
| **Total** | | 2,202,500 | | | | |

*Source: Company data, Evercore ISI Research*

**DUC Count Provides Over Two Quarters of Completion Visibility.** According to the EIA, the current DUC count stands at almost 7,500 and has increased for 13 consecutive months. A portion of the increase is structural as operators look to build DUC inventories to avoid non-productive time but the primary driver continues to be an undersupplied completions market. If we assume each horizontal well averages 31 stages and that a spread can complete 325 stages per quarter, ~720 spreads would be required to drawdown the DUC inventory in one quarter. Based on a current active spread count of 356 (according to IHS), this provides two quarters of backlog if incremental drilling activity were to cease completely.

5

EVERCORE ISI

**Figure 5.   EIA DUC Growth**



*Source: EIA DPR, Evercore ISI Research*

**Contrary to Company Commentary, Industry Data Suggests Increase in 4Q Activity.** Thus far through earnings, we've heard companies highlight a temporary and seasonally driven slowdown in NAM completion activity with SLB stating its revenue in NAM land "grew 6% following the redeployment of additional pressure pumping fleets, despite a slight sequential decline in market activity" and RES attributing its sequential decrease in revenue to "temporary activity declines caused by seasonal slowdowns, including year-end customer budget constraints". However, data from the EIA's DPR indicated an 11% increase in completions and IHS data shows a 6% increase in wells frac'd (+1.6% in stages frac'd). While we are hesitant to read too deep into the data given their propensity for historical revisions, it could also indicate market share gains on the part of smaller contractors and privates.

**Figure 6.   Estimated U.S. Frac Capacity By Vintage**



*Source: Gardner Denver, Evercore ISI Research*

February 6, 2018

EVERCORE ISI

# Dissecting The Execution Story

**The throughput and execution story.** From a throughput standpoint, the disassociation between LBRT and the rest of the comp group is one rooted in both its unique geographic foothold and also its alignment with like-minded, nimble E&P customers. As it currently stands, LBRT is the execution gold standard, generating higher annualized EBITDA per crew (estimated) than any other member of the comp group (adjusting for companies that capitalize fluid ends and other consumable components). Industry data points to a LBRT 2Q17 average stages per spread/month of 165, roughly 60% higher than the U.S. average of 105. This combined with advantaged pricing power (leveraging the clear efficiency differentiation) and adequate scale in each of the operating basins serves as the foundation for the industry-leading EBITDA generation. As we dig further into the valuation section of this report, it's the EBITDA generation "Liberty Difference" that *should* warrant a higher EV/HHP multiple for the sake of trading in-line with peers on an EV/EBITDA basis. The clean balance sheet, powerful management team, and 'true blue-chip' customer base (companies that perhaps <u>are not</u> the household name U.S. E&Ps, but rather smaller, more agreeable independents) should also garner a premium on an EV/EBITDA basis. Below, we dig deeper into the dynamics behind LBRT's throughput advantage:

- **Sliding sleeves in the Bakken** – According to market intelligence, the Bakken is along the lowest of the shale oil basins in terms of average pressure pumping crew size (29k/spread vs. the U.S. average of 33k/spread). Moreover, the average throughput (estimated) of 8 stages/day compares favorably to the Permian/Eagle Ford average of 6 stages/day, mostly due to lighter intensity requirements in terms of sand/water volume pumped, stages per well, and also because operators employ technologies beyond traditional plug and perf completions. In particular, sliding sleeves have made more adoption headway in the Bakken, specifically, and garner efficiency gains versus conventional plug and perf. By using sliding sleeves (at the E&P's discretion), LBRT is able to pump subsequent stages without having to wait on wireline to run in hole and prepare the next stage. This drives throughput, allowing LBRT to complete more revenue-generating stages over a shorter time-cost period.

- **Large pads in the DJ** – During our due diligence period earlier in 2017, we visited a nearby DJ frac pad in the Denver area to get a better feel for the operational nuances of the Quiet Fleet. What we found was a vast multi-well pad that the crew had been pumping on (a zipper frac) for over a month. The DJ possesses by far the highest average wells/pad of all of the oil basins, and its robust number of stages/well further improves the per-pad intensity of the average job. As such, LBRT crews are able to achieve solid throughput without having to rig down and mobilize to the next pad, driving significant downtime out of the calendar. The argument can be made that as crews are added to the Permian/Eagle Ford that LBRT's fleet-wide throughput will be diluted, but we believe that the detailed customer vetting stance that company takes will allow it to continue outperforming the broader market in terms of stage volume per crew.

| Figure 7. | Stages/Day & Average HHP/Crew – Advantage Bakken |
| --- | --- |



*Source: IHS PacWest*

| Figure 8. | Wells/Pad & Stages/Well – Advantage DJ/Niobrara |
| --- | --- |



*Source: IHS PacWest*

7

- **Nimble customers that trust the LBRT process** – Unless purchasing a bundled package (a la SLB, HAL, FRAC, etc.), E&Ps generally contract out separately the frac, wireline, pump-down, and cranes/rentals. While this is likely the most cost efficient way to secure OFS, it does expose the operation to certain inefficiencies, especially if third party crews are green. Many of LBRT's customers consult the company on *which companies* to hire for auxiliary pressure pumping services, and this has created a paradigm in which LBRT crews are "paired" with certain wireline crews. This furthers throughput by minimizing NPT, and this is precisely why LBRT is currently vetting its newer customers in the Permian/Eagle Ford.

- **Pump down pairings will provide another efficiency leg-up** – Similar to the above comments on third party services, LBRT will further improve its efficiency by pairing its frac fleets with a pump down crew (and bundling the services together). The pump down crews will be roughly 5k HHP each (included in the nameplate HHP disclosures), and will add incremental EBITDA per fleet at a slightly dilutive margin. More importantly, the paired crews will be better acquainted than if pump down was sub-contracted, which will support LBRT's industry-leading throughput.

