# EXHIBIT G

# Morgan Stanley | RESEARCH

*IDEA*

*February 6, 2018 05:22 AM GMT*

## Liberty Oilfield Services Inc

# Top Quality Pumping Play; Initiating OW with $27 PT

| 📈 Stock Rating | 👁 Industry View | ◉ Price Target |
|---|---|---|
| Overweight | In-Line | $27.00 |

Liberty's sharp focus on operational excellence and its technology-oriented culture have positioned it as a high-quality way to play the US pressure pumping space. Initiating OW with a $27 PT.

**Tech focus and operational efficiency drive peer-leading returns.** The pressure pumping industry is not typically known for its emphasis on technology, but LBRT seems different in this regard. LBRT offers a proprietary well database that allows it to partner more closely with customers in planning and executing their completions programs, and it has adopted many technologies that have led to higher operational uptime and/or decreased costs on the wellsite. This differentiated approach bears itself out in LBRT's outstanding operational results — LBRT currently earns >50% more EBITDA per unit of pumping capacity than the industry average. Continued execution on this front could drive a premium valuation over time if, as we expect, the market begins to view LBRT as one of the industry's "quality" names.

**Disciplined organic growth and potential for further efficiency gains drive the story from here.** We expect LBRT to deploy 4 additional fleets this year, resulting in ~20% capacity growth vs. YE2017. We do not model meaningful efficiency or pricing gains, but we see upside to this assumption given evidence of near-term pricing traction across the industry and LBRT's potential to drive further operational improvements — particularly in its newer Texas operations.

**Industry supply growth weighing on multiples, though we see a broadly balanced supply-demand outlook.** The market has become focused on the impact of new pressure pumping supply growth, which has led multiples across the space to compress to levels that imply we are at a peak EBITDA run-rate. Our supply-demand forecasts imply roughly equal supply and demand growth across the industry this year, leading us to model roughly stable pricing, coupled with rising activity.

**Where could we be wrong?** We acknowledge estimating supply growth can be a rapidly moving target, particularly for the more opaque players (HAL + privates), so pricing pressure could be more of a risk than we think. We also acknowledge that our estimates assume LBRT will continue to meaningfully outperform peers; thus, operational missteps could cause us to materially decrease our estimates.

MORGAN STANLEY & CO. LLC

**Connor Lynagh**
EQUITY ANALYST
Connor.Lynagh@morganstanley.com       +1 212 296-8145

**Alex Ozier**
RESEARCH ASSOCIATE
Alex.Ozier@morganstanley.com       +1 212 296-5553

### Liberty Oilfield Services Inc ( LBRT.N, LBRT US )

**Oil Services, Drilling & Equipment / United States of America**

| | |
|---|---|
| **Stock Rating** | Overweight |
| **Industry View** | In-Line |
| **Price target** | **$27.00** |
| Shr price, close (Feb 2, 2018) | $20.90 |
| Mkt cap, curr (mm) | $2,470 |
| 52-Week Range | $23.78-20.67 |

| **Fiscal Year Ending** | **12/16** | **12/17e** | **12/18e** | **12/19e** |
|---|---|---|---|---|
| **ModelWare EPS ($)** | (0.53) | 1.46 | 2.92 | 3.16 |
| **Prior ModelWare EPS ($)** | - | - | - | - |
| **P/E** | NM | 14.9 | 7.2 | 6.6 |
| **Consensus EPS ($)§** | - | - | - | - |
| Revenue, net ($mm) | 375 | 1,486 | 2,333 | 2,701 |
| Rev hist grth, y/y (%) | - | 296.4 | 57.0 | 15.8 |
| EBITDA ($mm) | (16) | 268 | 524 | 616 |
| EBITDA margin (%) | (4.2) | 18.0 | 22.5 | 22.8 |
| Net debt ($mm) | 92 | 186 | (152) | (409) |
| Net debt/cap (%) | 28.8 | 30.0 | (18.5) | (43.6) |
| EV/EBITDA | NM | 10.3 | 4.8 | 3.7 |
| P/tang BV | - | 5.9 | 2.5 | 1.8 |
| Div yld (%) | - | 0.0 | 0.0 | 0.0 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

### QUARTERLY MODELWARE EPS ($)

| Quarter | 2016 | 2017e Prior | 2017e Current | 2018e Prior | 2018e Current |
|---|---|---|---|---|---|
| Q1 | (0.18) | - | 0.09a | - | 0.63 |
| Q2 | (0.13) | - | 0.34a | - | 0.74 |
| Q3 | (0.16) | - | 0.54a | - | 0.78 |
| Q4 | (0.06) | - | 0.49 | - | 0.78 |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

Morgan Stanley | RESEARCH



**Risk-Reward**

# Risk-Reward Snapshot: Liberty Oilfield Services, Inc. (LBRT, OW, PT $27.00)



Source: Thomson Reuters, Morgan Stanley Research estimates

## Price Target       $27
Derived from base case scenario.

## Bull             $37
**~6.5x EV/EBITDA on 2018E Bull Case EBITDA of $665mm, or ~$3,800 EV/HP**
**Demand surprises to the upside, pumping shortage drives meaningful pricing power.** Industry demand moves meaningfully higher as the US E&P industry revises capital budgets in line with mid $60/bbl oil prices. Industry capacity expansion falls short of demand growth, leading to another wave of pricing power for the industry. LBRT deploys fleets quickly, hitting full utilization in 1H18. LBRT builds and deploys 10 add'l frac fleets by YE2019. Valuation based on ~6.5x EV/EBITDA on 2018E Bull Case EBITDA, roughly in line with peer historical average multiples although higher than base case to reflect multiple expansion in anticipation of upward earnings revisions.

## Base             $27
**~6.0x EV/EBITDA on 2018E EBITDA of $524mm, or ~$2,800 EV/HP**
**Balanced industry supply-demand allows capacity growth with stable pricing.** Activity continues to accelerate throughout 1H18 but pricing flattens in 2H18 as supply finally catches up to demand. LBRT deploys 3 newbuild fleets in 2018 and maintains broadly stable returns per fleet due to stable pricing and operating efficiency. Valuation based on ~6.0x EV/EBITDA, which is in line with the peer group's long-term average.

## Bear             $10
**~$1,200 EV/HP (i.e., ~1.2x replacement cost)**
**Demand falls as commodity prices decline.** Oil prices fall materially and the US industry slows drilling & completion activity. LBRT stacks capacity due to declining demand and decreasing pricing. Valuation based on ~$1,200/HP, near replacement cost, which we believe to be a "worst case" valuation support level for well-capitalized pumping companies.

## Investment Thesis

■ **Premium, technology-focused supplier:** Management's background in more tech-focused companies has translated to a culture at Liberty that emphasizes innovation and early adoption of new technologies, which helps drive stickier customer relationships and better operational results.

■ **Peer-leading operational results:** LBRT is currently earning ~1.5x peer group average profits per asset, due to exceptional management and high efficiency. Across the OFS space, we generally observe that relative outperformance is sustainable and difficult to replicate — over time, this could drive a premium valuation for LBRT.

■ **Safe balance sheet and strong cash flows:** LBRT is conservatively financed with very little net debt and generates strong cash flows. We thus see potential for capital return once LBRT's newbuild program slows, and see LBRT as well protected even if industry pricing pressure does materialize.

## Potential Catalysts

■ Indications of activity or pricing inflections
■ Further newbuild announcements
■ M&A or other strategic activity
■ Meaningful capital return
■ Removal of large seller overhang

## Risks to Achieving Price Target

■ Frac demand surprises to the downside
■ Excessive E&P capital discipline despite high crude prices
■ Cost inflation if frac sand expansions are unable to meet demand
■ Financial reporting issues related to material weakness in internal controls
■ Execution risk
■ Commodity price/cyclical risk

2

**Morgan Stanley** | RESEARCH

IDEA

# Executive Summary

**Operational leader in hydraulic fracturing:** LBRT is a midsized player in the hydraulic fracturing industry (Exhibit 1) — its nameplate capacity makes it the 9th largest player as of YE2017, by our estimation. The company has a history of excellent execution, efficient operations, and technology leadership. As a result, LBRT has generated returns well above the peer median throughout its history (Exhibit 2). We see LBRT continuing to grow via new capacity deployment, and see potential for capital return to shareholders as it slows its newbuild program.

**Exhibit 1:** LBRT is a top 10 player in the hydraulic fracturing industry.



% of 4Q17E Industry Capacity

Source: Company Data, IHS

**Exhibit 2:** We forecast LBRT meaningfully out-earning its pressure pumping peers, as has been the case historically.



Source: Company Data, Morgan Stanley Research estimates

## What Does Liberty Do?

Liberty earns all of its revenues from hydraulic fracturing (i.e.,"fracking," or "pressure pumping"), an essential service used in the development of US unconventional oil & gas reserves today. The primary service offered is the rental of a fleet of trucks mounted with high-horsepower pumps, which are used to pump a slurry of water, sand, and chemicals down an oil & gas well to fracture the reservoir rock and allow hydrocarbons to flow. We typically refer to pressure pumping companies' capacity in terms of "fleets" (15-20 trucks) or hydraulic horsepower (HP). A fleet is typically composed of 30-50kHP, depending on the design and needs of a particular job. For a more detailed description of the process of hydraulic fracturing, see Hydraulic Fracturing Overview. For more on Liberty's operations and our outlook, see Company Overview.

# Morgan Stanley | RESEARCH



**Exhibit 3:** We forecast LBRT deploying 4 incremental fleets throughout 2018 vs. the 2017 exit rate, and 3 more in 2019. This results in ~6.5 incremental fleets contributing to earnings in 2018, 3 additional in 2019, and ~1.5 in 2020.