## Technology Is In The LBRT DNA

**An academic approach to cracking rock.** Chris Wright has already made many marks on the O&G industry. Having founded Pinnacle Technologies, a leading fracture mapping and reservoir monitoring service now owned by HAL, in 1992, Chris pioneered the shale gas revolution in the late 90s. His subsequent involvement in Stroud, Kerogen Exploration, Liberty Resources, and LBRT was further bolstered by his authoring/co-authoring of over 60 technical papers and articles related to both shale optimization and broader OFS operations. This passion for technology-driven improvement has certainly permeated LBRT, and the company's academic approach to all facets of pressure pumping dovetails with the 'throughput story':

- **Proprietary geological/ petrophysical database & Fraconomics software** – Shale is *still* very much in the early days of optimization, and LBRT is at the forefront of this push (a rarity for a company of its size). The company possesses a proprietary database with over 50k wells (32k in Texas, 19k in the Rockies) and their respective geological and petrophyscial data. The dataset is comprised of both non-public data provided by LBRT customers (including consortium-type data trades) and data from public filings. The company uses the input parameters and well performance historicals (Liberty Frac Trends) to help customers better design their completion program. This is an important piece of the differentiation story that is likely overlooked; the large-cap diversified providers (SLB/HAL) are, in general, the only pressure pumpers that offer these type of consultancy services, and as such possess more flexibility in working with smaller customers that are perhaps understaffed in terms of completion engineers and petrophysicists. Smaller frac companies, meanwhile, are usually paired with a larger E&P with the in-house capabilities to contract the service-only (these companies are often more difficult to work with/for). By providing these services, LBRT is able to keep its preferred customer base of more nimble E&Ps for the purpose of achieving maximum throughput.

- **Quiet Fleet** – In parts of the Wattenberg outside of Denver, more densely-populated neighborhoods often make it difficult to drill and complete a well. In 2014, the state of Colorado set noise limits on all O&G activity within residential, commercial, and industrial "zones" (average of 65 db during the day and 60 db at night). This has traditionally forced E&Ps to purchase and install sound-proof barriers at a cost of up to $150k (equivalent to about a week of drilling rig costs). In response to this environmental challenge, LBRT engineers designed the industry's first Quiet Fleet, a proprietary sound guard installed on each frac trailer that significantly limits sound during pumping. The company partners with key customers to lessen sound-related costs, capturing enhanced throughput and pricing. Currently, there are 5 Quiet Fleets deployed, with the 6th and 7th Quiet Fleets to be delivered in 1H18.

- **Spirit Fluid Systems** – The industry is moving increasingly to slickwater fracs (away from gels), and while this has improved fracture volumes and reservoir contact, the trend of increasing laterals has also made it more difficult to transport and place larger volumes of sand (lower pressure losses to friction at the expense of proppant placement). LBRT's Spirit Fluid Systems bridge the gap between gels and slickwater by 'acting' as slickwater on surface and (over the course of the 1-2 minute pump down from the wellhead to the kick off point) gelling up to keep the proppant suspended in the slurry. This hybrid additive is proprietary, reduces cost per pound of sand placed, and provides another avenue for LBRT to capture additional margin at very low cost.

- **VorTeq Missile** – LBRT was an early field testing partner with ERII on the game-changing VorTeq missile, a pressure exchanger designed to insulate high pressure pumps from corrosive frac fluid (thereby allowing for more efficient centrifugal pumps to be installed for frac). You can read more about the technology and its history **here**. While ERII/SLB are still in the later stages of bringing the VorTeq to market (exclusively for SLB frac fleets), as an early participant in the endeavor LBRT is licensed to up to 20 VorTeq missiles (cartridges and manifolds provided by ERII). If viable, the VorTeq has the potential to change the way LBRT and SLB deliver pressure pumping services, and the associated economic rent can be leveraged to secure critical market share and lower operating costs.

**Go with what works – PropX partnership has LBRT well positioned to handle logistics tightness.** PropX, or Proppant Express Solutions, is a containerized sand logistics solution with integrated mobile tracking software. The company was founded as a partnership between several OFS companies, including LBRT and HCLP. PropX designs, manufactures, leases, and sells containerized PropStream systems. These pods are used to transport proppant from in-basin terminals to the well sites where a proprietary PropBeast conveyor system transfers proppant into a blender hopper at a 20% faster rate. Field tested in the Permian and DJ basins, PropStream has quickly been accepted by both E&Ps and OFS as a last "foot" logistics solution. The solution reduces truck traffic and does not require pneumatic blowers thereby generating less noise and dust which in turn reduces risk associated with silicosis. The PropX solution lowers the cost of last mile trucking which can amount to 1/3 or more of the total cost of proppant delivered to the wellhead. The ability to unload and load sand containers in less than 5 minutes (versus 45 minutes for the same proppant mass with pneumatic transfer) dramatically reduces the truck "staging" problem and the resultant waiting time or demurrage fees charged by the truckers while waiting to unload. PropX utilizes conventional flatbed trailers supplied either by the client's trucking company of choice or PropX's logistics partner, Filarmar. Additionally, PropX containers are small, with two containers hauled per load so that the container's sand volumes can be maximized to meet road weight restrictions, often allowing more sand to be hauled per truckload, further lowering costs. The partnership is led by Kevin Fisher who previously served as President of Liberty Oilfield Services prior to which he served as EVP of Business Development at FTK and the CEO of Pinnacle prior to its sale to HAL from CRR. The solution enabled LBRT to pump almost 9.3 million pounds of proppant in 24 hours in the DJ Basin, which at the time represented a single day record. **We note that in 2017, none of LBRT's 3rd party sand providers comprised more than 25% of pumped sand volumes.**

# Born In The Rockies – Basin/Customer Exposure

**Rocky mountain high exposure gives LBRT the customer-driven edge.** Liberty started operations with one fleet in the Bakken in 2011 and gradually matriculated its way down south, adding fleets and expanding into new regions along the way. The company added its second fleet in the Bakken in 2012 and expanded into the DJ Basin with its third fleet. The sixth fleet marked the expansion into the Powder River in 2015. Liberty burst onto the scene in the Permian in 2016 and in short order expanded its presence with the acquisition of assets from Sanjel. The company deployed its first fleet to the Eagle Ford in 2017. Liberty now has 12 active fleets in the collective Williston/Powder River/DJ regions and seven active fleets in Texas (Permian/Eagle Ford). Two newbuild deployments will bolster Liberty's in-basin scale in Texas while the remaining delivery to the Rockies will enhance its strong presence up north. The pro forma diaspora is comprises 13 fleets in the Williston/Powder River/DJ and nine fleets in the Permian/Eagle Ford. Liberty's geographic expansion was driven by customer demand for the company's fleet in new locations, defraying the risk associated with penetrating new markets.