Deployed Frac Fleets (Avg.)

| 2016 | 2017E | 2018E | 2019E | 2020E |
|------|-------|-------|-------|-------|
| 7.2 | 15.2 | 21.6 | 24.5 | 26.0 |

Source: Company Data, Morgan Stanley Research estimates

**We see earnings growth from new capacity deployment, while further operational improvement or price increases would lead to upside to our estimates:** Liberty has grown rapidly over its history through organic investment and opportunistic acquisitions. Pro forma for LBRT's expected 2018 growth, Liberty's asset base will be composed of ~45% acquired and ~55% organically built capacity. We model LBRT rolling out 7 incremental fleets through 2020 vs. its 2017 exit rate in our base case, which is the primary driver of our forecasted earnings growth. Meanwhile, we assume virtually no increases in profitability per asset, suggesting upside if LBRT capitalizes on currently increasing industry pricing (up 5-15% per competitors), or if it drives further operational improvements, particularly in its more recently started Texas operations.

**Initiating OW with $27 PT.** We see ~30% upside to our $27 PT, which is based on a ~6.0x EV/EBITDA multiple on our 2018E EBITDA of ~$525mm. Meanwhile, we see bull case upside to $37/share, and bear case downside to $10/share. We see this relative risk-reward as favorable vs. our small cap coverage, and particularly note that we see near-term revision upside due to limited pricing assumed in our LBRT forecasts. We therefore see LBRT as a relative OW within this peer group.

**Exhibit 4:** We see the risk-reward on LBRT as warranting an OW rating, particularly considering its relatively higher near-term revision potential.



% Upside/Downside

| SHLE (EW) | SLCA (OW) | FRAC (OW) | CJ (OW) | LBRT (OW) | PDS (EW) | RES (UW) | PTEN (OW) | NBR (EW) | ICD (EW) | SPN (EW) | HP (UW) |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 69% | 64% | 55% | 44% | 32% | 31% | 27% | 22% | 14% | 14% | 1% | -18% |

Source: Thomson Reuters, Morgan Stanley Research estimates

**Key risks: pricing pressure, supply chain cost inflation, return sustainability.** We see the most meaningful risk to LBRT being the potential for industry pricing pressure. Our current forecast sees small increases in pricing power but bears point to announced capacity expansions leading to an oversupplied market. Meanwhile, we see the potential for supply chain cost inflation as two of the largest cost inputs — labor and sand — could continue to inflate. We see the sustainability of Liberty's peer-leading returns as another risk. Liberty's returns could decrease as a result of poor execution, accelerating growth, supply cost overruns, or other unforeseen operational or financial issues.

**Morgan Stanley** | **RESEARCH**

**IDEA**

# Company Overview

## Liberty's Operations & Strategy

**Exhibit 5:** LBRT derives 100% of its revenues from the US hydraulic fracturing industry. FRAC and PUMP look to be the closest comps in this regard.

% of Revenues from Hydraulic Fracturing



Source: Company Data, Spears & Associates, Morgan Stanley Research estimates, except for CFW, PUMP, TCW.

**Exhibit 6:** We forecast LBRT generating industry leading returns, in line with its recent track record.

2018E EBITDA / Active HP ($)



Source: Company Data, Morgan Stanley Research. EBITDA as defined by companies. PUMP based on consensus estimates.

**US hydraulic fracturing pure-play:** LBRT derives all of its revenues from the US hydraulic fracturing industry, making it the most exposed name in our coverage (Exhibit 5). LBRT is an absolute pure-play on the US completion services industry, with FRAC being the most comparable name in our coverage, while PUMP is a close comp outside of our current coverage.

**Execution differentiates LBRT:** LBRT earns peer-leading returns as measured by its EBITDA generation per unit of HP. In 2018, we expect LBRT will generate over $500 of EBITDA per HP, vs. the peer median at ~$350/HP. We note this is actually somewhat lower than the relative delta between LBRT and peers in recent quarters. We cannot point to any one single factor driving LBRT's success, but we believe it is driven by a combination of (i) ability to partner with some of the best customers due to its high-quality track record and differentiated technologies, (ii) excellent supply chain management, and (iii) high-quality on-site efficiency enabling maximum uptime. We delve deeper into these topics below.

**Efficiency is key to LBRT's top-quality returns:** Efficiency (i.e., asset utilization) is a key component of returns in the hydraulic fracturing industry. Revenue from additional time pumping when a frac spread is already in place comes with very high incremental margins due to the fixed costs (primarily labor) on a deployed frac spread. As a result, all frac companies seek to maximize fleet uptime, but only some succeed. In large part, the difference between companies lies in the virtuous cycle of high quality operations (good safety record, high uptime, solid supply chain) allowing a company to work with the most efficient customers, which in turn are able to provide the work scope to maximize uptime. Liberty has aligned itself with a solid customer base, including the likes of Extraction Oil & Gas, Anadarko, SM Energy, Continental, and various others. Anecdotally, LBRT believes that it is pumping (i.e., earning revenue) ~60% of the time it is deployed on a wellsite, while the industry average is closer to 30-40%.

**Morgan Stanley** | **RESEARCH**

**LBRT's emphasis on technology:** Liberty's management's background is more tech-focused than the average small cap service company. Both LBRT's CEO and CFO previously ran Pinnacle Technologies, an oilfield technology company focused on hydraulic fracture mapping. In our view, this background has translated into LBRT's focus on being an early technology adopter. In general, LBRT's technologies are designed to achieve one of two main purposes: (i) enabling it to be a preferred supplier, and increasing customers' dependence on LBRT (e.g., LBRT's well database and Quiet Fleets), or (ii) enhancing LBRT's onsite efficiency and decreasing its cost structure (e.g., its rapid adoption of containerized sand systems and its early trials with the Vorteq missile). We delve more into these technologies to the right.

**LBRT's historical and future growth trajectory:** Liberty built 6 frac fleets organically in 2012-15 and deployed capacity in the Rockies (i.e., the Bakken in North Dakota, the DJ Basin in Colorado, and the Powder River basin in Wyoming). In June 2016, Liberty acquired Sanjel's US pressure pumping assets which brought its total capacity to 15 fleets. This acquisition also gave LBRT a footprint in the Permian and Eagle Ford basins in Texas — as of 4Q17, LBRT operated 7 of its 19 available fleets in this region. In February 2017, LBRT purchased 2 additional frac fleets via its acquisition of Titan Frac Services. Over the course of 2017 and 2018, we believe LBRT will cumulatively invest in 6 additional organically-built frac fleets, of which 5 have already been delivered or are on order. In other words, we expect that as of year-end 2018, LBRT will have 23 fleets available for deployment (~1.07mm HP). Of these 23 fleets, 22 are already active in the field or have been ordered from equipment suppliers. We also model 3 additional fleet builds in 2019, which we view as more uncertain and contingent on market conditions remaining robust.

## Examples of Liberty's Technology

**Well database:** LBRT maintains a proprietary database of over 50k oil & gas wells in the US, which allows it to partner with customers and offer analysis and advice on best practices for well completion designs in its key markets.

**Quiet Fleets:** LBRT is one of the largest pressure pumping service companies in the DJ Basin, where oil & gas drilling frequently takes place in relatively densely populated areas. LBRT has designed a proprietary noise-reduction system that allows operators to move from daylight-only operations to 24-hour operations, which dramatically increases their efficiency and reduces costs.

**Adoption of containerized sand solutions:** LBRT has partnered with PropX, which manufactures containerized sand solutions. Sand is often one of the key bottlenecks in the pumping supply chain, so these solutions allow higher uptime and efficiency. LBRT has been a rapid adopter of this technology and already has it deployed across all of its active fleets (vs. the market at <50% adoption).

**First mover on Vorteq missile:** Prior to Schlumberger's signing of an exclusivity agreement with Energy Recovery, Inc. (ERII), LBRT was one of the first to experiment with a technology called the Vorteq missile, which has the potential to dramatically decrease pump wear & tear (a major component of operating costs). We believe LBRT and SLB are the only companies with access to this technology, which could be commercialized in 2018.

# Morgan Stanley | RESEARCH

IDEA

**Exhibit 7:** We expect LBRT will have 23 fleets available for work by YE2018, of which we expect at least 9 in Texas and 13 in the Rockies.



Source: Company Data, Morgan Stanley Research estimates

**Geographic breakdown:** Liberty's operations are spread across nearly all of the major US oil plays. LBRT divides these operations into its Texas (Permian and Eagle Ford) and the Rockies (DJ, Bakken, and Powder River) operations. Accounting for the 23 fleets we expect LBRT to own by YE2018, we expect LBRT will have 9 fleets deployed in Texas and 13 in the Rockies; we are uncertain as to where the 23rd fleet will be deployed. We note that LBRT is a relatively new entrant into the Texas market, and we believe its Rockies operations are currently more efficient — the continued improvement of its Texas operations could thus represent a meaningful source of operational upside as we move through 2018.

## How We Forecast Liberty's Earnings

**New fleets are the primary growth driver.** Capacity growth is the key driver of LBRT's earnings growth in our model. LBRT was running 19 fleets at YE2017, and we forecast LBRT running ~22 fleets on average in 2018, and ~25 fleets on average in 2019, and 26 on average in 2020. (Exhibit 8). We additionally drive our top-line estimates using "revenue per active fleet", and note that this number is affected by both changes in pricing and changes in efficiency. For LBRT, we model this figure ~10% higher on average in 2018 vs. 2017 (vs. peers ~20% higher on average), and ~2% higher in 2019 vs. 2018 (vs. peers at ~9% on average), and flat in 2020 for LBRT vs. another ~8% increase for the peer group. Thus, we could see material upward revisions to LBRT's earnings if its efficiency levels hold and it realizes similar pricing increases to peers.

**Exhibit 8:** We see increasing activity as the primary near-term driver of revenue growth. We model LBRT growing from ~15 fleets active in 2017 to ~26 in 2020.



Source: Company Data, Morgan Stanley Research estimates

**Exhibit 9:** We model Liberty's revenue per fleet moving up ~8% in 2018 vs. the 4Q run-rate. We note that this captures both pricing and utilization impacts.



Source: Company Data, Morgan Stanley Research estimates

7

**Morgan Stanley** | RESEARCH

IDEA

**Exhibit 10:** We model LBRT generating returns significantly above the peer median in our forward estimates, though our estimates actually imply the peer group will gain ground on LBRT.