**Figure 9.    LBRT Basin Exposure**



*Source: Company data, Evercore ISI Research*

**Aligning with like-minded E&Ps for maximum throughput.** Liberty has leveraged its deep local roots to a establish high-quality and diversified group of customers which provide a substantial base of recurring business.  Liberty's crews were some of the last crews working for customers through the downturn, with unmatched utilization to show for it in 2015 and 2016. Even amidst unprecedented E&P budget reductions and plunging frac utilization, Liberty's six fleets achieved 99% utilization from 2015-2016 with a total of two idle months out of a total 144.The company works with the most efficient customers to achieve superior frac throughput (stages/day), versus working with some of the larger E&Ps that can be more difficult to work with from an operational standpoint. Effectively aligning with the most efficient customers is critical to minimizing NPT and sidestepping operational setbacks that can produce unfavorable quarterly surprises. Liberty served as the predominant provider of frac services for Extraction Oil & Gas and SM Energy in 2016. Other blue-chip customers include well-capitalized companies like Devon, Continental, Anadarko, Noble and PDC Energy.

February 6, 2018

## Overview & History Of The BDFC

**Company Overview & History.** Liberty is a leading independent provider of hydraulic fracturing services in North America. The company subscribes to a returns-oriented strategy that revolves around maximizing efficiency by utilizing the best technology, equipment and employees. Technology is in Liberty's DNA. The founding fathers of Liberty previously created Pinnacle Technologies into a leading fracturing technology company, which in 1992 developed the first commercial hydraulic fracturing mapping technologies. The technology-driven mindset was brought to the field with the formation of Liberty Oilfield Services in 2011. The company deployed its first frac fleet in the Bakken in December 2011. By May 2016 Liberty had grown organically to six active frac fleets with a total of 240K HP. Liberty's industry leading profitability enabled opportunistic M&A during the downturn when many peers were deeply distressed. The acquisition of Sanjel Corporations U.S. assets in June 2016 effectively doubled Liberty's horsepower and expanded its geographic presence into the Permian and Eagle Ford. Liberty continued its inorganic expansion with the purchase of 113K of brand new HHP from Titan Frac Services in February 2017. By December 2017 Liberty had grown to 760K HP and 19 active fleets with operations in the Permian, Eagle Ford, the DJ, Williston and Powder River basins. Robust customer demand amidst an undersupplied frac market led the company to order three additional fleets to expand its HP to 1.03MM by 2Q18. The company elected to tap public equity markets in January 2018 to help fund organic fleet expansion without overburdening the balance sheet. The 12.7MM initial public offering (upsized from 10.7MM) priced on January 11, 2018 at $17/sh raising net proceeds of $194.5MM under the ticker LBRT.  The shares immediately traded above $21, highlighting the market's thirst for a pure play pressure pumper amidst a frenzied North American completions backdrop.

**Figure 10.   Liberty Oilfield Services Select Company Timeline**



*Source: Company data, Evercore ISI Research*

## Management Team With Technological Prowess

**Industry thought leaders with a passion for technology-driven execution.** Liberty boasts a technology-centric management team with an average of over 20 years of oilfield experience. The cohesive unit has worked successfully together in the past as the majority of the management team worked together at Pinnacle Technologies prior to the founding of Liberty. The executive officers collectively own ~5% economic interest in the company which we believe effectively aligns their interests alongside other shareholders. Liberty is headed by founder, Chairman and CEO Chris Wright. Ron Gusek serves as President and Michael Stock is the CFO.

- **Chris Wright** (CEO, Chairman & founder) – Chris Wright possesses more than 30 years of oilfield experience including significant CEO experience. Chris initially parlayed his mechanical engineering background (MIT grad) to form Pinnacle Technologies in 1992. Chris served as CEO of Pinnacle Technologies, a firm that pioneered tiltmeter and micro-seismic fracture mapping technology, from 1992-2006. Chris served as Chairman of Stroud Energy from 2000-2006 and currently serves a director of TAS Energy Inc., and Kerogen Exploration, Inc and is the Executive Chairman of Liberty Resources. Chris founded Liberty Oilfield Resources in 2011 and has served has CEO since inception. He is also the Chairman of the Board.

- **Ron Gusek** (President) – Ron Gusek has served as President of Liberty Oilfield Services since 2016. Ron previously served as VP of Technology and Development at Liberty from 2014-2016, and prior to Liberty served as VP of Corporate Engineering & Technology at Sanjel from 2011-2014. Ron previously worked at E&P operator Zodiac Exploration and was the Canadian Regional Manager at Pinnacle Technologies from 2003 to 2008. Ron, an industry veteran with over 20 years of oilfield experience, has a mechanical engineering background and began his career at BJ Services in 1998.

- **Michael Stock** (CFO) – Michael Stock has served as CFO of Liberty Oilfield Services since 2012. Prior to joining Liberty he was the CFO at TAS Energy Inc. from 2009-2012 and was previously the CFO at Pinnacle Technologies for a 13 year stint beginning in 1997. Michael has an extensive background in finance, M&A and risk management.

13

February 6, 2018                                                                                    Evercore ISI

# Balance Sheet Firepower Backed By Strong Cash Flow

**Balance sheet firepower will serve as the basis for robust growth.** As of 12/31/2017 Liberty had approximately $205MM of long term debt comprised of $174.6MM outstanding under its Term Loan and $30.1MM under its ABL. The Term Loan (9.21% interest rate) matures on September 19, 2022 and the ABL (3.28% interest rate) matures 90 days prior to the Term Loan. The IPO raised net proceeds of $194.5MM. Liberty intends to pay down the $30.1MM balance under the ABL and repay 35% ($62.2MM) of the outstanding balance on the Term Loan facility. The remaining IPO proceeds will be used for general corporate purposes including funding capex commitments and potentially further debt repurchases. We expect Liberty to finish 1Q18 with a net debt position around zero and exit 2Q18 with a net cash position that should steadily build through 2019. A clean balance sheet and mounting cash pile should provide Liberty with ample flexibility to pursue various growth initiatives or potentially return cash to shareholders.

**Figure 11.  Free Cash Flow Set To Ramp**



*Source: Company data, Evercore ISI Research*

**We project strong cash generation capable of funding ambitious growth targets.** Liberty generated a $40MM operating cash flow during a challenging 2016 but operating cash flow promptly transitioned to a source of cash in 2017 (we need estimate ~$225MM for the year). Capex for 2017 likely fell around $330MM due to a combination of acquired horsepower, newbuild spreads and fleet refurbishments as the active fleet count sprang to 19 at the end of FY17 from 10 to start the year. Between the company announced addition of three additional fleet deployments in 1H18 (two newbuilds and one refurbishment) and two additional newbuilds we model for 4Q18 delivery, we project 2018 capex of ~$215MM. However, as operating cash flow steadily builds off the $70MM 3Q17 mark on the heels of higher EBITDA we expect free cash flow to average ~$55MM per quarter in 2018 and ~$80MM in 2019.