Source: Company Data, Morgan Stanley Research estimates

**We assume Liberty earns top-tier returns relative to its peers.** We assume that LBRT's returns (which we measure using EBITDA/HP) remain at the high end of the peer group as the company rolls out new fleets (Exhibit 10). We see LBRT's returns per HP increasing slightly as the company continues to gain scale through capacity expansion, but we do note that there is limited change in our forecasted EBITDA margin — the primary driver of earnings growth in our model is top-line revenue growth. We believe the significant gap between LBRT's returns and the peer group will persist over time due to the company's superior execution, technology, and efficiency, though our estimates do imply this gap narrowing somewhat. Although there will likely be concerns that LBRT's advantage could be eroded away by competition, we believe that historical results of other OFS providers suggest a pattern of sustainability of relative outperformance/underperformance even in broadly commoditized businesses.

**Bull and Bear Cases:**

- **Our bull case assumes significantly higher frac industry demand** and capacity growth that does not meet this new demand. As a result, industry pricing power will be stronger. We assume that LBRT deploys an additional 10 frac fleets by YE2019 vs. 7 fleets in our base case and delivers ~27% higher 2018E EBITDA than in our base case.

- **Our bear case assumes decreasing demand as commodity prices decline,** which we see hurting pricing and causing LBRT to stack capacity. We highlight that our valuation in this scenario puts more emphasis on asset value support than EBITDA. See more in Valuation & Key Risks.

8

Morgan Stanley | RESEARCH



# Industry Overview & Outlook

**Exhibit 11:** Hydraulic fracturing EBITDA margins have recovered to near peak levels after the 2015-16 downcycle.

Median US Completion Services EBITDA % Margin



Source: Company Data, Morgan Stanley Research estimates

**Exhibit 12:** We see incremental supply matching incremental demand vs. the 4Q17 run-rate, though supply should catch up to demand in the later portion of the year.

Million HP    ■ Incr. Supply    ■ Incr. Demand



Source: Company Data, IHS, Rystad Energy, Morgan Stanley Research estimates

**Exhibit 13:** Morgan Stanley Commodity Price Forecast

| MS WTI Forecast ($/bbl) | | | |
|---|---|---|---|
| | **Bear** | **Base** | **Bull** |
| 2018 | 59.50 | 67.50 | 77.50 |
| 2019 | 52.00 | 62.00 | 72.00 |
| 2020 | 52.00 | 62.00 | 72.00 |

Source: Bloomberg, Morgan Stanley Commodity Research estimates

**Margin recovery largely complete:** The pressure pumping industry has rebounded strongly from the 2016 trough. This rebound has been driven by strong commodity prices, accelerating activity, and improving pricing. Margins have increased to near peak levels (Exhibit 11) as supply and demand come into balance. Thus, the debate has now shifted to how sustainable current returns are given frac companies' plans to add new capacity to the market throughout this year.

**Modeling broad supply-demand balance in 2018:** We believe frac demand was roughly 12.5mm HP in 4Q17, and believe that the combination of crude price strength and the continued catch-up of completions activity to drilling activity will drive this to over 16mm HP by year-end. We believe the industry has 14-15mm HP active at the beginning of this year, which is an exceptionally tight supply-demand situation. Service companies typically indicate that 80% utilization is "effectively" full utilization due to needs for site moves, cycling of equipment into and out of repair & maintenance, and other general inefficiencies. Versus our assumption of ~3.5mm HP of incremental demand by YE2018, we see ~1.5mm net newbuild capacity entering the market, as well as ~2mm HP of reactivations competing for work. In our view, this will lead to a broadly balanced market with relatively stable returns. We acknowledge, however, that undisciplined building from the industry could begin to erode pricing to the extent we have underestimated the growth from this difficult-to-monitor portion of the market.

**We model high single- to low double-digit demand and supply growth through the end of the decade.** This is predicated on relatively robust oil prices through the end of the decade, which is in line with Morgan Stanley Commodity Research's view. See more on this here.

See our full supply-demand model here.

Morgan Stanley | **RESEARCH**



# Valuation & Key Risks

**We derive our $27 PT using a ~6.0x EV/EBITDA multiple on our 2018E EBITDA of ~$525mm.** This multiple is broadly in line with the peer group's historical average, though we note that this is at the low end of target multiples that we use for similar small cap peers. However, we note that the market is increasingly looking towards companies' fully deployed earnings power (more in line with our 2019 estimates), where our target multiple for LBRT is very much in line with close comps like FRAC and CJ.

**Exhibit 14:** Our implied 2018 target multiple for LBRT is broadly in line with peers' current valuations, and roughly in line with the peer group's (volatile) historical range.

NTM EV/EBITDA

Implied 2018 Target Multiple

Source: Bloomberg, Morgan Stanley Research estimates

**Exhibit 15:** Our target multiple is slightly low vs. peers for 2018, though we see the implied 2019 multiple as right in line with LBRT's closest comps (CJ and FRAC).

Price Target-Implied EV/EBITDA



Source: Thomson Reuters, Morgan Stanley Research estimates

**Exhibit 16:** Bull, Base and Bear Case Valuations

| $mm, unless noted | Bull | Base | Bear |
|---|---|---|---|
| 2018E Revenues | 2,747 | 2,333 | 1,210 |
| 2018E EBITDA | 665 | 524 | 108 |
| 2018E EPS | 4.01 | 2.92 | (0.22) |
| | | | |
| **Implied Tgt. EV/EBITDA** | **6.7x** | **5.8x** | **NM** |
| Enterprise Value | 4,455 | 3,038 | 1,137 |
| Net Debt (2018) | 54.6 | (152.2) | (45.8) |
| Equity Value | 4,400 | 3,191 | 1,183 |
| Diluted Shares | 118.2 | 118.2 | 118.2 |
| **Value/Share ($)** | **37** | **27** | **10** |

Source: Company Data, Morgan Stanley Research estimates.

**In our bull case, we assume that LBRT deploys additional fleets at higher pricing.** Admittedly, this affects our 2019 estimates more than our 2018 estimates, but we still base our target on 2018 estimates. In this scenario, we model ~$665mm of EBITDA in 2018, on which we apply a higher ~6.5x target EV/EBITDA multiple to reflect multiple expansion due to higher 2019+ earnings.

**Our bear case is derived using an asset-based valuation,** assuming LBRT trades ~20% above replacement cost, or at ~$1,200/HP. We note that this is near the level where RES has seen downside support in each of the prior two cycles. Given LBRT's clean balance sheet and premium returns, we believe this is a reasonable downside case in the event of a cyclical pullback.

Morgan Stanley | RESEARCH



**We see LBRT as an OW** due to (i) its near-term revision potential and (ii) relatively favorable risk-reward skew vs. NAm peers. Although we do not see as strong bull case upside for LBRT vs. the peer group, we note that our estimates rely on very little operational improvement vs. what LBRT has already done. We also believe that LBRT would be likely to outperform if pressure pumping market softens later this year, as we believe LBRT's high-efficiency operations make it a preferred supplier and likely to be a leader in returns even in a softer market.

**Exhibit 17:** We see the risk-reward on LBRT as warranting an OW rating, particularly considering its relatively higher near-term revision potential.



% Upside/Downside

Source: Thomson Reuters, Morgan Stanley Research estimates

### Does Enterprise Value per HP Matter?

Some investors like to use Enterprise Value per Horsepower (EV/HP) as a through-cycle check on valuation. We feel this is a particularly relevant metric in downcycles as pressure pumping companies often generate little to no EBITDA at the trough of the cycle. However, we also track this metric in mid-cycle / upcycle environments like today's, with the understanding that companies should (and do) trade at materially different EV/HP multiples based on their level of returns. Pro forma for all companies' announced capacity growth plans, LBRT's valuation implies a year-end 2018 EV/HP of ~$2,200/HP, vs. peers which range between ~$1,200 - $2,500. We see LBRT's valuation at the high end of this range as justified based on the substantially higher EBITDA/HP it generates.

Morgan Stanley | RESEARCH



## Key Risks to Our Call

Oil prices are a key driver of the earnings power of all oilfield services companies, and drive the bulk of upstream spending in the US market. For valuation purposes, our estimates assume $60+ oil through 2020. We would see meaningful downside vs. our current estimates if commodity prices are lower than we anticipate.

- **Industry pricing pressure:** Bears point to announced capacity expansions and the potential for more intense price competition as newbuild fleets enter the market. Our current forecast sees US hydraulic fracturing demand growth, particularly given that we are constructive on crude prices through the end of the decade. To that extent that industry players are undisciplined in pricing strategies, industry returns may deteriorate.

- **Supply chain cost inflation:** Labor is one of the key input costs to hydraulic fracturing and is already in a bottleneck but Liberty has managed this well. Frac sand is another key input cost for hydraulic fracturing and there is a wave of sand mine expansions expected in 2018-19. If these fail to materialize, pumpers could be caught "short" and incur higher than expected costs. LBRT's earnings could fall short of our expectations if the company faces higher labor and sand costs.

- **Sustainability of Liberty's peer-leading returns:** Historical experience with other oilfield services companies has generally indicated a sustainability of relative outperformance/underperformance even in broadly commoditized businesses. Liberty has meaningfully outperformed peers for several years but the company's substantial growth could decrease returns. If LBRT's returns decrease, its earnings could fall short of our expectations.

- **Weakness in internal controls:** Liberty has identified a material weakness in its internal controls for financial reporting. Liberty has hired an experienced Chief Accounting Officer in early 2017 which is expected to help remedy this issue. LBRT's earnings could be lower than our forecast if financial reporting challenges arise.

**Morgan Stanley** | RESEARCH



# Management Team

**Chris Wright (Chief Executive Officer):** Mr. Wright has served as Chief Executive Officer of Liberty since March 2011. He previously also served as CEO of Liberty Resources, an E&P company focused on development of acreage in the Williston Basin. Mr. Wright was one of the founders of Pinnacle Technologies — a company that developed and commercialized microseismic hydraulic fracture mapping — where he served as CEO from 1992 to 2006. From 2000 to 2006, Mr. Wright served as Chairman of Stroud Energy, a shale natural gas producer.