Evercore ISI

## Valuation – HHP Premium Warranted For Throughput

**Organic growth – the basis for our 2018 and 2019 estimates.** While many of LBRT's OFS peers have substantial pricing and operating leverage baked into robust company outlooks, our out-year estimates are predicated on relatively de-risked growth targets and more conservative assumptions with regard to pricing. LBRT already plays at the leading edge both in terms of throughput and annualized EBITDA/spread, and while it is possible that a mean-reversion trade would benefit operationally-inferior peers, we believe that LBRT can capture additional scale as it adds HHP to existing basins and perhaps penetrates new plays (namely, the SCOOP/STACK). Below are our model assumptions, broken down to show that the growth/throughput thesis is relatively de-risked in a U.S. pressure pumping market where E&Ps are the clear price takers:

- **Fleet Growth** – LBRT is closing in on deploying its 20th and 21st spreads (both high-pressure, one Quiet) in 1Q18, and expects the 22nd spread (a Quiet Fleet) to go to work in 2Q18. This constitutes the 'hard guidance' that we perceive, as the company has largely nailed down labor and assignments for the three crews (one to the Rockies, two to the Permian/EF). Beyond 2Q18, we assume that the company ends 2018 with 24 crews (the incremental two added in 4Q18) and ends 2019 with 26 crews (delivered in 2Q19 and 4Q19). Importantly, our net income and WC estimates imply that LBRT will *easily* be able to fund the newbuild capex with cash flow, and as such no adjustments to net debt need to be made when calculating multiples of EBITDA and HHP.

- **Revenue/Fleet** – This metric is a rough proxy to pricing, although the combination of pricing/throughput is a more robust, yet difficult, way to model. Our 2018 and 2019 revenue/fleet assumes 10% growth and 5% growth, respectively. We view this as conservative given the projected 10-15% pricing inflation captured by the market, and the severe frac undersupply that will persist at the current rig count.

- **EBITDA/Fleet** – Annualized EBITDA is the metric by which the comp group is evaluated on an operational basis, and LBRT's 3Q17 run-rate of $22MM is best in class. Going forward, pricing and fixed cost absorption serve as support for continued EBITDA/fleet growth, while investors will point to throughput dilution as a detractor (assuming LBRT adds greener crews to less familiar customers in lower-throughput basins). We believe that pricing growth in 1Q18, specifically, in addition to steady expansion through the year will allow a lean-and-mean LBRT to capture incremental EBITDA margin. The addition of both high-pressure/Quiet Fleets and rollout of pump down crews will further bolster the technology premium. Our 2018 and 2019 numbers assume annualized EBITDA of $24.5MM/fleet (22.5% margin) and $26.0MM/fleet (22.8% margin), respectively.

- **Cash flow to easily fund growth targets** – Labor and equipment lead times notwithstanding, LBRT will feature one of the more robust free cash flow profiles in all of OFS, placing substantial upside risk to our growth assumption if the company decides to leverage its advantaged operational foothold. Including the capex needed to fund its organic growth (total of $220MM and $210MM capex in '18 and '19) and WC commitments in-line with peers, we project FCF of $230MM and $320MM in '18 and '19. At our PT of $30/sh and the estimated out-year diluted share count, this implies an after-growth cash yield of 7% and 9% in '18 and '19 (9% and 12% at the current share price).

**Figure 12.   Fleet Growth, EBITDA/Fleet Expansion & FCF Yield**

*Source: Company data, Evercore ISI Research*

15

February 6, 2018

**Evercore ISI**

**In- line EV/EBITDA + Advantaged Throughput = Premium EV/HHP.** Investor pushback during the initial roadshow in early 2017 (when the OFS market was still mired in the depths of crude weakness and market apathy) was that LBRT was priced to garner a significant EV/HHP premium versus peers. In a perfectly commoditized market, this discrepancy would not have been warranted, but the throughput thesis pointed to significant operational differentiation, advantaged customer/basin exposure, and a technology story that drove meaningful margin capture over LBRT's growing fleet. Due to continued commodity weakness the original IPO was pulled, and LBRT subsequently proved the throughput over the following quarters, generating higher EBITDA/fleet than any of the comp group. The most recent IPO roadshow proved much more palatable in terms of implied valuation and broader market condition, but the ~25% price appreciation during the first day in the aftermarket showed a renewed market confidence that 1) the pressure pumping market is not *completely* homogenous from an execution standpoint, and 2) that LBRT represents the gold standard by which other HHP should be judged. The company currently holds a premium versus peers in terms of EV/HHP (assuming 1.035MM HHP at YE18), but due to its leading-edge EBITDA generation still trades at a discount on an EV/EBITDA basis. While we believe that LBRT truly deserves a premium for its management team, basin exposure, and technological moat, **we are more comfortable with placing an "in-the-fairway" multiple of 5.5x our 2019 EBITDA to arrive at a $30/sh PT.** The cash yield implied by our PT also represents a premium to both SLB and HAL. We believe this valuation is appropriate irrespective of where investors stand on the pressure pumping macro:

- **Commodity/pressure pumping bulls** – Leading edge pricing (using RES as the canary) will continue to improve with the frac market undersupplied. This will afford greater-than-anticipated pricing power and incentivize LBRT to perhaps accelerate its fleet deployment schedule. This de-risks out year estimates, and likely implies higher trading multiples among the peer group.

- **Commodity/pressure pumping bears** – Leading edge pricing will subside, E&Ps will pare back spending, and the cycle will potentially shorten (we are not in this camp). Investors will want to fade the rally by playing near-term cash generation, and LBRT is already at the pole position of this metric and poised to return cash to shareholders if lack of cycle visibility precludes growth.

- **The mean reversion trade** – Whether a NAM bull/bear, there is currently an investor view that *if* leading edge pricing loses traction, the lower-performing frac peers represent a "catch up" play on improving margins. We believe this is a riskier trade given that underperformance could be largely out of the control for pumpers with disadvantaged basin/customer exposure or lack of scale to push toward the leading edge. LBRT possesses clear margin-accretive differentiators (predicated on both hardware/software technologies), a catalyst in the VorTeq, arguably the best management team, and a powerful balance sheet to compete well beyond the cycle peak.