**Michael Stock (Chief Financial Officer):** Mr. Stock has served as Chief Financial Officer of Liberty since April 2012. Prior to joining Liberty, Mr. Stock served as CFO of TAS Energy, Inc., an industrial energy technology company. During his tenure, he was a key part of the raising of equity from leading investment groups including Kleiner Perkins, Element Partners, Natural Gas Partners, and Credit Suisse. From 1997 to 2009, Mr. Stock was the CFO of Pinnacle Technologies.

**Ron Gusek (President):** Mr. Gusek has served as President of Liberty since Nov. 2016. Mr. Gusek previously served as the VP of Technology & Development from 2014 through November 2016. Prior to his roles at Liberty, Mr. Gusek served for 3 years as the Vice President of Corporate Engineering and Technology of Sanjel Corporation, a hydraulic fracturing and energy service company. From 2009-2011, Mr. Gusek was Director of Engineering for Zodiac Exploration, a California E&P company.

**Ryan Gosney (Chief Accounting Officer):** Mr. Gosney has served as the Chief Accounting Officer of Liberty since March 2017. He previously served as the CAO of Vantage Energy from July 2016 through February 2017. Mr. Gosney served as CFO for 4 years at Dorado E&P Partners, an oil and gas company. Mr. Gosney also served as Controller for Delta Petroleum Corporation from October 2005 to January 2012.

**Morgan Stanley** | **RESEARCH**



# Hydraulic Fracturing Overview

**Hydraulic fracturing is part of the process of "completing" an oil & gas well.** Hydraulic fracturing is the act of pumping a slurry down an oil/gas well at high pressures to crack (fracture) the underground rock formation and allow the well to produce oil & gas. Fracturing occurs after a well is drilled and cased, but before production begins (i.e., it is part of the upfront capex of creating a new well). The purpose of hydraulic fracturing is to stimulate the well by opening channels through which oil & gas molecules can flow (thus, it is often referred to as "stimulation"). Stimulation makes up ~1/3 of typical unconventional well costs and thus has a significant impact on the US "shale" industry cost structure.

**Pressure pumping vs. hydraulic fracturing:** Many of the companies involved in hydraulic fracturing have some exposure to the cementing market, which similarly involves pumping fluids downhole using large pumping units. However, this is a distinct (and substantially smaller) market with fewer players. We often use these terms interchangeably as most companies involved in one are also involved in the other, though the supply/demand numbers we analyze refer to frac in particular.

**Frac supply is typically measured in horsepower (HP).** The standard operating unit for a frac company is a "spread" or "fleet," which is effectively a fleet of trucks equipped with large pumps, as well as their supporting equipment (data acquisition vans, blenders, etc.). A given pump truck is a tractor trailor with a large engine and pumping unit attached to it. The pumps typically have 2,250-2,500 HP of pumping power, and a standard rule of thumb is that a spread is 30-50,000 HP, though this varies dramatically by play and application.

**Fracturing demand: wells fracked and horsepower used.** Broadly, frac demand follows unconventional rig activity (i.e., rigs drilling wells in tight rock, like shale), as new wells must be drilled before they can be fractured. For a given well, the rock formation pressures and customer demands dictate the amount of horsepower that must be brought to a given job. The frac service company will then pump water, sand and other chemicals downhole in a series of "stages," which are often used as a measure of activity in the industry. The more stages that are fracked per well, the longer each well takes, and thus the more capacity it effectively absorbs. In recent years there has been a steady trend towards higher and higher stage counts per well, which improve the production of a well.

**Ancillary completion services:** Many companies engaged in hydraulic fracturing provide services related to the hydraulic fracturing operation aside from pure pump trucks. Common additional services include (i) cementing, which is done prior to fracturing, (ii) wireline services, which allow the placement of frac plugs and perforation charges downhole to prepare the casing for pressure pumping operations, (iii) coiled tubing, which is flexible pipe that can be used to lower downhole bits/motors to drill out the frac plugs put in place by the wireline unit, and (iv) various other rental tools/services (e.g., downhole tools, pressure control tool rentals, nitrogen pumping, etc.). We generally have less transparency into the supply/demand dynamics of these items, but demand trends in line with well completion activity.

# Morgan Stanley | RESEARCH



# Financial Model

**Exhibit 18:** LBRT Income Statement

## Income Statement

| ($ in Millions) | 2014 | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| **Revenues** | **517.4** | **455.4** | **374.8** | **1,485.7** | **2,333.3** | **2,700.9** | **2,865.3** |
| (Cost of Sales) | (432.6) | (393.8) | (354.7) | (1,141.3) | (1,715.0) | (1,985.1) | (2,106.0) |
| **Gross Profit** | **84.9** | **61.6** | **20.0** | **344.5** | **618.3** | **715.7** | **759.3** |
| (SG&A) | (19.1) | (27.3) | (31.5) | (62.5) | (88.0) | (96.4) | (104.4) |
| (Start-Up Costs) | (2.8) | (1.0) | (4.3) | (14.3) | (6.5) | (3.8) | - |
| **EBITDA** | **63.0** | **33.3** | **(15.7)** | **267.7** | **523.9** | **615.5** | **654.9** |
| (D&A) | (22.2) | (36.4) | (41.4) | (82.3) | (126.8) | (138.0) | (145.3) |
| **Total EBIT** | **40.8** | **(3.1)** | **(57.1)** | **185.3** | **397.1** | **477.5** | **509.6** |
| Net Interest (Expense) | (3.9) | (5.5) | (6.1) | (12.8) | (13.4) | (10.8) | (10.6) |
| Other Income (Expense) | - | - | - | - | - | - | - |
| **EBT** | **36.9** | **(8.6)** | **(63.2)** | **172.5** | **383.7** | **466.7** | **499.0** |
| Taxes | - | - | - | - | (38.4) | (93.3) | (99.8) |
| **Net Income (Operating)** | **36.9** | **(8.6)** | **(63.2)** | **172.5** | **345.4** | **373.4** | **399.2** |
| **Net Income (GAAP)** | **36.0** | **(9.1)** | **(60.6)** | **168.3** | **345.4** | **373.4** | **399.2** |
| | | | | | | | |
| **Operating EPS** | **0.31** | **(0.07)** | **(0.53)** | **1.46** | **2.92** | **3.16** | **3.38** |
| GAAP EPS | 0.30 | (0.08) | (0.51) | 1.42 | 2.92 | 3.16 | 3.38 |
| Avg. Diluted Share Count | 118.2 | 118.2 | 118.2 | 118.2 | 118.2 | 118.2 | 118.2 |
| Dividends per Share | - | - | - | - | - | - | - |

| Key Metrics | 2014 | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| **Revenue Growth (Sequential)** | **NM** | **(12.0%)** | **(17.7%)** | **296.4%** | **57.0%** | **15.8%** | **6.1%** |
| **Gross % Margin** | **16.4%** | **13.5%** | **5.3%** | **23.2%** | **26.5%** | **26.5%** | **26.5%** |
| Incremental Gross Margins | NM | 37.4% | 51.6% | 29.2% | 32.3% | 26.5% | 26.5% |
| **EBITDA % Margin** | **12.2%** | **7.3%** | **(4.2%)** | **18.0%** | **22.5%** | **22.8%** | **22.9%** |
| **EBIT Margin** | **7.9%** | **(0.7%)** | **(15.2%)** | **12.5%** | **17.0%** | **17.7%** | **17.8%** |
| D&A % of Beg. Net PP&E (Ann.) | NM | NM | 21.8% | 29.7% | 24.8% | 22.3% | 21.1% |
| Average Cost of Debt (Ann.) | NM | 5.0% | 5.9% | 6.5% | 12.9% | 10.6% | 10.6% |
| Effective Tax Rate | — | — | — | — | 10.0% | 20.0% | 20.0% |
| Net Margin | 7.1% | (1.9%) | (16.9%) | 11.6% | 14.8% | 13.8% | 13.9% |

| Operating Data & Key Drivers | 2014 | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| Total Frac Fleets | 6.0 | 6.0 | 13.0 | 19.3 | 22.3 | 24.5 | 26.0 |
| Newbuild/Acquired Fleets | - | - | 10.0 | 4.0 | 3.0 | 3.0 | - |
| Deployed Frac Fleets | 4.1 | 5.9 | 7.2 | 15.2 | 21.6 | 24.5 | 26.0 |
| % Utilization | 68.1% | 98.8% | 55.2% | 78.8% | 97.2% | 100.0% | 100.0% |
| | | | | | | | |
| Revenues ($mm) | 517.4 | 455.4 | 374.8 | 1,485.7 | 2,333.3 | 2,700.9 | 2,865.3 |
| Seq. Growth (%) | | (12.0%) | (17.7%) | 296.4% | 57.0% | 15.8% | 6.1% |
| | | | | | | | |
| Revenue per Active Fleet (Annualized) | 126.7 | 76.9 | 52.2 | 97.9 | 107.9 | 110.2 | 110.2 |
| Seq. Growth (%) | | (39.3%) | (32.0%) | 87.4% | 10.2% | 2.2% | (0.0%) |
| Gross Profit per Active Fleet (Annualized) | 20.8 | 10.4 | 2.8 | 22.7 | 28.6 | 29.2 | 29.2 |
| EBITDA per Active Fleet (Annualized) | 15.4 | 5.6 | (2.2) | 17.6 | 24.2 | 25.1 | 25.2 |