**Figure 13.  In-Line EV/EBITDA + Advantaged Throughput = Premium EV/HHP**

| 2/2/2017 Pressure Pumping Comps | Price | Mkt Cap | EV | EV/EBITDA - Consensus 2017 | 2018 | 2019 | EV/EBITDA - EVR ISI 2017 | 2018 | 2019 | YoY Revenue Growth 2017 | 2018 | 2019 | EBITDA Incrementals 2017 | 2018 | 2019 | $$/HHP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RES | $21.14 | $4,579 | $4,500 | 11.6x | 7.1x | 6.2x | 9.9x | 5.5x | 4.9x | 119% | 32% | 15% | 76% | 69% | 87% | $1,918 |
| FRAC | $16.67 | $1,864 | $2,093 | 10.5x | 4.9x | 4.3x | NA | NA | NA | NA | NA | NA | NA | NA | NA | $1,675 |
| TUSK | $23.76 | $1,057 | $1,137 | 9.5x | 4.7x | 5.2x | NA | NA | NA | NA | NA | NA | NA | NA | NA | $3,201 |
| SPN | $10.89 | $1,667 | $2,782 | 16.1x | 7.7x | 6.1x | 15.5x | 6.5x | 4.9x | 84% | 32% | 13% | 0% | 0% | 0% | $1,914 |
| PTEN | $24.56 | $6,680 | $7,438 | 10.9x | 6.9x | 5.9x | 13.9x | 8.3x | 6.6x | 162% | 44% | 12% | 25% | 35% | 59% | $2,324 |
| TCW-CA | $2.97 | $1,005 | $1,145 | 7.5x | 5.0x | 4.3x | 5.2x | 3.8x | 3.0x | 198% | 36% | 19% | 41% | 21% | 34% | $1,263 |
| PUMP | $19.04 | $1,581 | $1,633 | 10.7x | 5.5x | 4.5x | 13.0x | 5.5x | 4.2x | 132% | 68% | 16% | 26% | 31% | 43% | $1,877 |
| CFW-CA | $5.46 | $784 | $1,498 | 9.6x | 6.3x | 5.3x | 7.8x | 5.9x | 4.6x | 52% | 26% | 13% | 26% | 16% | 28% | $1,057 |
| **Average** | | | | **10.8x** | **6.0x** | **5.2x** | **10.9x** | **5.9x** | **4.7x** | **124%** | **40%** | **15%** | **32%** | **29%** | **42%** | **$1,904** |
| **LBRT** | **$21.72** | **$2,553** | **$2,498** | **NA** | **NA** | **NA** | **9.4x** | **4.7x** | **3.9x** | **297%** | **59%** | **20%** | **25%** | **30%** | **25%** | **$2,413** |

*Peer EV/EBITDA adjusted for capitalization of fluid ends (where appropriate).

*EV/HHP based on 24 active spreads totaling 1.035MM HHP by year-end 2018. No pump down HHP included.

*For CFW-CA, only NAM HHP included.

*Source: Factset, Evercore ISI Research*

16

## Appendix: Risks

**LBRT is a completions-focused company, and hydraulic fracturing is dependent on E&P customer spending.** Despite superior breakeven economics in the basins that LBRT operates in, a sudden increase in commodity prices could negatively influence customer spending plans.

- WTI crude prices are principally important for shale oil investment, but associated gas/condensate production is impacted by natural gas prices.
- LBRT possesses best-in-class E&P customer relationships, but these companies could decide to commit D&C capital to core acreage in other basins in which LBRT does not currently possess the infrastructure to conduct business.

**LBRT is projected to expand its pressure pumping crew count by ~35% (from 19 to 26 active spreads), which serves as the basis for future earnings and valuation.** Execution of LBRTs organic growth initiative will depend on several crucial factors. The company is unlikely to tap into the secondary HP market, and newbuild pricing is likely to increase (above current industry estimates) as well as increase in terms of lead time.

- The ability to secure equipment and labor. Labor is a particularly precarious bottleneck that has impacted the oilfield services sector differently across various product and service lines.
- The ability to win work for incremental spreads. LBRT will only commit capital to further organic growth if the spread is expected to support adequate returns.

**We believe that pressure pumping service providers will gain significant per-stage pricing traction due to lack of capacity and barriers to entry (labor, equipment, working capital constraints).** Labor constraints, equipment shortages, and working capital hurdles are the three key challenges that will keep service capacity at bay as demand increases and as service intensity garners service quality differentiation. These factors are likely to prolong the upcycle in U.S. shales, in our view.

- Lower barriers to entry could keep ricing subdues, and increased competition could threaten LBRT's market share in the Bakken, DJ, Powder River, Permian, and/or Eagle Ford.
- Active equipment can move between basins, and this could temporarily help/hurt pricing dynamics within a specific basin.

**A significant reduction by legacy owners' interest (principally Riverstone) would pressure LBRT's Share Price.** LBRT's principal shareholder is Riverstone, a private equity firm with over $36 billion in capital commitments focused on global energy infrastructure. Following the offering, Riverstone owns almost 43% of LBRT's common stock (according to a recent SC 13D filing).