Source: Company Data, Morgan Stanley Research estimates

# Morgan Stanley | RESEARCH

**IDEA**

**Exhibit 19:** LBRT Cash Flow Statement

## Cash Flow Statement

| ($ in Millions) | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| Net Income (GAAP) | (9.1) | (60.6) | 168.3 | 345.4 | 373.4 | 399.2 |
| D&A | 36.4 | 41.4 | 82.3 | 126.8 | 138.0 | 145.3 |
| Deferred Taxes | - | - | - | - | - | - |
| Stock-Based Compensation | - | - | - | - | - | - |
| Other | 12.9 | (2.0) | 1.9 | - | - | - |
| <u>Changes in Operating Assets/Liabilities</u> | | | | | | |
| Accounts Receivable & Unbilled Revenu | 9.3 | (43.0) | (130.1) | (112.7) | (56.8) | - |
| Inventory | 3.7 | (11.7) | (14.6) | (15.7) | (8.9) | - |
| Accounts Payable | (24.6) | 38.6 | 113.7 | 33.4 | 19.0 | - |
| Accrued Liabilities | (22.5) | - | - | - | - | - |
| Other Current Assets/Liabilities | (0.1) | (3.4) | (15.7) | - | - | - |
| Non-Current Assets/Liabilities | - | - | - | - | - | - |
| **Cash Flow from Operations** | **6.1** | **(40.7)** | **205.8** | **377.2** | **464.6** | **544.5** |
| Capital Expenditures | (38.5) | (102.4) | (329.1) | (233.2) | (207.6) | (76.8) |
| **Free Cash Flow (FCF)** | **(32.4)** | **(143.1)** | **(123.4)** | **144.0** | **257.0** | **467.7** |
| Acquisitions & Investments | - | - | - | - | - | - |
| Asset Disposals | - | 6.1 | 1.1 | - | - | - |
| Other Investing Cash Flows | - | - | - | - | - | - |
| Issuance / (Paydown) of Debt | 21.5 | (6.5) | 156.0 | (92.7) | (1.8) | (1.8) |
| Dividends | - | - | - | - | - | - |
| Equity Issues / Options Activity | - | 155.5 | (22.9) | 194.5 | - | - |
| Purchase of Treasury Shares | - | - | - | - | - | - |
| Other Financing Cash Flows | (0.1) | (0.4) | (12.3) | - | - | - |
| Foreign Exchange Adjustments | - | - | - | - | - | - |
| Total Change in Cash | (10.9) | 11.5 | (1.5) | 245.8 | 255.3 | 465.9 |

Source: Company Data, Morgan Stanley Research estimates. 2014 cash flow information not available.

16

# Morgan Stanley | RESEARCH

**IDEA**

**Exhibit 20:** LBRT Balance Sheet

## Balance Sheet

| ($ in Millions) | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Cash & Equivalents | - | 11.5 | 10.0 | 255.8 | 511.1 | 977.0 |
| Accounts Receivable | 87.8 | 128.6 | 258.7 | 371.4 | 428.2 | 428.2 |
| Inventory | 16.5 | 28.1 | 42.5 | 58.2 | 67.1 | 67.1 |
| Prepaid Expenses & Other Current Asse | 2.9 | 5.9 | 23.2 | 23.2 | 23.2 | 23.2 |
| **Total Current Assets** | **107.2** | **174.1** | **334.4** | **708.5** | **1,029.5** | **1,495.5** |
| Net PP&E | 189.8 | 277.4 | 511.3 | 617.8 | 687.4 | 618.9 |
| Deferred Taxes | - | - | - | - | - | - |
| Other Non-Current Assets | - | 0.4 | 6.1 | 6.1 | 6.1 | 6.1 |
| **Total Assets** | **297.0** | **451.8** | **851.8** | **1,332.4** | **1,723.0** | **2,120.5** |
| | | | | | | |
| **Liabilities & Equity:** | | | | | | |
| Accounts Payable | 28.6 | 42.9 | 90.6 | 124.1 | 143.1 | 143.1 |
| Accrued Liabilities | 24.1 | 76.1 | 129.7 | 129.7 | 129.7 | 129.7 |
| Current Maturities of Debt | 22.8 | 12.8 | 62.6 | 1.8 | 1.8 | - |
| Other Current Liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | **75.5** | **131.8** | **282.9** | **255.6** | **274.5** | **272.8** |
| LT Debt, Capital Leases & Preferred | 87.4 | 91.1 | 133.7 | 101.9 | 100.1 | 100.1 |
| Deferred Taxes | - | - | - | - | - | - |
| Other Non-Current Liabilities | - | - | - | - | - | - |
| **Total Liabilities** | **162.9** | **222.9** | **416.7** | **357.4** | **374.7** | **372.9** |
| Contributed Capital | 134.1 | 229.0 | 377.7 | 572.2 | 572.2 | 572.2 |
| Retained Earnings | - | - | 57.5 | 402.8 | 776.2 | 1,175.4 |
| AOCI | - | - | - | - | - | - |
| Shareholders' Equity | 134.1 | 229.0 | 435.1 | 975.0 | 1,348.4 | 1,747.5 |
| **Total Liabilities & Equity** | **297.0** | **451.8** | **851.8** | **1,332.4** | **1,723.0** | **2,120.5** |

| Supporting Schedules | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|
| **Leverage & Credit Metrics:** | | | | | | |
| Total Capital | 244.3 | 332.9 | 631.4 | 1,078.6 | 1,450.2 | 1,847.7 |
| Total Debt | 110.2 | 103.9 | 196.3 | 103.6 | 101.9 | 100.1 |
| Net Debt | 110.2 | 92.4 | 186.3 | (152.2) | (409.2) | (876.9) |
| Total Debt/Capital | 45.1% | 31.2% | 31.1% | 9.6% | 7.0% | 5.4% |
| Net Debt/Net Capital | 45.1% | 28.8% | 30.0% | (18.5%) | (43.6%) | (100.7%) |
| Net Debt/Equity | 82.2% | 40.4% | 42.8% | (15.6%) | (30.3%) | (50.2%) |
| | | | | | | |
| Net Debt/LTM EBITDA | 1.1x | 1.1x | 0.5x | (0.2x) | (0.3x) | (0.4x) |
| Net Debt/LTM EBIT | 2.9x | (4.8x) | 1.1x | (0.3x) | (0.4x) | (0.6x) |
| | | | | | | |
| EBITDA/Int. Expense | 6.1x | (2.6x) | 20.9x | 39.1x | 56.9x | 61.6x |
| (EBITDA-Capex)/Int. Expense | (0.9x) | (19.3x) | (4.8x) | 21.7x | 37.7x | 54.4x |
| EBIT/Int. Expense | (0.6x) | (9.3x) | 14.5x | 29.7x | 44.2x | 47.9x |
| Capex/D&A | 0% | 248% | 400% | 184% | 150% | 53% |

Source: Company Data, Morgan Stanley Research estimates. 2014 balance sheet information not available.

**Morgan Stanley** | RESEARCH

**IDEA**

# Industry Supply-Demand Model

**Exhibit 21:** US Hydraulic Fracturing Supply-Demand Model

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|
| **Well Completions** | | | | | | | | |
| Horizontal | 16,064 | 18,868 | 13,518 | 8,047 | 11,869 | 16,326 | 17,819 | 19,402 |
| *Y/Y % Δ* | *9%* | *17%* | *(28%)* | *(40%)* | *47%* | *38%* | *9%* | *9%* |
| Vertical/Directional | 23,314 | 22,211 | 10,900 | 5,210 | 5,168 | 5,708 | 6,416 | 7,078 |
| *Y/Y % Δ* | *(13%)* | *(5%)* | *(51%)* | *(52%)* | *(1%)* | *10%* | *12%* | *10%* |
| **Total Well Completions** | **39,378** | **41,079** | **24,418** | **13,257** | **17,037** | **22,033** | **24,235** | **26,481** |
| *Y/Y % Δ* | *(6%)* | *4%* | *(41%)* | *(46%)* | *29%* | *29%* | *10%* | *9%* |

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|
| **Hydraulic Fracturing Supply-Demand** | | | | | | | | |
| HP Demand (MM) | 12.4 | 14.6 | 10.7 | 6.2 | 10.4 | 15.4 | 17.1 | 18.6 |
| *Y/Y % Δ* | *4%* | *18%* | *(27%)* | *(42%)* | *68%* | *48%* | *11%* | *9%* |
| Nameplate HP Supply (MM) | 16.5 | 17.3 | 18.2 | 17.8 | 18.7 | 20.7 | 22.5 | 24.2 |
| *Y/Y % Δ* | *8%* | *5%* | *5%* | *(2%)* | *5%* | *10%* | *9%* | *7%* |
| **Nameplate Utilization** | **75%** | **85%** | **59%** | **35%** | **56%** | **74%** | **76%** | **77%** |
| Marketed HP Supply (MM) | 15.7 | 16.6 | 15.7 | 9.8 | 14.8 | 19.6 | 22.4 | 24.2 |
| *Y/Y % Δ* | *10%* | *6%* | *(5%)* | *(38%)* | *51%* | *32%* | *14%* | *8%* |
| **Marketed Utilization** | **79%** | **88%** | **68%** | **63%** | **70%** | **79%** | **76%** | **77%** |