February 6, 2018

**EVERCORE ISI**

# Appendix: Financial Statements

**Figure 14.   Quarterly Income Statement ($MM, except per share data)**

| | 2016 | | | | 2017 | | | | 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q16 | 2Q16 | 3Q16 | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17E | 1Q18E | 2Q18E | 3Q18E | 4Q18E |
| Revenue | $58 | $59 | $102 | $156 | $252 | $347 | $442 | $447 | $531 | $591 | $618 | $620 |
| COGS | 64 | 59 | 95 | 132 | 212 | 268 | 328 | 334 | 393 | 435 | 453 | 457 |
| **Gross Income** | **($5)** | **($0)** | **$7** | **$23** | **$41** | **$79** | **$113** | **$113** | **$138** | **$156** | **$164** | **$163** |
| SG&A | 5 | 5 | 13 | 13 | 12 | 16 | 20 | 20 | 21 | 22 | 22 | 22 |
| **EBITDA** | **($10)** | **($5)** | **($6)** | **$10** | **$24** | **$59** | **$91** | **$91** | **$116** | **$134** | **$140** | **$140** |
| D&A | 9 | 9 | 12 | 11 | 14 | 18 | 24 | 25 | 31 | 33 | 33 | 36 |
| **Operating Income** | **($20)** | **($14)** | **($18)** | **($1)** | **$10** | **$42** | **$67** | **$66** | **$85** | **$101** | **$107** | **$105** |
| | | | | | | | | | | | | |
| Other Expense | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Expense | (2) | (2) | (1) | (2) | (1) | (3) | (3) | (2) | (1) | (1) | (1) | (1) |
| Pre-Tax Income | ($21) | ($16) | ($19) | ($2) | $8 | $39 | $64 | $64 | $84 | $100 | $106 | $104 |
| Income Tax Benefit (Expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (8) | (9) | (11) | (11) |
| **Net Income** | **($21)** | **($16)** | **($19)** | **($2)** | **$8** | **$39** | **$64** | **$64** | **$76** | **$91** | **$96** | **$92** |
| | | | | | | | | | | | | |
| **Per Share Data** | | | | | | | | | | | | |
| EPS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.65 | $0.77 | $0.81 | $0.78 |
| | | | | | | | | | | | | |
| **Margins Summary** | | | | | | | | | | | | |
| Gross Margin | -9% | 0% | 6% | 15% | 16% | 23% | 26% | 25% | 26% | 26% | 27% | 26% |
| EBITDA Margin | -18% | -9% | -6% | 7% | 9% | 17% | 21% | 20% | 22% | 23% | 23% | 23% |
| EBIT Margin | -34% | -24% | -17% | -1% | 4% | 12% | 15% | 15% | 16% | 17% | 17% | 17% |
| EBT Margin | -36% | -27% | -19% | -2% | 3% | 11% | 14% | 14% | 16% | 17% | 17% | 17% |
| Net Margin | -36% | -27% | -19% | -2% | 3% | 11% | 14% | 14% | 14% | 15% | 16% | 15% |
| | | | | | | | | | | | | |
| **Fleet Details** | | | | | | | | | | | | |
| Average # Fleets | 6.0 | 5.7 | 8.0 | 9.5 | 11.4 | 14.0 | 16.8 | 17.8 | 20.0 | 21.5 | 22.0 | 23.0 |
| Revenue/Fleet Annualized ($MM) | $39 | $42 | $50 | $65 | $90 | $99 | $104 | $100 | $108 | $110 | $111 | $107 |
| EBITDA/Fleet Annualized ($MM) | ($7) | ($4) | ($0) | $5 | $11 | $19 | $22 | $20 | $23 | $25 | $25 | $24 |
| Revenue/HHP Annualized (000's) | $970 | $1,038 | $1,272 | $1,639 | $2,214 | $2,477 | $2,630 | $2,512 | $2,359 | $2,445 | $2,496 | $2,396 |
| EBITDA/HHP Annualized (000's) | ($172) | ($88) | ($7) | $121 | $267 | $463 | $558 | $514 | $514 | $552 | $566 | $543 |

*Source: Company data, Evercore ISI Research*

February 6, 2018

**Figure 15. Annual Income Statement ($MM, except per share data)**

|  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| **Revenue** | $517 | $455 | $375 | $1,488 | $2,360 | $2,823 |
| COGS | 433 | 394 | 350 | 1,142 | 1,739 | 2,081 |
| **Gross Income** | **$85** | **$62** | **$24** | **$346** | **$621** | **$743** |
| SG&A | 23 | 29 | 35 | 68 | 88 | 97 |
| **EBITDA** | **$62** | **$33** | **($11)** | **$265** | **$530** | **$644** |
| D&A | 22 | 36 | 41 | 81 | 132 | 150 |
| **Operating Income** | **$40** | **($4)** | **($52)** | **$184** | **$398** | **$494** |
|  |  |  |  |  |  |  |
| Other Expense | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Expense | (4) | (6) | (6) | (9) | (4) | (2) |
| Pre-Tax Income | **$36** | **($9)** | **($59)** | **$175** | **$394** | **$492** |
| Income Tax Benefit (Expense) | 0 | 0 | 0 | 0 | (39) | (100) |
| **Net Income** | **$36** | **($9)** | **($59)** | **$175** | **$355** | **$392** |
|  |  |  |  |  |  |  |
| **Per Share Data** |  |  |  |  |  |  |
| EPS |  |  |  | $1.48 | $3.00 | $3.30 |
|  |  |  |  |  |  |  |
| **Margins Summary** |  |  |  |  |  |  |
| Gross Margin | 16% | 14% | 7% | 23% | 26% | 26% |
| EBITDA Margin | 12% | 7% | -3% | 18% | 22% | 23% |
| EBIT Margin | 8% | -1% | -14% | 12% | 17% | 17% |
| EBT Margin | 7% | -2% | -16% | 12% | 17% | 17% |
| Net Margin | 7% | -2% | -16% | 12% | 15% | 14% |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Fleet Details** |  |  |  |  |  |  |
| Average # Fleets | 4.3 | 6.0 | 7.3 | 15.0 | 21.6 | 24.8 |
| Revenue/Fleet Annualized ($MM) | $120 | $76 | $51 | $99 | $109 | $114 |
| EBITDA/Fleet Annualized ($MM) |  |  | ($1) | $19 | $24 | $26 |
| Revenue/HHP Annualized (000's) |  |  | $1,283 | $2,480 | $2,425 | $2,535 |
| EBITDA/HHP Annualized (000's) |  |  | ($15) | $467 | $545 | $578 |

*Source: Company data, Evercore ISI Research*

Evercore ISI

**Figure 16.   Annual Balance Sheet ($MM)**

|  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| Cash | $0 | $0 | $11 | $42 | $355 | $577 |
| Accounts Receivable BS | 0 | 88 | 129 | 268 | 372 | 437 |
| Inventories BS | 0 | 16 | 28 | 47 | 73 | 86 |
| Prepaid and Other | 0 | 3 | 5 | 23 | 23 | 23 |
| **Total Current Assets** | **$0** | **$107** | **$174** | **$381** | **$823** | **$1,123** |
| PP&E | 0 | 190 | 272 | 516 | 599 | 654 |
| Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Noncurrent Assets | 0 | 0 | 0 | 6 | 6 | 6 |
| **Total Assets** | **$0** | **$297** | **$446** | **$903** | **$1,428** | **$1,783** |
| | | | | | | |
| **LIABILITIES** | | | | | | |
| Accounts Payable BS | $0 | $29 | $43 | $117 | $160 | $188 |
| Other Current Liabilities | 0 | 47 | 69 | 132 | 181 | 212 |
| **Total Current Liabilities** | **$0** | **$75** | **$112** | **$249** | **$341** | **$400** |
| Deferred Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 |
| LT Debt | 0 | 87 | 104 | 212 | 96 | 0 |
| Other LT Liabilities | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Liabilities | $0 | $163 | $216 | $461 | $437 | $400 |
| **Shareholders' Equity** | **$0** | **$134** | **$230** | **$442** | **$991** | **$1,383** |
| | | | | | | |
| **Working Capital Metrics** | | | | | | |
| DSO | 0 | 0 | 91 | 54 | 55 | 55 |
| DSI | 0 | 0 | 33 | 13 | 14 | 15 |
| DPO | 0 | 27 | 34 | 32 | 32 | 32 |