Source: Baker Hughes, Rystad Energy, Morgan Stanley Research estimates

**Morgan Stanley | RESEARCH**



# Comp Sheet

**Exhibit 22:** Comparable Companies

| Company | Ticker | MS Rating | Recent Price | Mkt Cap ($mm) | P/E 16A | 17E | 18E | 19E | EV/EBITDA 16A | 17E | 18E | 19E | ROE 16A | 18E | Net Debt/EV 16A | 18E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Large-Cap Services* | | | | | | | | | | | | | | | | |
| Schlumberger | SLB | O | $73.69 | $102,080 | NM | 49.3 | 34.2 | 24.1 | 20.1 | 15.9 | 15.2 | 13.3 | NA | 8.1% | 9.0% | 12.8% |
| Halliburton | HAL | O | $52.19 | $45,538 | NM | 42.2 | 20.1 | 14.9 | 25.5 | 14.3 | 10.3 | 8.4 | (1.1%) | 27.3% | 15.1% | 15.4% |
| Baker Hughes, a GE Co. | BHGE | O | $31.05 | $35,561 | NM | NM | 38.0 | 17.2 | 18.3 | 14.9 | 12.4 | 8.7 | 0.6% | 6.6% | (2.6%) | 3.7% |
| Weatherford | WFT | O | $3.50 | $3,474 | NM | NM | NM | NM | 46.0 | 20.9 | 14.2 | 10.6 | (19.3%) | (25.6%) | 56.9% | 65.4% |
| *Average* | | | | | *NM* | *45.8* | *30.8* | *18.8* | *27.5* | *16.5* | *13.0* | *10.3* | *(6.6%)* | *4.1%* | *19.6%* | *24.3%* |
| *Small-Cap Services* | | | | | | | | | | | | | | | | |
| Core Laboratories | CLB | O | $113.62 | $5,016 | NM | NM | 43.8 | 35.5 | 48.2 | 36.3 | 30.2 | 25.2 | NM | 79.1% | 3.6% | 3.9% |
| RPC Inc. | RES | U | $20.09 | $4,351 | NM | 25.1 | 13.1 | 12.0 | NM | 12.4 | 5.9 | 5.3 | (17.2%) | 35.8% | (2.4%) | (5.9%) |
| US Silica | SLCA | O | $32.03 | $2,602 | NM | 21.5 | 10.6 | 11.2 | NM | 9.9 | 5.6 | 5.2 | (9.6%) | 17.8% | (3.1%) | 1.9% |
| Liberty Oilfield Services | LBRT | O | $20.90 | $2,470 | NM | 14.3 | 7.2 | 6.6 | NM | 10.3 | 4.8 | 3.7 | NA | 79.4% | NA | (6.1%) |
| C&J Energy Services | CJ | O | $30.02 | $2,057 | NM | NM | 12.9 | 7.3 | NM | 16.6 | 4.6 | 2.9 | NA | 12.7% | NA | (5.2%) |
| Keane Group, Inc. | FRAC | O | $15.87 | $1,775 | NM | NM | 14.3 | 9.3 | NM | 12.9 | 4.1 | 2.8 | NA | 25.3% | 9.3% | 3.2% |
| Superior Energy Services | SPN | E | $10.37 | $1,587 | NM | NM | NM | NM | 91.2 | 14.9 | 7.3 | 5.2 | (17.1%) | (11.4%) | 30.0% | 40.6% |
| Frank's International | FI | U | $6.63 | $1,479 | NM | NM | NM | NM | NM | NM | 35.4 | 12.3 | (8.0%) | (5.1%) | (10.6%) | (19.2%) |
| FMSA Holdings | FMSA | + | $5.20 | $1,165 | NM | 18.8 | 12.7 | 11.5 | NM | 8.9 | 4.5 | 2.4 | NM | 55.0% | 19.8% | 48.1% |
| Source Energy Services | SHLE-T | E | C$7.85 | $394 | NM | NM | 6.6 | 5.4 | NM | 15.7 | 4.0 | 3.0 | NM | 27.1% | NA | 20.8% |
| *Average* | | | | | *NM* | *19.9* | *15.1* | *12.4* | *69.7* | *15.3* | *10.6* | *6.8* | *(12.9%)* | *31.6%* | *6.7%* | *8.2%* |
| *Land Drillers:* | | | | | | | | | | | | | | | | |
| Helmerich & Payne | HP | U | $70.11 | $7,633 | NM | NM | NM | NM | 17.0 | 15.2 | 15.3 | 11.9 | (2.2%) | (1.0%) | (8.0%) | 0.8% |
| Patterson-UTI | PTEN | O | $23.04 | $5,125 | NM | NM | NM | 29.4 | 24.3 | 10.8 | 6.4 | 4.5 | (13.0%) | (0.7%) | 12.4% | 8.4% |
| Nabors Industries | NBR | E | $7.64 | $2,429 | NM | NM | NM | NM | 14.1 | 11.1 | 7.4 | 5.4 | (8.8%) | (8.0%) | 41.3% | 60.8% |
| Precision Drilling | PDS | E | $3.57 | $1,048 | NM | NM | NM | 19.9 | 18.7 | 9.4 | 7.2 | 4.6 | (7.9%) | (2.8%) | 45.5% | 53.6% |
| Independence Contract Drilling | ICD | E | $4.60 | $175 | NM | NM | NM | 18.7 | 26.1 | 21.1 | 9.7 | 5.3 | (6.8%) | (3.5%) | 7.2% | 24.5% |
| *Average* | | | | | *NM* | *NM* | *NM* | *NM* | *20.0* | *13.5* | *9.2* | *6.4* | *(7.8%)* | *(3.2%)* | *19.7%* | *29.6%* |

Source: Thomson Reuters, Company Data, Morgan Stanley Research; E = Morgan Stanley Research estimates. ++ Rating, price target and/or estimates for this company have been removed from consideration because under Morgan Stanley policy and/or applicable regulations, Morgan Stanley may be precluded from issuing such information with respect to this company at this time. Data as of the market close on 2/2/18.

19

**Morgan Stanley** | RESEARCH



## Disclosure Section

The information and opinions in Morgan Stanley Research were prepared by Morgan Stanley & Co. LLC, and/or Morgan Stanley C.T.V.M. S.A., and/or Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., and/or Morgan Stanley Canada Limited. As used in this disclosure section, "Morgan Stanley" includes Morgan Stanley & Co. LLC, Morgan Stanley C.T.V.M. S.A., Morgan Stanley Mexico, Casa de Bolsa, S.A. de C.V., Morgan Stanley Canada Limited and their affiliates as necessary.

For important disclosures, stock price charts and equity rating histories regarding companies that are the subject of this report, please see the Morgan Stanley Research Disclosure Website at www.morganstanley.com/researchdisclosures, or contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY, 10036 USA.

For valuation methodology and risks associated with any recommendation, rating or price target referenced in this research report, please contact the Client Support Team as follows: US/Canada +1 800 303-2495; Hong Kong +852 2848-5999; Latin America +1 718 754-5444 (U.S.); London +44 (0)20-7425-8169; Singapore +65 6834-6860; Sydney +61 (0)2-9770-1505; Tokyo +81 (0)3-6836-9000. Alternatively you may contact your investment representative or Morgan Stanley Research at 1585 Broadway, (Attention: Research Management), New York, NY 10036 USA.

### Analyst Certification

The following analysts hereby certify that their views about the companies and their securities discussed in this report are accurately expressed and that they have not received and will not receive direct or indirect compensation in exchange for expressing specific recommendations or views in this report: Connor Lynagh.

Unless otherwise stated, the individuals listed on the cover page of this report are research analysts.

### Global Research Conflict Management Policy

Morgan Stanley Research has been published in accordance with our conflict management policy, which is available at www.morganstanley.com/institutional/research/conflictpolicies.

### Important US Regulatory Disclosures on Subject Companies

As of January 31, 2018, Morgan Stanley beneficially owned 1% or more of a class of common equity securities of the following companies covered in Morgan Stanley Research: Diamond Offshore, ENSCO, FMSA Holdings Inc, Halliburton Co., Nabors Industries Inc., National Oilwell Varco, Schlumberger, U.S. Silica Holdings, Inc..

Within the last 12 months, Morgan Stanley managed or co-managed a public offering (or 144A offering) of securities of Baker Hughes A GE Co LLC, C&J Energy Services Inc, ENSCO, Frank's International NV, Keane Group Inc, **Liberty Oilfield Services Inc**, Nabors Industries Inc., Source Energy Services Ltd, Transocean, Weatherford International.

Within the last 12 months, Morgan Stanley has received compensation for investment banking services from Baker Hughes A GE Co LLC, C&J Energy Services Inc, ENSCO, Frank's International NV, Keane Group Inc, **Liberty Oilfield Services Inc**, Nabors Industries Inc., Patterson-UTI Energy, Schlumberger, Source Energy Services Ltd, TECHNIPFMC, Transocean, U.S. Silica Holdings, Inc., Weatherford International.

In the next 3 months, Morgan Stanley expects to receive or intends to seek compensation for investment banking services from Baker Hughes A GE Co LLC, C&J Energy Services Inc, Diamond Offshore, Dril Quip Inc., ENSCO, FMSA Holdings Inc, Forum Energy Technologies Inc, Frank's International NV, Halliburton Co., Independence Contract Drilling, Inc., Keane Group Inc, **Liberty Oilfield Services Inc**, Nabors Industries Inc., National Oilwell Varco, Noble Corporation, Oceaneering International Inc, Oil States International Inc., Patterson-UTI Energy, Rowan Companies, Schlumberger, Source Energy Services Ltd, Superior Energy Services Inc., TECHNIPFMC, Tenaris S.A, Transocean, U.S. Silica Holdings, Inc., Weatherford International.

Within the last 12 months, Morgan Stanley has received compensation for products and services other than investment banking services from Baker Hughes A GE Co LLC, ENSCO, Helix Energy Solutions, Noble Corporation, Schlumberger, Superior Energy Services Inc., TECHNIPFMC, Transocean, U.S. Silica Holdings, Inc., Weatherford International.

Within the last 12 months, Morgan Stanley has provided or is providing investment banking services to, or has an investment banking client relationship with, the following company: Baker Hughes A GE Co LLC, C&J Energy Services Inc, Diamond Offshore, Dril Quip Inc., ENSCO, FMSA Holdings Inc, Forum Energy Technologies Inc, Frank's International NV, Halliburton Co., Independence Contract Drilling, Inc., Keane Group Inc, **Liberty Oilfield Services Inc**, Nabors Industries Inc., National Oilwell Varco, Noble Corporation, Oceaneering International Inc, Oil States International Inc., Patterson-UTI Energy, Rowan Companies, Schlumberger, Source Energy Services Ltd, Superior Energy Services Inc., TECHNIPFMC, Tenaris S.A, Transocean, U.S. Silica Holdings, Inc., Weatherford International.

Within the last 12 months, Morgan Stanley has either provided or is providing non-investment banking, securities-related services to and/or in the past has entered into an agreement to provide services or has a client relationship with the following company: Baker Hughes A GE Co LLC, Core Laboratories NV, ENSCO, Halliburton Co., Helix Energy Solutions, Nabors Industries Inc., Noble Corporation, Schlumberger, Superior Energy Services Inc., TECHNIPFMC, Tenaris S.A, Transocean, U.S. Silica Holdings, Inc., Weatherford International.

Morgan Stanley & Co. LLC makes a market in the securities of Baker Hughes A GE Co LLC, Core Laboratories NV, Diamond Offshore, Dril Quip Inc., ENSCO, FMSA Holdings Inc, Forum Energy Technologies Inc, Frank's International NV, Halliburton Co., Helix Energy Solutions, Helmerich & Payne Inc, Nabors Industries Inc., National Oilwell Varco, Noble Corporation, Oceaneering International Inc, Oil States International Inc., Patterson-UTI Energy, Precision Drilling Corp, Rowan Companies, RPC, Schlumberger, Superior Energy Services Inc., TECHNIPFMC, Tenaris S.A, Transocean, U.S. Silica Holdings, Inc., Weatherford International.