*Source: Company data, Evercore ISI Research*

February 6, 2018    Evercore ISI

**Figure 17.   Annual Cash Flow Statement ($MM)**

|  | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | |
| Net Income | $0 | ($9) | ($61) | $175 | $355 | $392 |
| Depreciation and Amortization | 0 | 36 | 41 | 81 | 132 | 150 |
| Other | $0 | $13 | ($2) | $2 | $0 | $0 |
| Change in Working Capital | 0 | (34) | (19) | (32) | (38) | (18) |
| **Cash Flow from Operations** | **$0** | **$6** | **($41)** | **$226** | **$449** | **$524** |
| | | | | | | |
| **INVESTING ACTIVITIES** | | | | | | |
| Capital Expenditures | $0 | ($38) | ($102) | ($333) | ($215) | ($206) |
| Acquisition of assets | 0 | 0 | 0 | 1 | 0 | 0 |
| Proceeds from Sale of Assets | 0 | 0 | 6 | 0 | 0 | 0 |
| **Cash Flow from Investing** | **$0** | **($38)** | **($96)** | **($332)** | **($215)** | **($206)** |
| | | | | | | |
| **FINANCING ACTIVITIES** | | | | | | |
| Change In Debt | $0 | $28 | ($1) | $172 | ($116) | ($96) |
| Change in Equity | 0 | 0 | 155 | (23) | 195 | 0 |
| Other | 0 | (7) | (6) | (12) | 0 | 0 |
| **Cash Flow from Financing** | **$0** | **$21** | **$149** | **$137** | **$79** | **($96)** |
| | | | | | | |
| Cash at beginning of period | $0 | $11 | $0 | $11 | $42 | $355 |
| Net increase (decrease) in cash | 0 | (11) | 12 | 31 | 313 | 222 |
| **Cash at end of period** | **$0** | **$0** | **$12** | **$42** | **$355** | **$577** |

*Source: Company data, Evercore ISI Research*

21

**VALUATION METHODOLOGY**

Our $30 PT is based on 5.5x our 2019 EBITDA of $644 million.

**RISKS**

**LBRT is a completions-focused company, and hydraulic fracturing is dependent on E&P customer spending.** Despite superior breakeven economics in the basins that LBRT operates in, a sudden increase in commodity prices could negatively influence customer spending plans.

- WTI crude prices are principally important for shale oil investment, but associated gas/condensate production is impacted by natural gas prices.
- LBRT possesses best-in-class E&P customer relationships, but these companies could decide to commit D&C capital to core acreage in other basins in which LBRT does not currently possess the infrastructure to conduct business.

**LBRT is projected to expand its pressure pumping crew count by ~35% (from 19 to 26 active spreads), which serves as the basis for future earnings and valuation.** Execution of LBRTs organic growth initiative will depend on several crucial factors. The company is unlikely to tap into the secondary HP market, and newbuild pricing is likely to increase (above current industry estimates) as well as increase in terms of lead time.

- The ability to secure equipment and labor. Labor is a particularly precarious bottleneck that has impacted the oilfield services sector differently across various product and service lines.
- The ability to win work for incremental spreads. LBRT will only commit capital to further organic growth if the spread is expected to support adequate returns.

**We believe that pressure pumping service providers will gain significant per-stage pricing traction due to lack of capacity and barriers to entry (labor, equipment, working capital constraints).** Labor constraints, equipment shortages, and working capital hurdles are the three key challenges that will keep service capacity at bay as demand increases and as service intensity garners service quality differentiation. These factors are likely to prolong the upcycle in U.S. shales, in our view.

- Lower barriers to entry could keep ricing subdues, and increased competition could threaten LBRT's market share in the Bakken, DJ, Powder River, Permian, and/or Eagle Ford.
- Active equipment can move between basins, and this could temporarily help/hurt pricing dynamics within a specific basin.

**A significant reduction by legacy owners' interest (principally Riverstone) would pressure LBRT's Share Price.** LBRT's principal shareholder is Riverstone, a private equity firm with over $36 billion in capital commitments focused on global energy infrastructure. Following the offering, Riverstone owns almost 43% of LBRT's common stock (according to a recent SC 13D filing).

**COMPANIES UNDER COVERAGE BY AUTHOR**

| Symbol | Company | Rating | Price (2018-02-02) | Evercore ISI Target |
|---|---|---|---|---|
| AROC | Archrock Inc. | Coverage Suspended | $9.15 | NA |
| ASPN | Aspen Aerogels, Inc. | Outperform | $4.50 | $5.00 |
| BAS | Basic Energy Services, Inc. | Outperform | $17.90 | $30.00 |
| BHGE | Baker Hughes A GE Company LLC | Outperform | $29.38 | $38.00 |
| BRS | Bristow Group Inc. | Outperform | $14.88 | $17.00 |
| CFW.CN | Calfrac Well Services | Outperform | C$6.53 | C$7.00 |
| CJ | C&J Energy Services Inc. | Outperform | $28.49 | $41.00 |
| CLB | Core Laboratories N.V. | Outperform | $110.80 | $121.00 |
| CRR | CARBO Ceramics Inc. | In Line | $7.59 | $10.00 |
| DNOW | NOW Inc. | In Line | $10.28 | $15.00 |
| DO | Diamond Offshore Drilling, Inc. | Outperform | $16.07 | $20.00 |
| DRQ | Dril-Quip, Inc. | Outperform | $47.55 | $53.00 |
| ERA | Era Group, Inc. | Outperform | $9.75 | $14.00 |
| ERII | Energy Recovery, Inc. | Outperform | $7.61 | $19.00 |
| ESES | Eco-Stim Energy Solutions, Inc. | Outperform | $1.29 | $3.00 |
| ESI.CN | Ensign Energy Services Inc. | Outperform | C$7.36 | C$8.00 |
| ESV | Ensco plc | Outperform | $5.40 | $8.00 |
| EXTN | Exterran Corporation | Outperform | $27.05 | $33.00 |