The equity research analysts or strategists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality of research, investor client feedback, stock picking, competitive factors, firm revenues and overall investment banking revenues. Equity Research analysts' or strategists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

Morgan Stanley and its affiliates do business that relates to companies/instruments covered in Morgan Stanley Research, including market making, providing liquidity, fund management, commercial banking, extension of credit, investment services and investment banking. Morgan Stanley sells to and buys from customers the securities/instruments of companies covered in Morgan Stanley Research on a principal basis. Morgan Stanley may have a position in the debt of the Company or instruments discussed in this report. Morgan Stanley trades or may trade as principal in the debt securities (or in related derivatives) that are the subject of the debt research report.

Certain disclosures listed above are also for compliance with applicable regulations in non-US jurisdictions.

### STOCK RATINGS

Morgan Stanley uses a relative rating system using terms such as Overweight, Equal-weight, Not-Rated or Underweight (see definitions below). Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold and sell. Investors should carefully read the definitions of all ratings used in Morgan Stanley Research. In addition, since Morgan Stanley Research contains more complete information concerning the analyst's views, investors should carefully read Morgan Stanley Research, in its entirety, and not infer the contents from the rating alone. In any case, ratings (or research) should not be used or relied upon as investment advice. An investor's decision to buy or sell a stock should depend on individual circumstances (such as the investor's existing holdings) and other considerations.

# Morgan Stanley | RESEARCH



## Global Stock Ratings Distribution

(as of January 31, 2018)

The Stock Ratings described below apply to Morgan Stanley's Fundamental Equity Research and do not apply to Debt Research produced by the Firm. For disclosure purposes only (in accordance with NASD and NYSE requirements), we include the category headings of Buy, Hold, and Sell alongside our ratings of Overweight, Equal-weight, Not-Rated and Underweight. Morgan Stanley does not assign ratings of Buy, Hold or Sell to the stocks we cover. Overweight, Equal-weight, Not-Rated and Underweight are not the equivalent of buy, hold, and sell but represent recommended relative weightings (see definitions below). To satisfy regulatory requirements, we correspond Overweight, our most positive stock rating, with a buy recommendation; we correspond Equal-weight and Not-Rated to hold and Underweight to sell recommendations, respectively.

| STOCK RATING CATEGORY | COVERAGE UNIVERSE | | INVESTMENT BANKING CLIENTS (IBC) | | | OTHER MATERIAL INVESTMENT SERVICES CLIENTS (MISC) | |
|---|---|---|---|---|---|---|---|
| | COUNT | % OF TOTAL | COUNT | % OF TOTAL IBC | % OF RATING CATEGORY | COUNT | % OF TOTAL OTHER MISC |
| Overweight/Buy | 1173 | 37% | 318 | 41% | 27% | 571 | 39% |
| Equal-weight/Hold | 1390 | 44% | 359 | 47% | 26% | 653 | 45% |
| Not-Rated/Hold | 53 | 2% | 5 | 1% | 9% | 8 | 1% |
| Underweight/Sell | 564 | 18% | 90 | 12% | 16% | 219 | 15% |
| TOTAL | 3,180 | | 772 | | | 1451 | |

Data include common stock and ADRs currently assigned ratings. Investment Banking Clients are companies from whom Morgan Stanley received investment banking compensation in the last 12 months. Due to rounding off of decimals, the percentages provided in the "% of total" column may not add up to exactly 100 percent.

## Analyst Stock Ratings

Overweight (O). The stock's total return is expected to exceed the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Equal-weight (E). The stock's total return is expected to be in line with the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Not-Rated (NR). Currently the analyst does not have adequate conviction about the stock's total return relative to the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Underweight (U). The stock's total return is expected to be below the average total return of the analyst's industry (or industry team's) coverage universe, on a risk-adjusted basis, over the next 12-18 months.

Unless otherwise specified, the time frame for price targets included in Morgan Stanley Research is 12 to 18 months.

## Analyst Industry Views

Attractive (A): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be attractive vs. the relevant broad market benchmark, as indicated below.

In-Line (I): The analyst expects the performance of his or her industry coverage universe over the next 12-18 months to be in line with the relevant broad market benchmark, as indicated below.

Cautious (C): The analyst views the performance of his or her industry coverage universe over the next 12-18 months with caution vs. the relevant broad market benchmark, as indicated below.

Benchmarks for each region are as follows: North America - S&P 500; Latin America - relevant MSCI country index or MSCI Latin America Index; Europe - MSCI Europe; Japan - TOPIX; Asia - relevant MSCI country index or MSCI sub-regional index or MSCI AC Asia Pacific ex Japan Index.

## Important Disclosures for Morgan Stanley Smith Barney LLC Customers

Important disclosures regarding the relationship between the companies that are the subject of Morgan Stanley Research and Morgan Stanley Smith Barney LLC or Morgan Stanley or any of their affiliates, are available on the Morgan Stanley Wealth Management disclosure website at www.morganstanley.com/online/researchdisclosures. For Morgan Stanley specific disclosures, you may refer to www.morganstanley.com/researchdisclosures.

Each Morgan Stanley Equity Research report is reviewed and approved on behalf of Morgan Stanley Smith Barney LLC. This review and approval is conducted by the same person who reviews the Equity Research report on behalf of Morgan Stanley. This could create a conflict of interest.

## Other Important Disclosures

Morgan Stanley & Co. International PLC and its affiliates have a significant financial interest in the debt securities of Baker Hughes A GE Co LLC, C&J Energy Services Inc, Diamond Offshore, ENSCO, Halliburton Co., Independence Contract Drilling, Inc., Noble Corporation, Oceaneering International Inc, Schlumberger, Transocean.

Morgan Stanley Research policy is to update research reports as and when the Research Analyst and Research Management deem appropriate, based on developments with the issuer, the sector, or the market that may have a material impact on the research views or opinions stated therein. In addition, certain Research publications are intended to be updated on a regular periodic basis (weekly/monthly/quarterly/annual) and will ordinarily be updated with that frequency, unless the Research Analyst and Research Management determine that a different publication schedule is appropriate based on current conditions.

Morgan Stanley is not acting as a municipal advisor and the opinions or views contained herein are not intended to be, and do not constitute, advice within the meaning of Section 975 of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

Morgan Stanley produces an equity research product called a "Tactical Idea." Views contained in a "Tactical Idea" on a particular stock may be contrary to the recommendations or views expressed in research on the same stock. This may be the result of differing time horizons, methodologies, market events, or other factors. For all research available on a particular stock, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Morgan Stanley Research is provided to our clients through our proprietary research portal on Matrix and also distributed electronically by Morgan Stanley to clients. Certain, but not all, Morgan Stanley Research products are also made available to clients through third-party vendors or redistributed to clients through

21

# Morgan Stanley | RESEARCH



alternate electronic means as a convenience. For access to all available Morgan Stanley Research, please contact your sales representative or go to Matrix at http://www.morganstanley.com/matrix.

Any access and/or use of Morgan Stanley Research is subject to Morgan Stanley's Terms of Use (http://www.morganstanley.com/terms.html). By accessing and/or using Morgan Stanley Research, you are indicating that you have read and agree to be bound by our Terms of Use (http://www.morganstanley.com/terms.html). In addition you consent to Morgan Stanley processing your personal data and using cookies in accordance with our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html), including for the purposes of setting your preferences and to collect readership data so that we can deliver better and more personalized service and products to you. To find out more information about how Morgan Stanley processes personal data, how we use cookies and how to reject cookies see our Privacy Policy and our Global Cookies Policy (http://www.morganstanley.com/privacy_pledge.html).

If you do not agree to our Terms of Use and/or if you do not wish to provide your consent to Morgan Stanley processing your personal data or using cookies please do not access our research.

Morgan Stanley Research does not provide individually tailored investment advice. Morgan Stanley Research has been prepared without regard to the circumstances and objectives of those who receive it. Morgan Stanley recommends that investors independently evaluate particular investments and strategies, and encourages investors to seek the advice of a financial adviser. The appropriateness of an investment or strategy will depend on an investor's circumstances and objectives. The securities, instruments, or strategies discussed in Morgan Stanley Research may not be suitable for all investors, and certain investors may not be eligible to purchase or participate in some or all of them. Morgan Stanley Research is not an offer to buy or sell or the solicitation of an offer to buy or sell any security/instrument or to participate in any particular trading strategy. The value of and income from your investments may vary because of changes in interest rates, foreign exchange rates, default rates, prepayment rates, securities/instruments prices, market indexes, operational or financial conditions of companies or other factors. There may be time limitations on the exercise of options or other rights in securities/instruments transactions. Past performance is not necessarily a guide to future performance. Estimates of future performance are based on assumptions that may not be realized. If provided, and unless otherwise stated, the closing price on the cover page is that of the primary exchange for the subject company's securities/instruments.

The fixed income research analysts, strategists or economists principally responsible for the preparation of Morgan Stanley Research have received compensation based upon various factors, including quality, accuracy and value of research, firm profitability or revenues (which include fixed income trading and capital markets profitability or revenues), client feedback and competitive factors. Fixed Income Research analysts', strategists' or economists' compensation is not linked to investment banking or capital markets transactions performed by Morgan Stanley or the profitability or revenues of particular trading desks.

The "Important US Regulatory Disclosures on Subject Companies" section in Morgan Stanley Research lists all companies mentioned where Morgan Stanley owns 1% or more of a class of common equity securities of the companies. For all other companies mentioned in Morgan Stanley Research, Morgan Stanley may have an investment of less than 1% in securities/instruments or derivatives of securities/instruments of companies and may trade them in ways different from those discussed in Morgan Stanley Research. Employees of Morgan Stanley not involved in the preparation of Morgan Stanley Research may have investments in securities/instruments or derivatives of securities/instruments of companies mentioned and may trade them in ways different from those discussed in Morgan Stanley Research. Derivatives may be issued by Morgan Stanley or associated persons.