| FET | Forum Energy Technologies Inc. | Outperform | $15.50 | $19.00 |
|-----|-------------------------------|------------|--------|--------|
| FI | Frank's International N.V. | In Line | $6.51 | $6.00 |
| FTI | TechnipFMC plc | Coverage Suspended | $35.85 | NA |
| GLF | GulfMark Offshore, Inc. | Coverage Suspended | $0.13 | NA |
| GTLS | Chart Industries, Inc. | In Line | $46.61 | $44.00 |
| HAL | Halliburton Company | Outperform | $50.04 | $62.00 |
| HELI | CHC Group Ltd. | Rating Suspended | $0.45 | NA |
| HOS | Hornbeck Offshore Services | Outperform | $3.18 | $4.00 |
| HP | Helmerich & Payne, Inc. | In Line | $68.29 | $67.00 |
| ICD | Independence Contract Drilling Inc. | Outperform | $4.39 | $6.00 |
| IO | Ion Geophysical Corporation | In Line | $18.65 | $13.00 |
| KEG | Key Energy Services | In Line | $13.37 | $8.00 |
| LBRT | Liberty Oilfield Services INC | Outperform | $20.47 | $30.00 |
| MRC | MRC Global Inc. | Outperform | $16.94 | $22.00 |
| NADL | North Atlantic Drilling | Rating Suspended | $0.08 | NA |
| NBR | Nabors Industries | Outperform | $7.45 | $10.00 |
| NE | Noble Corporation plc | Outperform | $4.33 | $5.00 |
| NOV | National Oilwell Varco, Inc. | In Line | $33.85 | $30.00 |
| NR | Newpark Resources, Inc | Outperform | $8.40 | $11.00 |
| OII | Oceaneering International | In Line | $19.72 | $19.00 |
| OIS | Oil States International, Inc. | Outperform | $29.60 | $26.00 |
| ORIG | Ocean Rig UDW Inc. | Rating Suspended | $25.41 | NA |
| PACD | Pacific Drilling S.A. | Coverage Suspended | $0.88 | NA |
| PD.CN | Precision Drilling Corp. | Outperform | C$4.29 | C$6.00 |
| PKD | Parker Drilling Company | Outperform | $1.01 | $1.50 |
| PTEN | Patterson-UTI Energy, Inc. | Outperform | $22.17 | $26.00 |
| PUMP | ProPetro Holding Co | Outperform | $17.09 | $23.00 |
| RDC | Rowan Companies, Inc. | Outperform | $13.81 | $17.00 |
| RES | RPC, Inc. | In Line | $19.63 | $24.00 |
| RIG | Transocean Ltd. | Outperform | $9.79 | $21.00 |
| RNGR | Ranger Energy Services, Inc. | Outperform | $10.51 | $17.00 |
| SDRL | Seadrill Limited | Rating Suspended | $0.24 | NA |
| SLB | Schlumberger Ltd. | Outperform | $71.35 | $83.00 |
| SMHI | SEACOR Marine Holdings Inc. | In Line | $14.67 | $15.00 |
| SOI | Solaris Oilfield Infrastructure, Inc | Outperform | $18.57 | $21.00 |
| SPN | Superior Energy Services | Outperform | $9.89 | $13.00 |
| TCW.CN | Trican Well Service Ltd. | Outperform | C$3.47 | C$7.00 |
| TDW | Tidewater Inc. | Rating Suspended | $26.72 | NA |
| THR | Thermon Group Holdings, Inc. | In Line | $22.10 | $21.00 |
| TS | Tenaris, S.A. | Outperform | $32.72 | $34.00 |
| TTI | TETRA Technologies, Inc. | Outperform | $3.83 | $6.00 |

23

E<small>VERCORE</small> ISI

| VTG | Vantage Drilling Company | Rating Suspended | $0.01 | NA |
|-----|--------------------------|-----------------|-------|-----|
| WFT | Weatherford International plc | Outperform | $3.09 | $4.50 |

Evercore ISI

## TIMESTAMP
**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: February 05, 2018, 16:17 ET.

## ANALYST CERTIFICATION

The analysts, James West, Blake Gendron, Cameron Schnier and Alex Nuta, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## DISCLOSURES

This report is approved and/or distributed by Evercore Group LLC ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA"), and International Strategy & Investment Group (UK) Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Partners Inc. ("Evercore Partners"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Partners.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage. Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure. Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI, and can be obtained by writing to Evercore Group LLC, Attn. Compliance, 666 Fifth Avenue, 11th Floor, New York, NY 10103.**

Evercore Partners and its affiliates, and / or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore Partners and its affiliates may have, or have had, business relationships with the companies mentioned in this report..

Additional information on securities or financial instruments mentioned in this report is available upon request.

────────────────────────────────────────────────────────────────

**Ratings Definitions**

**Current Ratings Definition**

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform** – the total forecasted return is expected to be greater than the expected total return of the analyst's coverage universe
**In Line** – the total forecasted return is expected to be in line with the expected total return of the analyst's universe
**Underperform** – the total forecasted return is expected to be less than the expected total return of the analyst's universe
**Coverage Suspended** – the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.*
**Rating Suspended** - Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon.*

* Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

**Historical Ratings Definitions**

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

**Buy** – the total forecasted return is expected to be greater than 10%
**Hold** – the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** – the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore Partners acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and

25

Evercore ISI

trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group LLC and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy - Return > 20%
Buy - Return 10% to 20%
Neutral - Return 0% to 10%
Cautious - Return -10% to 0%
Sell - Return < -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight – the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight – the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight – the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended – the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long –** the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short –** the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position –** the stock is not included in the model portfolio.
**Coverage Suspended –** the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended -** Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal 100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI ratings distribution (as of 02/06/2018)**

| **Coverage Universe** | | | | **Investment Banking Services / Past 12 Months** | | |
|---|---|---|---|---|---|---|
| Ratings | Count | Pct. | | Rating | Count | Pct. |
| Buy | 371 | 52% | | Buy | 70 | 19% |
| Hold | 256 | 36% | | Hold | 17 | 7% |
| Sell | 52 | 7% | | Sell | 2 | 4% |
| Coverage Suspended | 26 | 4% | | Coverage Suspended | 10 | 38% |
| Rating Suspended | 7 | 1% | | Rating Suspended | 1 | 14% |

## Issuer-Specific Disclosures (as of February 6, 2018)

> Evercore ISI or an affiliate has acted as a manager or co-manager of a public offering of securities by this subject company Liberty Oilfield Services INC in the last 12 months.
>
> Evercore ISI or an affiliate expects to receive or intends to seek compensation for investment banking services from this subject company Liberty Oilfield Services INC within the next three months.
>
> Evercore ISI or an affiliate has received compensation from this subject company Liberty Oilfield Services INC for investment banking services in the last 12 months.

26

February 6, 2018

EVERCORE ISI

## Price Charts

### Liberty Oilfield Services INC Rating History as of 02/05/2018
powered by: BlueMatrix



Closing Price — Target Price

## General Disclosures

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by registered employees of Evercore ISI. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercore.bluematrix.com/sellside/MAR.action.

February 6, 2018

Evercore ISI

*© 2018. Evercore Group L.L.C. All rights reserved.*