With the exception of information regarding Morgan Stanley, Morgan Stanley Research is based on public information. Morgan Stanley makes every effort to use reliable, comprehensive information, but we make no representation that it is accurate or complete. We have no obligation to tell you when opinions or information in Morgan Stanley Research change apart from when we intend to discontinue equity research coverage of a subject company. Facts and views presented in Morgan Stanley Research have not been reviewed by, and may not reflect information known to, professionals in other Morgan Stanley business areas, including investment banking personnel.

Morgan Stanley Research personnel may participate in company events such as site visits and are generally prohibited from accepting payment by the company of associated expenses unless pre-approved by authorized members of Research management.

Morgan Stanley may make investment decisions that are inconsistent with the recommendations or views in this report.

To our readers based in Taiwan or trading in Taiwan securities/instruments: Information on securities/instruments that trade in Taiwan is distributed by Morgan Stanley Taiwan Limited ("MSTL"). Such information is for your reference only. The reader should independently evaluate the investment risks and is solely responsible for their investment decisions. Morgan Stanley Research may not be distributed to the public media or quoted or used by the public media without the express written consent of Morgan Stanley. Any non-customer reader within the scope of Article 7-1 of the Taiwan Stock Exchange Recommendation Regulations accessing and/or receiving Morgan Stanley Research is not permitted to provide Morgan Stanley Research to any third party (including but not limited to related parties, affiliated companies and any other third parties) or engage in any activities regarding Morgan Stanley Research which may create or give the appearance of creating a conflict of interest. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation or a solicitation to trade in such securities/instruments. MSTL may not execute transactions for clients in these securities/instruments.

Morgan Stanley is not incorporated under PRC law and the research in relation to this report is conducted outside the PRC. Morgan Stanley Research does not constitute an offer to sell or the solicitation of an offer to buy any securities in the PRC. PRC investors shall have the relevant qualifications to invest in such securities and shall be responsible for obtaining all relevant approvals, licenses, verifications and/or registrations from the relevant governmental authorities themselves. Neither this report nor any part of it is intended as, or shall constitute, provision of any consultancy or advisory service of securities investment as defined under PRC law. Such information is provided for your reference only.

Morgan Stanley Research is disseminated in Brazil by Morgan Stanley C.T.V.M. S.A.; in Mexico by Morgan Stanley México, Casa de Bolsa, S.A. de C.V which is regulated by Comision Nacional Bancaria y de Valores. Paseo de los Tamarindos 90, Torre 1, Col. Bosques de las Lomas Floor 29, 05120 Mexico City; in Japan by Morgan Stanley MUFG Securities Co., Ltd. and, for Commodities related research reports only, Morgan Stanley Capital Group Japan Co., Ltd; in Hong Kong by Morgan Stanley Asia Limited (which accepts responsibility for its contents) and by Morgan Stanley Asia International Limited, Hong Kong Branch; in Singapore by Morgan Stanley Asia (Singapore) Pte. (Registration number 199206298Z) and/or Morgan Stanley Asia (Singapore) Securities Pte Ltd (Registration number 200008434H), regulated by the Monetary Authority of Singapore (which accepts legal responsibility for its contents and should be contacted with respect to any matters arising from, or in connection with, Morgan Stanley Research) and by Morgan Stanley Asia International Limited, Singapore Branch (Registration number T11FC0207F); in Australia to "wholesale clients" within the meaning of the Australian Corporations Act by Morgan Stanley Australia Limited A.B.N. 67 003 734 576, holder of Australian financial services license No. 233742, which accepts responsibility for its contents; in Australia to "wholesale clients" and "retail clients" within the meaning of the Australian Corporations Act by Morgan Stanley Wealth Management Australia Pty Ltd (A.B.N. 19 009 145 555, holder of Australian financial services license No. 240813, which accepts responsibility for its contents; in Korea by Morgan Stanley & Co International plc, Seoul Branch; in India by Morgan Stanley India Company Private Limited; in Indonesia by PT. Morgan Stanley Sekuritas Indonesia; in Canada by Morgan Stanley Canada Limited, which has approved of and takes responsibility for its contents in Canada; in Germany by Morgan Stanley Bank AG, Frankfurt am Main and Morgan Stanley Private Wealth Management Limited, Niederlassung Deutschland, regulated by Bundesanstalt fuer Finanzdienstleistungsaufsicht (BaFin); in Spain by Morgan Stanley, S.V., S.A., a Morgan Stanley group company, which is supervised by the Spanish Securities Markets Commission (CNMV) and states that Morgan Stanley Research has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations; in the US by Morgan Stanley & Co. LLC, which accepts responsibility for its contents. Morgan Stanley & Co. International plc, authorized by the Prudential Regulatory Authority and regulated by the Financial Conduct Authority and the Prudential Regulatory Authority, disseminates in the UK research that it has prepared, and approves solely for the purposes of section 21 of the Financial Services and Markets Act 2000, research which has been prepared by any of its affiliates. RMB Morgan Stanley Proprietary Limited is a member of the JSE

**Morgan Stanley** | **RESEARCH**



Limited and regulated by the Financial Services Board in South Africa. RMB Morgan Stanley Proprietary Limited is a joint venture owned equally by Morgan Stanley International Holdings Inc. and RMB Investment Advisory (Proprietary) Limited, which is wholly owned by FirstRand Limited. The information in Morgan Stanley Research is being disseminated by Morgan Stanley Saudi Arabia, regulated by the Capital Market Authority in the Kingdom of Saudi Arabia , and is directed at Sophisticated investors only.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (DIFC Branch), regulated by the Dubai Financial Services Authority (the DFSA), and is directed at Professional Clients only, as defined by the DFSA. The financial products or financial services to which this research relates will only be made available to a customer who we are satisfied meets the regulatory criteria to be a Professional Client.

The information in Morgan Stanley Research is being communicated by Morgan Stanley & Co. International plc (QFC Branch), regulated by the Qatar Financial Centre Regulatory Authority (the QFCRA), and is directed at business customers and market counterparties only and is not intended for Retail Customers as defined by the QFCRA.

As required by the Capital Markets Board of Turkey, investment information, comments and recommendations stated here, are not within the scope of investment advisory activity. Investment advisory service is provided exclusively to persons based on their risk and income preferences by the authorized firms. Comments and recommendations stated here are general in nature. These opinions may not fit to your financial status, risk and return preferences. For this reason, to make an investment decision by relying solely to this information stated here may not bring about outcomes that fit your expectations.

The trademarks and service marks contained in Morgan Stanley Research are the property of their respective owners. Third-party data providers make no warranties or representations relating to the accuracy, completeness, or timeliness of the data they provide and shall not have liability for any damages relating to such data. The Global Industry Classification Standard (GICS) was developed by and is the exclusive property of MSCI and S&P.

Morgan Stanley Research, or any portion thereof may not be reprinted, sold or redistributed without the written consent of Morgan Stanley.

**INDUSTRY COVERAGE: Oil Services, Drilling & Equipment**

| COMPANY (TICKER) | RATING (AS OF) | PRICE* (02/05/2018) |
|---|---|---|
| **Connor Lynagh** | | |
| C&J Energy Services Inc (CJ.N) | O (11/14/2017) | $28.49 |
| FMSA Holdings Inc (FMSA.N) | ++ | $5.06 |
| Helmerich & Payne Inc (HP.N) | U (06/21/2017) | $68.29 |
| Independence Contract Drilling, Inc. (ICD.N) | E (06/21/2017) | $4.39 |
| Keane Group Inc (FRAC.N) | O (02/14/2017) | $15.49 |
| Liberty Oilfield Services Inc (LBRT.N) | O (02/06/2018) | $20.47 |
| Nabors Industries Inc. (NBR.N) | E (06/21/2017) | $7.45 |
| Patterson-UTI Energy (PTEN.O) | O (04/28/2017) | $22.17 |
| Precision Drilling Corp (PDS.N) | E (06/21/2017) | $3.44 |
| RPC (RES.N) | U (11/14/2017) | $19.63 |
| Source Energy Services Ltd (SHLE.TO) | E (06/21/2017) | C$7.70 |
| Superior Energy Services Inc. (SPN.N) | E (06/21/2017) | $9.89 |
| U.S. Silica Holdings, Inc. (SLCA.N) | O (04/30/2013) | $31.67 |
| | | |
| **Igor Levi, CFA** | | |
| Baker Hughes A GE Co LLC (BHGE.N) | O (07/17/2017) | $29.38 |
| Core Laboratories NV (CLB.N) | O (10/28/2014) | $110.80 |
| Diamond Offshore (DO.N) | U (02/02/2015) | $16.07 |
| Dril Quip Inc. (DRQ.N) | E (10/28/2014) | $47.55 |
| ENSCO (ESV.N) | | $5.40 |
| Forum Energy Technologies Inc (FET.N) | E (10/28/2014) | $15.50 |
| Frank's International NV (FI.N) | U (06/21/2017) | $6.51 |
| Halliburton Co. (HAL.N) | O (10/15/2014) | $50.04 |
| Helix Energy Solutions (HLX.N) | O (03/16/2016) | $7.07 |
| National Oilwell Varco (NOV.N) | O (04/27/2016) | $33.85 |
| Noble Corporation (NE.N) | E (02/01/2017) | $4.33 |
| Oceaneering International Inc (OII.N) | U (06/21/2017) | $19.72 |
| Oil States International Inc. (OIS.N) | E (06/21/2017) | $29.60 |
| Rowan Companies (RDC.N) | E (01/27/2016) | $13.81 |
| Schlumberger (SLB.N) | O (04/21/2008) | $71.35 |
| Tenaris S.A (TS.N) | O (11/13/2016) | $32.72 |
| Transocean (RIG.N) | U (02/01/2017) | $9.79 |
| Weatherford International (WFT.N) | O (04/25/2014) | $3.09 |
| | | |
| **Robert Pulleyn** | | |
| TECHNIPFMC (FTI.N) | O (01/14/2013) | $31.83 |
| TECHNIPFMC (FTI.PA) | O (01/17/2017) | €26.48 |

Stock Ratings are subject to change. Please see latest research for each company.
* Historical prices are not split adjusted.

© 2018 Morgan Stanley