# EXHIBIT H



Completed 05 Feb 2018 09:39 PM EST
Disseminated 06 Feb 2018 12:15 AM EST
**North America Equity Research**
06 February 2018

# Liberty Oilfield Services

## Call It BDFC or LBRT, the Best Metrics and Returns to Garner a Premium Multiple over Time; Initiate at OW

**Initiation**
## Overweight
**LBRT, LBRT US**
Price: $20.47

**Price Target: $34.00**

We initiate coverage of Liberty Oilfield Services (LBRT) with an Overweight rating and Dec-2018 price target of $34. We believe Liberty's high efficiency model and premium service quality, driven by its focus on technology, represent a compelling moat, supporting superior returns v. peers. As a pure play pressure pumper, Liberty offers favorable exposure to a tight frac market with rising service intensity trends. We think LBRT could sustain a run rate of as many as one new fleet per quarter delivered through 2019 (above our base case) as it ramps its Texas footprint. In-basin scale is critical to realize further efficiencies, and we believe considerable cash generation can more than fund this expansion and/or (eventually) cash returns. Trading at only ~4x our 2019 EBITDA estimate, LBRT screens attractive v. peers at ~5.5x, and, as such, we expect the stock to outperform as it executes on growth and profitability initiatives.

**Oil Services and Equipment**

**Sean C Meakim, CFA** [AC]

(1-212) 622-6684
sean.meakim@jpmorgan.com
**Bloomberg** JPMA MEAKIM <GO>

**Thomas Hotchkiss, CFA**

(1-212) 622-2201
thomas.c.hotchkiss@jpmorgan.com
J.P. Morgan Securities LLC

- **Analytics, tech and the strength of 'weak link' crews support best-in-class returns.** Liberty's innovative focus on data, technology and talent (see p. 13) delivers superior well results and service quality to operators, while padding its own margins. LBRT's premium pricing suggests E&Ps recognize value, and a drive for further efficiencies should support peer-leading margins (JPMe +500 bps 2018/19).

- **On track to double EBITDA by 2019; incremental fleets, basin expansion provide longer-term optionality.** An undersupplied frac market is leading LBRT to invest in new capacity, with plans to deploy three incremental fleets in 1H18. Diversification out of its home Rockies market and into the Permian (and Eagle Ford) presents considerable growth runway in the U.S.'s marquee market (Permian rig count already +10% q/q). Another five fleets through 2019 could add $3-6/share.

- **Performance plus partnership loop anchors customer relationships, utilization.** Liberty's tech and data prowess helps secure (and retain) the right customers, but at its core LBRT's advantage is in superior pumping performance (driven by crews and logistics). The approach allowed LBRT to sustain full utilization through the downturn, and today it enjoys +3 customer requests for every new fleet it deploys.

- **Premium returns warrant a premium multiple (over time).** LBRT generated best-in-class ROCE of 7% 2015-2017 v. peer avg of -6%, while its fleet metrics are exceptional and its EBITDA growth CAGR through 2019e ranks 3rd (of 8). As LBRT shows it can sustain these advantages, the stock should garner a premium valuation over time v. its current ~25% discount. Our Dec-2018 price target of $34 is based on an EV/EBITDA multiple of ~6x our 2019 estimate (~10% premium to peer avg; 35% on EV/hp). With our base case still $50-55 WTI in 2019, it's worth noting the implied conservatism v. current ~$65, particularly on incremental newbuilds.

**Price Performance**



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | -11.1% | -11.1% | -11.1% | -11.1% |
| Rel | -8.2% | -6.7% | -10.8% | -20.2% |

**Liberty Oilfield Services Inc. (LBRT;LBRT US)**

| FYE Dec | 2016A | 2017E | 2018E | 2019E |
|---|---|---|---|---|
| Adj. EPS ($) | | | | |
| Q1 (Mar) | - | 0.12A | 0.53 | 0.80 |
| Q2 (Jun) | - | 0.41A | 0.76 | 0.81 |
| Q3 (Sep) | - | 0.62A | 0.81 | 0.80 |
| Q4 (Dec) | - | 0.57 | 0.75 | 0.79 |
| FY | (0.51) | 1.72 | 2.85 | 3.20 |

Source: Company data, Bloomberg, J.P. Morgan estimates.

**Company Data**

| | |
|---|---|
| Price ($) | 20.47 |
| Date Of Price | 05 Feb 18 |
| 52-week Range ($) | 23.78-20.06 |
| Market Cap ($ mn) | 1,411.92 |
| Fiscal Year End | Dec |
| Shares O/S (mn) | 69 |
| Price Target ($) | 34.00 |
| Price Target End Date | 31-Dec-18 |

**See page 42 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

# Table of Contents

Investment Thesis ...................................................................3

Risks to Rating and Price Target ............................................5

Company Description ..............................................................5

Company Overview .................................................................6

Technology-Led Pumper with Best-in-Class Metrics.................................................6
By the Numbers: Liberty Oilfield Services.................................................................7

Financial Outlook ...................................................................9

Post-IPO a Strong Balance Sheet Further Enhanced by FCF.....................................9

Key Investment Drivers........................................................10

Exposures, Moat, Capital Discipline: Overlaying Our Investment Framework ........10
Completions Tailwind Set to Persist Through 2018.................................................12
Differentiated Approach Drives Superior Profitability.............................................13

Liberty Makes the Case for 'Weak Link' Frac Crews ...........13

Newbuild Deployments Provide Organic Growth Runway .....................................15

Sizing the Fleet ....................................................................16

A Rockies Genesis with Growing Texas Exposure..................................................16
Permian Offers Longer-Term Organic Growth Opportunity ...................................17
Enhancing the Fleet with Opportunistic M&A .......................................................20
Technological Focus Provides Cheap Optionality ...................................................21
Sticky Relationships a Foundation for Better Utilization ........................................24

Competitor Comparison .......................................................25

LBRT Stands Out Even Among the High Efficiency Pumpers.................................25
High Efficiency Pumping as an Enabler of Cost Deflation.......................................27

Management Team and Board...............................................29

Data-Driven Technology Experience Underpins Fresh Viewpoint on Pumping
Market and Strategy ...............................................................................................29

Company History..................................................................32

Earnings Outlook..................................................................33

Incremental Fleet Adds to Drive Strong EBITDA Gains ........................................33

Balance Sheet and Returns ...................................................34

Solid Balance Sheet Provides Flexibility Through the Cycle ..................................34

Cash Flow ............................................................................36

Free Cash Flow Ramp to Support Growth Levers...................................................36

Valuation ..............................................................................37

Best-in-Class Returns and Healthy Growth Trajectory Should Warrant a Premium
Multiple over Time .................................................................................................37

Financial Models...................................................................39

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

# Investment Thesis

**Liberty Oilfield
Services (LBRT)**

**Overweight**

**Technological driven solutions driving peer-leading profitability**

By utilizing data analytics and deploying technology both internally and externally, Liberty has been able to realize greater efficiencies and provide superior service quality to E&Ps. The result? Lower costs for both customers and the company, and LBRT has been able to charge a premium for its differentiated offerings. A 25% higher average revenue per active fleet indicates E&Ps see value in LBRT's fleets. Improved efficiency has consistently reduced downtime (and thus costs) while boosting fleet level utilization and driving a higher stage count relative to peers (+50% v. peer average in 2Q17). Liberty's relentless pursuit of higher efficacy should help the company continue to deliver best-in-class profitability (JPMe 25% EBITDA margin in 2018/19 v. ~20% peer average) and returns.

**Favorable leverage to robust completions activity**

As a pure play pumper with 100% U.S. onshore exposure, Liberty should continue to benefit from the ramp in completions across U.S. shale basins. We expect frac market tightness to persist through 2018 as demand for capacity continues to outstrip supply and supports another leg higher in pricing in 1H18 (we maintain a base case of ~10-15%). LBRT has built leading market share in the Rockies, currently first in nameplate hp in the DJ and fourth in the Bakken, and its relatively recent expansion into the Permian and Eagle Ford should benefit its growth trajectory given robust activity trends in the region. Further, rising service intensity via longer laterals and tighter stage spacing should remain a tailwind for pressure pumping volumes.

**Ramping cash flow profile supportive of solid organic growth initiatives**

Liberty significantly expanded its fleet size through the downturn by opportunistically deploying capital, organically building new fleets and acquiring ~500k hp from acquisitions from Sanjel and Titan. After LBRT tripled its capacity in a relatively short amount of time, it plans to continue expanding operations by gradually deploying at least three incremental newbuilds in 2018, averaging 21 active fleets in 2018 and 22 in 2019. With burgeoning cash flow, paybacks under 3 years on newbuilds, and 3x the requests for every new fleet Liberty deploys, we think expansion plans are rational and see scope for an incremental five by 2019 end (one/qtr). Given its strong execution and favorable frac dynamics, we expect the company's cash flow over the next two years to be healthy enough to not only fund organic growth (should customer demand, OEM supply chain and market trends remain supportive) but eventually cash returns to shareholders (e.g., special dividends, buybacks).

**Strong customer partnerships drive utilization and reinforce profitability**

Liberty's differentiated approach has helped operators boost returns by reducing production costs per boe and improving recovery rates. In the process, LBRT has generated significant customer loyalty, which allowed the company to remain fully utilized through the downturn while deploying incremental capacity. Further, Liberty's strong execution and appealing value proposition have even led customers to request that it follow them into new basins such as the Permian. As such, we expect strong demand for LBRT's fleets to support full utilization levels through 2019 as the company ramps its in-basin scale and believe that over time the company could eventually expand into other basins with its customers (e.g. SCOOP/STACK).

3

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

**Current discount offers an attractive entry point**

Our Dec-2018 price target of $34 is based on an EV/EBITDA multiple of ~6x our 2019 EBITDA estimate of $620mm. This multiple is a ~10% premium to Liberty's peer average of ~5.5x given the company's superior return profile, and compares to an average FY1 peer group multiple of ~6x during the last cycle. With the stock currently trading well below that level, at ~4x our 2019 EBITDA estimate, we think the shares have scope to outperform as LBRT executes on planned growth initiatives and the multiple catches up to peers. Considering spot WTI is +$10 above our base case range of $50-55 for 2019, we highlight the inherent conservatism in our model underpins the path to a higher share price for LBRT. Over time, we believe Liberty's stock warrants a premium as the company builds on its recent track record of posting best-in-class returns (JPMe 2018/2019 ROE ~40% v. peers ~10%) while delivering EBITDA growth ahead of most peers (JPMe ~50% CAGR in 2018/19 v. peer average ~35%). We acknowledge the stock trades at a premium on EV/replacement value (~1.8x on pro forma using end 2019 EV and 2019 fleet v. ~1.7x peer avg) though we continue to stress that this methodology unduly penalizes highly profitable pumpers like LBRT.

**North America Equity Research**
06 February 2018

J.P.Morgan

4

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

# Risks to Rating and Price Target

**Downside leverage to commodity prices and upstream capital spending**

Pressure pumping is dependent upon upstream oil and gas capital spending directed to new well completions. This spending is directly tied to E&P cash flows, which are strongly correlated to oil and gas prices. Swings in commodity prices quickly impact E&P cash flows and thus new well investment, which would influence pressure pumping activity and pricing, as was the case in the most recent cycle.

**Liberty's geographic reach and customer base are relatively concentrated**

LBRT operates exclusively in U.S. land today, and we expect this to remain the case for the foreseeable future. This market is characterized by significant volatility in E&P spending and activity. While this trend is currently working in Liberty's favor, future downturns could weigh more heavily on the company relative to globally diversified peers. Furthermore, Liberty's customer base is concentrated, with top five customers representing nearly 60% of consolidated revenue in 2016. With execution of future growth plans, we expect LBRT to diversify its customer base to a degree, but the sudden loss of a major customer could materially impact results.

**Capital deployment offers upside potential, but also carries execution risk**

Liberty plans to continue adding newbuild fleets through 2019, and we estimate this cost to run ~$1k per hp along with an average fleet size ~40-45k hp. While these fleets should be accretive to EBITDA as they go to work, and we are using conservative assumptions regarding further gains in pricing and margin, we credit LBRT for more incremental newbuilds than peers. An overbuild in market capacity (or more likely underwhelming demand) could not only trigger declines in pricing and utilization but result in LBRT delivering fewer newbuilds, compounding the reduction in expected earnings and cash flow.

**LBRT's sponsor group remains a majority shareholder**

The company's pre-IPO investors, including Riverstone and management, continue to own the majority of Liberty voting stock. Of the eight-member board, three are affiliated with the sponsor. The original investors can pursue additional share sales after the initial lock-up period (180 days). While increased liquidity could be positive over time, potential sales could represent short-term overhangs for LBRT's stock.

## Company Description

Liberty Oilfield Services is a pure-play U.S. onshore pressure pumper with ~850,000 horsepower across 20 fleets. The company is currently present in the Bakken, DJ, Permian and Eagle Ford, covering a majority of unconventional shale basins, with plans to gradually deploy incremental fleets over the intermediate term. Current CEO Chris Wright founded Liberty in 2011, deployed its first fleet in the Bakken in early 2012, and eventually expanded into the DJ and Permian. In 2016, the company acquired Sanjel's U.S. pressure pumping assets (~360k hp), boosting its presence in the Texas market, and also purchased an additional ~115k hp from Titan in February 2017. Despite the downturn, Liberty has been able to grow its fleet while maintaining full utilization and zero layoffs. The company completed its IPO in January 2018, for which J.P. Morgan was a passive bookrunner. LBRT's strong customer relationships and technology-driven approach have helped it to deliver best-in-class returns.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

# Company Overview

## Technology-Led Pumper with Best-in-Class Metrics

**LBRT operates 20 frac crews in the Bakken, DJ, Powder River, Permian and Eagle Ford**

Liberty Oilfield Services is a provider of hydraulic fracturing services in the U.S. onshore market, primarily the Rockies and Texas, and is the largest pressure pumper in the DJ basin. The company currently has ~850,000 horsepower spread across twenty fleets spanning the Bakken, DJ, Powder River, Permian and Eagle Ford. While not immune to the recent downturn, Liberty not only maintained full utilization of its fleet, but also significantly grew capacity with the opportunistic acquisition of Sanjel's U.S. pressure pumping assets (9 fleets). Impressively, LBRT also had zero layoffs during the downturn, and the company's employee-focused culture has spurred significant loyalty from personnel, illustrated by its relatively high retention rate. In 2017, the company acquired an additional ~115k hp from Titan, and plans to continue to grow its fleet organically over the coming years. Since its founding, Liberty has leveraged technology and data analytics in order to drive efficiencies and add value to operators by reducing the cost of production (per boe), and the company has a history of well entrenched customer relationships and high service quality.

**Figure 1: LBRT Revenue ($mm) and EBITDA Margin**



Source: Company reports, J.P. Morgan estimates.

**Figure 2: Bakken and DJ Basin Share by Nameplate HP**



Source: IHS.

**The company commenced operations in the Rockies in 2012 and has recently expanded into Texas**

Liberty was founded in Denver in 2011 by current CEO Chris Wright, along with peers from his prior venture (Pinnacle Technologies), and completed its first frac job in the Bakken in early 2012. An initial investment from Riverstone Holdings (~45% ownership post-IPO) in 2011 helped fuel LBRT's early organic growth as it established itself as a leading pumper in its home, the Rockies. Subsequent capital injections from Riverstone (and others) have facilitated expansion from one fleet at founding to its current size. Since its relatively auspicious start, LBRT has gradually moved into the Permian and Eagle Ford, and given growth plans to add incremental fleets throughout 2018 and 2019, we think the company has scope to increase penetration in current locations and also move into new basins over time.

6

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

## By the Numbers: Liberty Oilfield Services

**Figure 3: Annual Revenue Growth Y/Y v. U.S. Rig and Well Count**



Source: Baker Hughes, Company Reports, IHS, J.P. Morgan estimates.

**Figure 4: Margin Profile**



Source: Company reports, J.P. Morgan estimates.

**Figure 5: Revenue and Revenue Per Fleet ($mm)**



Source: Company reports, J.P. Morgan estimates.

**Figure 6: EBITDA and EBITDA Per Fleet ($mm)**



Source: Company reports, J.P. Morgan estimates.

**Figure 7: Net Debt, ROC (net debt) ($mm)**



Source: Company reports, J.P. Morgan estimates.

**Figure 8: CFO, Capex and FCF (RHS) ($mm)**



Source: Company reports, J.P. Morgan estimates.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

### Innovation and technology helping to drive peer-leading returns

**LBRT's tech-driven approach remains a key differentiator relative to peers**

Unlike many peers, Liberty places a significant amount of emphasis on the application of technological solutions in order to drive efficiencies and provide superior service quality to its customers. For example, LBRT has built its own database comprised of production, completion design, and reservoir information, which it leverages to improve production economics for operators. The company also uses technology and data analytics to reduce inefficiencies and costs, driving increased fleet-level utilization and profitability. We believe Liberty's data-driven approach remains a considerable source of differentiation and is one of the primary reasons for the company's better margin and return profiles relative to other pressure pumpers.

**Figure 9: Revenue Mix by Basin**



Source: J.P. Morgan estimates

**Figure 10: Rig Count Mix Within LBRT's Operating Basins**



Source: Baker Hughes.

### Incremental fleet adds to bolster organic growth

**Liberty has grown its fleet considerably via asset acquisitions since 2016**

Over the past couple of years, Liberty has significantly increased its scale by acquiring ~500k hp of incremental capacity at favorable pricing during the downturn. These timely acquisitions (at a fraction of newbuild economics) have allowed LBRT to meaningfully benefit from the robust improvement in U.S. onshore activity in 2017, rather than waiting 6+ months on new equipment. While its fleet has tripled in size relatively quickly, the company plans to deploy additional capital toward newbuild fleets. We expect the cadence of capacity adds to be gradual, with upside scope for one incremental deployment per quarter through 2019, and Liberty's strong cash flow generation should (more than) cover its expansion plans.

Liberty currently has twelve active fleets in its home market, the Rockies, while the pumper is focused on increasing its footprint in the Permian and Eagle Ford, with eight fleets currently working in Texas. We believe continued robust demand for frac provides a solid growth runway for LBRT, particularly in the Permian, where almost half of U.S. rigs are currently working. Though we expect the company to focus on ramping its in-basin scale in the near term, strong customer relationships and solid demand for LBRT's services could eventually spur entry into other regions, providing longer term growth prospects.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

# Financial Outlook

## Post-IPO a Strong Balance Sheet Further Enhanced by FCF

**We expect revenue growth of ~50% y/y in 2018 with a 40% EBITDA incremental**

Liberty realized a substantial improvement in operations in 2017, as the company doubled its average active fleet count to ~15, while EBITDA margin meaningfully swung back to positive territory (~20% in 2017 v. -1% in 2016). Bad weather (in both the Rockies and Texas) will likely weigh on 1Q results, though we expect profitability to resume its trend higher through 2018 as LBRT reaps the benefits of its substantially increased scale. Pricing uplift in 1H18 should help drive further gains in revenue per fleet (2018 JPMe +12% y/y), particularly with accretive newbuild adds and a number of fleets re-pricing through mid-2018.

We currently forecast revenue growth of ~50% in 2018, with solid EBITDA flow-through (40% incremental) as greater efficiencies enhance operating leverage and stages per fleet. Looking to 2019, we forecast modest improvement in results (assuming stable macro underpinnings), with EBITDA (+low-teens %) slightly outpacing revenue (+high-single-digit %). We conservatively credit LBRT with three newbuild deployments in 2018 (exiting with 22 fleets) and none in 2019 but think there's upside to our numbers given robust demand for LRT fleets.

After its January IPO (~$145mm net proceeds), Liberty used ~$110mm to pay down its ABL and a portion of its term loan, with the remainder left on the balance sheet to fund organic growth. Even with capex of ~$230mm in 2018 (~25% maintenance), cash flow is set to meaningfully inflect, helping LBRT deliver on its current expansion initiatives. Longer term, returning cash to shareholders in the form of a special dividend or buyback remains an option.

**Figure 11: Revenue and Gross Profit Per Active Fleet ($mm)**



Source: Company reports, J.P. Morgan estimates.

**Figure 12: Total Debt and Net Debt ($mm)**



Source: Company reports, J.P. Morgan estimates.

**Figure 13: Net Income ($mm), ROE**



Source: Company reports, J.P. Morgan estimates.

**Figure 14: PP&E (net), Capex, FCF ($mm)**



Source: Company reports, J.P. Morgan estimates.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

# Key Investment Drivers

## Exposures, Moat, Capital Discipline: Overlaying Our Investment Framework



**Figure 15: JPM Oil Services Investment Framework**

Our investment framework originally laid out in our sector initiation in 2015 covers three characteristics we think drive relative stock performance in the oil services sector over the long run: 1) **exposures**, including geographical mix, terrain and place on the E&P capex cycle; 2) **economic moat**, including market position, technology differentiation, and ability to execute; and 3) **capital discipline**, including balance sheet strength, and not only how but when capital is allocated, critical factors in driving returns. LBRT ranks quite favorably on several of these metrics, in our view.

Liberty's exposure spans the major shale basins across the Rockies and Texas, which combined account for nearly two-thirds of rig activity in the U.S. onshore market. Initially, LBRT operated exclusively in the Bakken and DJ before expanding into the Powder River, Permian, and Eagle Ford, and we see scope for the company to ramp scale in these basins and also diversify into others (Appalachia, Anadarko) over time. U.S. shale activity has benefitted from its short-cycle nature and favorable production economics, and we expect shale to continue to stack up well against many assets offshore and abroad. In particular, the Permian's relative cost advantage should remain supportive of elevated levels of drilling and completions activity, even in a volatile commodity price environment. Furthermore, rising service intensity, exemplified by longer laterals, tighter stage spacing, and increased proppant use, should remain a tailwind for pressure pumping volumes.

**Figure 16: Quarterly Net Capacity Additions (mm hp) and Nameplate Utilization**



Source: IHS.

**Pressure pumping is a fairly commoditized business, yet there can be considerable disparity in performance based on execution**

Pressure pumping maintains some of the lowest barriers to entry in the oil services space, illustrated by a ~50% increase in capacity last cycle and still +30 competitors. Thus, overcapacity remains a concern, as it could impede through-cycle returns. As such, pumpers can differentiate through superior in-basin scale and flexibility (yielding a cost advantage), a strong reputation based on execution allowing work with the most efficient customers, or by offering higher-value technology. We think Liberty ranks highly on execution and customer base, along with its technological focus, which is a primary reason the company has been able to post peer-leading through-cycle returns and also maintain full utilization through the downturn.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

**Figure 17: Frac Revenue by Company ($mm)**



Source: Spears.

**Figure 18: Average EBITDA Margin for Public Pumpers**



Source: Company reports, Bloomberg, J.P. Morgan estimates.

**We expect LBRT to shift to a net cash balance in 2H18**

Following its IPO, Liberty has a healthy balance sheet with ~$60mm in net debt, yielding a net debt/EBITDA ratio less than one turn (~0.5x in 4Q17), and we think the company will swing to net cash later in 2018. LBRT deployed capital near the cycle trough to purchase Sanjel's U.S. frac fleet and also purchased newbuild capacity from Titan in early 2017 at what we view as a favorable price. Given the favorable activity backdrop in U.S. shale, we believe Liberty's liquidity will continue to improve throughout 2018. LBRT's best-in-class (and improving) cash flow profile and solid balance sheet should continue to support organic growth, though with its significantly expanded fleet, we think management's ability to avoid overcommitting capital into the next downturn will be critical to maintaining the impressive (if young) track record it has established.

**Figure 19: Stage Count Share in LBRT's Basins**



Source: IHS.

**Figure 20: Liberty v. Smid-Cap Average – Net Debt-to-EBITDA**



Source: Company reports, J.P. Morgan estimates.

11

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

**J.P.Morgan**

## Completions Tailwind Set to Persist Through 2018

**Frac utilization should remain strong in 2018, in our view**

### Further pricing uplift on the way

The significant improvement in drilling and completions activity across North American shale basins in 2017 drove frac utilization back above 70% (of total nameplate capacity) compared to nearly 30% at 2016's trough, along with a jump in pricing of over 50% (off an admittedly low base). Even with fleet reactivations, utilization continues to grind higher in 2018 as E&Ps ramp completions activity in order to hit lofty production targets. Despite a moderation in pricing gains in 2H17 after a soft patch for the oil price, we believe persistent tightness in frac availability will yield another leg up in 1H18 (+10-15%) on fresh E&P budgets, particularly with WTI firming near ~$65. Further, Liberty's average pricing should also benefit as several fleets reprice at accretive leading edge rates in 1H18.



**Figure 21: Frac HP Demand (mm) and Utilization**

Source: IHS.



**Figure 22: Wells Drilled, Completed, and DUC Count**

Source: EIA.

### Attrition and long lead times likely keep market tighter for longer

The feverish pace of reactivations in 2017 should begin to moderate in early 2018, as most quality hp has already been taken off the fence and the remainder is much more costly to refurb. Substantial underinvestment through the downturn has resulted in higher levels of attrition for aging equipment and increased the need for redundant hp onsite, illustrated by the rise in average fleet size to above 45-50k for many pumpers. Given the prominent shift in operator preference toward high-performing crews, we believe there is less incentive to invest significantly in older equipment. Expanding demand and long lead times, particularly for engines, should prevent excess capacity from flooding the market in the near term. Labor also remains a bottleneck for frac companies, which could slow the pace of adds in the near term. We are intrigued to see how successful the supply chain handles another leg higher in activity, particularly in the Permian, where infrastructure is increasingly looking taxed.

**Figure 23: U.S. Stages Per Horizontal Well**



Source: IHS.

### Rising service intensity still providing fundamental upside for frac volumes

Well designs remain a key driver of the ramp in frac job size and counts. Across U.S. shale basins, stages per well have increased from 15 in 2011 to over 30 today (and above 35 in the Permian), as the downturn accelerated the adoption of longer laterals in order to boost resource exposure. Leading edge wells utilize multiples of these counts. Many E&Ps continue to push tighter spacing and greater usage of proppant per stage, which has also enhanced well productivity. We expect these practices to push metrics higher for the average well, driving higher well intensity and stage counts, though leading-edge appears to be slowing as technical limits are reached.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

## Differentiated Approach Drives Superior Profitability

**Figure 24: LBRT's Strategy:**



**Higher throughput has been a major contributor to LBRT's peer-leading returns**

**The right crews and logistics are critical in a 'weak link' sport like frac**

In the current cycle, Liberty has improved utilization, throughput and price, all while reducing costs, leading to stronger profitability and return metrics compared to its peers, highlighted by an EBITDA per fleet ~50% higher than those of domestic pure plays FRAC and PUMP. The company attributes the performance leadership to better efficiency or volume pumped per unit of time, principally a function of 1) a strong recruiting/company culture, and 2) data/tech-driven logistics and equipment monitoring. This attracts similarly high efficiency E&Ps, and when coupled with a layer of value-add technology/analytics, the company fosters a self-reinforcing relationship between these factors.

By realizing greater efficiencies, LBRT has been able to complete more stages in a shorter amount of time and post a total stage count well in excess of those of peers for a given period. In 2Q7, for example, Liberty's average stages per fleet per month was ~50% higher than the U.S. average. While we acknowledge LBRT's home basin of the DJ is conducive to high stage counts, we still find the numbers impressive (and don't think limited to the Permian). Efficient operations facilitate lower costs for E&Ps, so providing high quality service has generated significant customer loyalty for LBRT, keeping demand for its fleets strong. Further, Liberty has been able to charge a premium for its differentiated offerings, and the fact that operators are willing to pay a higher price suggests they recognize the incremental value delivered.

**Figure 25: EBITDA per Fleet ($mm)**



Source: Company reports, J.P. Morgan estimates.

## Liberty Makes the Case for 'Weak Link' Frac Crews

The idea for Liberty began with a conversation CEO Chris Wright had with an industry veteran who lamented the inability of most pump crews to execute. Wright identified people and supply chain as the two 'weak links' that can drag down performance. To paraphrase pop science author Malcolm Gladwell, a frac crew much more resembles a soccer team than a basketball one. In other words, a basketball team can overpower its opponents with a 'star' player, even if its supporting cast is relatively ineffective. On the other hand, a soccer team often fails (i.e. giving up a goal) due to the weakest link in its chain. Wright's inspiration was to ratchet up the effort and commitment to recruiting, training and retaining the largest portion of a frac spread's COGS: labor. The theory goes building exceptionally reliable teams at the bottom of the org chart will generate better results than overinvesting in its leaders. To our mind, this is sound practice, but Liberty's ability to maintain this high level of performance will be under greater strain as it continues to build out its fleet.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

**Employing predictive maintenance to squeeze incremental margin, lower opex**

**Predictive maintenance has helped reduce unplanned downtime**

In its relentless pursuit of efficiencies, Liberty also utilizes predictive maintenance to further optimize operations and reduce unplanned downtime. Sensors monitor over 100 parameters on the company's fleets and provide real-time feedback on performance, which allows LBRT to anticipate equipment failure, cut non-productive time and improve equipment design as well. Liberty also tracks the performance of each fleet by the minute, categorizing certain events in order to identify and address areas for advancement, such as utilization, operational bottlenecks, equipment failure, or third-party impacts.

Figure 26: LBRT's Improving Downtime per Stage



Source: Company Presentation.

**Data analytics and technological solutions reinforce ties to the right customers**

**LBRT's data-driven solutions help improve returns for E&Ps**

LBRT has compiled data on production metrics, completion design and reservoir characteristics into its own proprietary databases on unconventional wells in the U.S. Performing statistical analysis on this information provides the company with a differentiated view into the optimal frac design. Thus, Liberty's data-driven approach can add value to E&Ps by improving an asset's recovery rate or reducing the cost of production (per boe), with both ultimately boosting operator returns. For instance, utilizing statistical analysis allows it to account for differences in rock quality and determine the adjustment to variables, such as proppant use and stage spacing, which help deliver the best well results. Impressively, LBRT cited a case of a 25% reduction in cost/boe. We think this offering fosters 'sticky' customer relationships, particularly with the sophisticated E&Ps that boost LBRT's productivity.

Figure 27: LBRT Customer Case Study



Source: Company Presentation.

Figure 28: Well Outperformance in Case Study



Source: Company Presentation.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

## Newbuild Deployments Provide Organic Growth Runway

**Liberty plans to deploy three newbuilds in 1H18, with scope for further adds in 2H18/2019**

While Liberty has significantly increased the size of its fleet via M&A since 2016, the company plans to deploy capital for additional newbuild fleets in 2018 and perhaps 2019. Currently, LBRT is targeting three fleet adds in 2018 with the potential to continue at one crew/quarter through 2019. Although this new equipment will require substantial upfront investment (~$120-350mm), we believe the company's healthy cash generation over the next two years will be more than enough to support even more aggressive organic growth plans. Liberty's fleet is spread across five major shale basins, and with continued growth in demand, we think the company has scope to meaningfully increase operations in these regions. Ramping its scale in current active locations should allow LBRT to continue to realize better operating leverage in the near term. Over time, should trends remain supportive, we think the company could move into other geographic areas, with the nearby SCOOP/STACK in Oklahoma a 'no brainer.' The Marcellus/Utica also holds potential, but the geographical reach will raise the bar. Ultimately a customer pull would be needed, in our view, for LBRT to venture east, and we see this as a long-term option.

**We estimate each incremental fleet can boost 2019 EBITDA by ~$10-15mm depending on the timing**

We currently forecast revenue per fleet will improve by a low-double-digit percentage in 2018, with scope for mid-single-digit gains in 2019 as strong utilization drives further pricing uplift in 1H18. In our base case, we believe EBITDA could grow ~100% y/y in 2018 and another ~10% in 2019. In the tables below, we illustrate the sensitivity of 2019e EBITDA and LBRT's share price (holding other variables unchanged) at different active fleet counts and revenue per fleet scenarios. Assuming no improvement in revenue per fleet, we estimate each incremental fleet deployment adds ~$10-15mm of run rate EBITDA at a 23% margin and ~$0.5 increase the LBRT's share value. That said, we think accelerated newbuilds would eventually lead to some multiple compression as the market prices in the incremental EBITDA as getting closer to peak levels.

**Figure 29: 2019e EBITDA ($mm) Sensitivity to Active Fleets and Revenue Per Fleet ($mm)**

| | | Annual Revenue Per Active Fleet | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | $90 | $95 | $100 | $105 | $110 | $115 | $120 | $125 |
| Active Fleet Count | 16 | $439 | $468 | $496 | $525 | $554 | $583 | $611 | $640 |
| | 18 | $461 | $490 | $518 | $547 | $576 | $605 | $633 | $662 |
| | 20 | $483 | $512 | $540 | $569 | $598 | $627 | $655 | $684 |
| | 22 | $505 | $534 | $563 | $591 | $620 | $649 | $677 | $706 |
| | 24 | $527 | $556 | $585 | $613 | $642 | $671 | $700 | $728 |
| | 26 | $549 | $578 | $607 | $635 | $664 | $693 | $722 | $750 |
| | 28 | $571 | $600 | $629 | $657 | $686 | $715 | $744 | $772 |
| | 30 | $593 | $622 | $651 | $679 | $708 | $737 | $766 | $794 |

Source: Company reports, J.P. Morgan estimates.

**Figure 30: LBRT Share Value Sensitivity to Active Fleets and Revenue per Fleet ($mm)**

| | | Annual Revenue Per Active Fleet | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | $90 | $95 | $100 | $105 | $110 | $115 | $120 | $125 |
| Active Fleet Count | 16 | $24 | $26 | $27 | $29 | $30 | $32 | $33 | $35 |
| | 18 | $25 | $27 | $28 | $30 | $32 | $33 | $35 | $36 |
| | 20 | $27 | $28 | $30 | $31 | $33 | $34 | $36 | $37 |
| | 22 | $28 | $29 | $31 | $32 | $34 | $35 | $37 | $38 |
| | 24 | $29 | $30 | $32 | $33 | $35 | $36 | $38 | $39 |
| | 26 | $30 | $31 | $33 | $35 | $36 | $38 | $39 | $41 |
| | 28 | $31 | $33 | $34 | $36 | $37 | $39 | $40 | $42 |
| | 30 | $32 | $34 | $35 | $37 | $38 | $40 | $41 | $43 |

Source: Company reports, J.P. Morgan estimates.

15

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

**J.P.Morgan**

# Sizing the Fleet

## A Rockies Genesis with Growing Texas Exposure

**Liberty was founded in the Rockies and has ~60% of its fleets in the region**

Founded in Denver in 2011, Liberty's home market is the Rockies region. The company deployed its first two fleets in the Bakken in 2012 before expanding into the DJ and Powder River basins over the next several years. Currently, LBRT has twelve of its twenty fleets spread across the region and is the first and fourth largest pumper by nameplate hp in the DJ and Bakken, respectively.

**Other pumpers have exited the Rockies since the downturn, while LBRT has grown its fleet**

Among the major U.S. shale basins, the Rockies region can be characterized as relatively concentrated, with only ten pumpers in the Bakken and eight in the DJ, compared to 25 or more in the Permian. In the Bakken, consolidation is the result of a sharp decline in hp as a handful of frac companies exited during the downturn and others shifted hp elsewhere. Despite overall levels of activity below those in the Permian and Eagle Ford, we believe the reduced competition in the Rockies region presents favorable opportunities for those with strong execution like LBRT. Periods of strong activity could drive significant tightness given fewer competitors in the region, while pricing is less likely to be hindered by fierce competition. The relatively higher breakevens compared to the Permian or Eagle Ford should also deter significant capital deployment in the near term, reducing the likelihood of a flood of excess capacity.

**Figure 31: Active Fleets in Bakken and DJ v. LBRT**



Source: IHS. *Active excludes LBRT

**Figure 32: Bakken – Nameplate Horsepower and Share**

| Pumper | 4Q14 HP | 4Q17 HP | 4Q17 Share | 4Q17 Fleets |
|---|---|---|---|---|
| Keane | 45,000 | 184,000 | 18% | 4 |
| Schlumberger | 250,000 | 165,000 | 16% | 6 |
| Calfrac | 75,000 | 161,000 | 16% | 6 |
| **Liberty** | **125,000** | **121,250** | **12%** | **3** |
| BJ Services | 150,000 | 90,000 | 9% | 3 |
| Halliburton | 375,000 | 85,000 | 8% | 2 |
| C&J | - | 66,500 | 6% | 2 |
| Pumpco (SPN) | 40,000 | 56,500 | 5% | 3 |
| Cudd | 54,000 | 54,000 | 5% | 2 |
| Oasis | 50,000 | 50,000 | 5% | 2 |
| Others | 508,000 | - | 0% | 0 |
| **Total** | **1,672,000** | **1,033,250** | | **33** |
| *Nameplate utilization* | *90%* | *77%* | | |

Source: IHS.

**Figure 33: DJ Basin – Nameplate Horsepower and Share**

| Pumper | 4Q14 HP | 4Q17 HP | 4Q17 Share | 4Q17 Fleets |
|---|---|---|---|---|
| **Liberty** | **30,000** | **285,000** | **30%** | **7** |
| Halliburton | 327,000 | 275,000 | 29% | 8 |
| Calfrac | 86,000 | 116,000 | 12% | 3 |
| C&J | - | 93,000 | 10% | 3 |
| Schlumberger | 50,000 | 60,000 | 6% | 2 |
| Basic | 50,000 | 50,000 | 5% | 2 |
| BJ Services | 75,000 | 30,000 | 3% | 2 |
| Cudd | 60,000 | 26,000 | 3% | 1 |
| Bayou | 120,000 | - | 0% | 0 |
| Nabors | 60,000 | - | 0% | 0 |
| Others | - | - | 0% | 0 |
| **Total** | **858,000** | **935,000** | | **28** |
| *Nameplate utilization* | *84%* | *81%* | | |

Source: IHS.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

**The Bakken and DJ account for ~20% of horizontal wells fracked across U.S. basins**

Still, the Bakken and DJ each have relatively favorable service intensity trends, which should remain a tailwind for Liberty's volumes in the region. The Bakken and DJ currently hold the top two ranks for longest average stimulated length across all U.S. basins, and we believe this metric will continue to increase in the near term. While the recovery in other major U.S. shale basins has been muted relative to the Permian, the Bakken and DJ continue to account for ~20% of all horizontal wells fracked, providing LBRT with a relatively solid backdrop for utilization levels, which should only be enhanced by its strong customer relationships in the region.

**Figure 34: Horizontal Wells Fracked by Basin**



Source: IHS.

**Figure 35: Average Stimulated Length – HZ Wells (feet)**



Source: IHS.

## Permian Offers Longer-Term Organic Growth Opportunity

**We expect LBRT to continue to ramp operations in Texas in the near term**

Liberty's entrance into the Permian market in 2016 marked the company's initial step outside of its home market in the Rockies, and it remains committed to growing its footprint in the Permian and Eagle Ford given robust levels of completions activity and strong customer demand. The company has ramped from four active fleets at the beginning of 2017 to eight currently, with plans to deploy a ninth in 2Q18. Despite the significant growth in its Texas operations over the past year, Liberty remains a relatively small player in this market, falling just outside the top ten pumpers by capacity in the Permian, while ranking tenth in the Eagle Ford. We think LBRT's strong execution track record (i.e. demonstrated ability to pump more volume than peers) and brand loyalty, along with stubbornly undersupplied conditions, offer substantial room for LBRT to grow fleet size and market share.

**Figure 36: Permian – Nameplate Horsepower and Share**

| Pumper | 4Q14 HP | 4Q17 HP | 4Q17 Share | 4Q17 Fleets |
|---|---|---|---|---|
| Universal (PTEN) | 326,000 | 442,000 | 17% | 9 |
| Halliburton | 495,000 | 367,000 | 15% | 8 |
| Schlumberger | 570,000 | 310,500 | 12% | 9 |
| FTS | 372,500 | 300,000 | 12% | 0 |
| US Well Services | - | 180,000 | 7% | 5 |
| BJ Services | 285,000 | 149,000 | 6% | 4 |
| C&J | 182,000 | 144,500 | 6% | 4 |
| Legend Energy Services | - | 100,000 | 4% | 3 |
| Cudd | 150,000 | 98,000 | 4% | 2 |
| Lewis | 125,000 | 85,000 | 3% | 3 |
| **Liberty** | **-** | **81,250** | **3%** | **2** |
| Others | 1,524,500 | 268,500 | 11% | 11 |
| **Total** | **4,030,000** | **2,525,750** | | **60** |
| *Nameplate utilization* | *90%* | *88%* | | |

Source: IHS.

**Figure 37: Eagle Ford – Nameplate Horsepower and Share**

| Pumper | 4Q14 HP | 4Q17 HP | 4Q17 Share | 4Q17 Fleets |
|---|---|---|---|---|
| Halliburton | 301,000 | 798,000 | 13% | 18 |
| ProPetro | 400,000 | 690,000 | 11% | 15 |
| Keane | 62,500 | 578,000 | 10% | 13 |
| Schlumberger | 150,000 | 469,500 | 8% | 12 |
| Pioneer | 250,000 | 444,000 | 7% | 11 |
| Cudd | 343,000 | 392,000 | 6% | 11 |
| ProFrac | - | 345,000 | 6% | 8 |
| Universal (PTEN) | 260,000 | 326,500 | 5% | 8 |
| Pumpco (SPN) | 136,000 | 315,000 | 5% | 7 |
| **Liberty** | **-** | **258,750** | **4%** | **6** |
| CJ | 182,000 | 246,000 | 4% | 6 |
| Others | 1,520,000 | 1,195,500 | 20% | 34 |
| **Total** | **3,604,500** | **6,058,250** | | **149** |
| *Nameplate utilization* | *93%* | *86%* | | |

Source: IHS.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

**We think completions activity will remain solid in the Permian in 2018**

The Permian remains the crown jewel of U.S. shale basins, as relatively favorable production economics continue to support robust activity levels, illustrated by the continued climb in the basin's rig count, recently hitting new highs as it surpassed the 400 mark, while other basins have largely moderated or flat lined. As such, the Permian maintains some of the most favorable completions trends in the U.S., and in 2017 it was the only major basin with higher activity levels compared to last cycle's peak in 2014. With both independents and majors incessantly pumping capital into the region, we expect completions to remain relatively favorable through 2018.

Figure 38: Horizontal Frac Stages (000s)



Source: IHS.

Figure 39: Horizontal Wells Fracked and Permian % of U.S. HZ Wells Fracked (RHS)



Source: IHS.

**Rising service intensity should remain a tailwind for frac volumes**

Further, service intensity continues to rise disproportionately in the Permian relative to other onshore basins. Longer laterals and tighter stage spacing have led the Midland to currently boast the highest number of stages per horizontal well (~42) in the U.S. onshore market, and trends in the Delaware and Eagle Ford also remain ahead of the U.S. basin average. The Midland maintains the greatest proppant use per horizontal well out of the shale regions, with the Delaware and Eagle Ford falling closely behind. While we believe service intensity trends will likely continue to grind higher across all U.S. shale basins in the near term, increasing exposure to the Permian and Eagle Ford basins should be nicely accretive to Liberty's volumes.

Figure 40: Stages Per Well



Source: IHS.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

**J.P.Morgan**



Figure 41: Proppant Per Well (mm lbs)

Source: IHS.

**Competition in the Permian will likely remain fierce in the near term**

Nonetheless, the surge in activity in the Permian has led services companies to swarm the basin, and it remains among the most competitive in the U.S. With the region set to continue to garner the lion's share of E&P capital, competition is likely to remain fierce. Should excess capacity flood the market, pricing and margin trajectory could be limited compared to other, less competitive basins. Further, with operators ramping drilling activity so quickly in the region, inefficiencies, particularly related to logistics, have been a lingering issue. While we expect this to gradually subside over the coming years as Permian development catches up to more mature plays, we believe this issue could present a near-term opportunity for Liberty to gain share from lower quality pumpers by leveraging its differentiated data-driven approach in order to support economical operations for E&Ps.



Figure 42: U.S. Drilling Days and Permian Rig Count

Source: Baker Hughes, IHS.



Figure 43: Rigs Per Crew – Major U.S. Basins

Source: IHS.

**A shortage of frac fleets in the Permian should support additional fleet adds for Liberty**

Demand for frac fleets continues to significantly outstrip supply in the Permian, and we expect the pumping market to remain relatively tight even as incremental fleets are deployed in 2018. We currently estimate the basin remains undersupplied by ~50-100 fleets, and the sustained ramp in drilling programs in the region should remain supportive of frac demand in the near term. Thus, advantageous service intensity trends and market dynamics, along with greater in-basin inefficiencies, make the Permian a natural fit for Liberty to continue scaling operations, and we believe the company has scope to add a handful of fleets in the region through 2019.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

## Enhancing the Fleet with Opportunistic M&A

**LBRT opportunistically acquired ~500k hp from Sanjel and Titan over the past two years**

After commencing operations in the Rockies with one fleet in 2011, Liberty organically grew to six fleets through 2015, totaling ~240k hp. Impressively, despite the sharp downturn in commodity prices and activity, LBRT was able to not only maintain full utilization of its current capacity, but also strategically acquire and deploy incremental fleets. In the depths of the downturn in 2016, LBRT resourcefully acquired Sanjel's U.S. pressure pumping fleet for a significant discount, paying ~$200 per hp, and quickly doubling its capacity to ~ 500k hp rather than waiting on newbuild orders. Even after accounting for the incremental capex to upgrade Sanjel's capacity, Liberty paid ~$400 per horsepower compared to newbuild costs of ~$1,000 per horsepower. Several months later, LBRT struck again, this time purchasing two new pre-built fleets and ancillary equipment of ~113k hp from Titan for a similar cost to newbuild hp, but without the significant lead time.

**Figure 44: Timing of LBRT Asset Acquisitions**



Source: Bloomberg.

**LBRT will have 22 active fleets in 2Q18, each with pump down support**

Since then, the company has continued to grow its capacity organically with 22 active fleets expected in 2Q18. Liberty maintains a modern, high quality fleet relative to peers, helping the company to provide superior service to its customers. LBRT's total capacity will be comprised of eleven 40k hp fleets and seven 40k hp Quiet Fleets (including 16 pumps each), along with four high pressure fleets that carry an additional 10k hp each. All of LBRT's crews also have supporting pump down assets, totaling ~110k hp (a recent focus to displace third party pump down trucks and boost efficiency). Looking ahead, LBRT plans to steadily deploy additional capital for new hp, and we see potential for the company to add one incremental newbuild per quarter through 2019, leading to a high-20s total fleet exit rate if customer demand allows. We believe Liberty's solid cash flow outlook could fund this organic growth. Based on our numbers, we think LBRT could purchase ~5-10 additional fleets through 2019 with cash from its balance sheet.

**Figure 45: LBRT Capacity by 2Q18**

| The Liberty Frac Fleet | | |
|---|---|---|
| Liberty Purpose-Built Frac Fleets | 11 fleets of 40,000 HHP each (16 pumps/fleet) | 440,000 HHP |
| Liberty Quiet Fleet Frec Fleets | 7 fleets of 40,000 HHP each (16 pumps/fleet) | 280,000 HHP |
| Liberty High Pressure Frac Fleets | 4 fleets upsized to 50,000 HHP each (20 pumps/fleet) | 200,000 HHP |
| Liberty Pump Down Fleets | 22 fleets 5,000 HHP each (44 pumps total) | 110,000 HHP |
| **The Total Liberty Fleet** | **22 Frac Fleets with Pump Down Support** | **1,030,000 HHP** |

Source: Company Presentation.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

## Technological Focus Provides Cheap Optionality

**We expect technology to remain a key area of investment for Liberty**

**Vorteq "Missile" promises potential step-function in frac capital efficiency**

Liberty's dedication to resolving issues that it and its customers face has led it to embrace a number of technological solutions. Many of these offerings have helped improve returns for operators by reducing costs or increasing production, sparking significant customer loyalty in the process. Further, the company's approach has benefitted its own profitability by garnering premium pricing while also lowering costs. We believe much of the reason behind Liberty's higher efficiency and profitability metrics relative to other pumpers can be attributed to its innovation and application of technology.

**Figure 46:Energy Recovery's Vorteq Missile System**



Source: Company presentation.

**The Vorteq Missile has scope to reduce maintenance costs by ~$2-3mm per fleet per year**

The proliferation of higher proppant usage has unintentionally led to increased attrition and equipment failure. As such, pumpers have taken a two-sided hit from the creep up in maintenance capex, along with missed profits corresponding with halted operations when a pump breaks down. Recognizing the value in resolving this mounting issue, Liberty entered into a partnership with Energy Recovery (ERII, not covered) in 2014 for pilot testing and commercial deployment of its Vorteq Missile pumping system. This (potentially) transformative solution directs sand away from the pump, ensuring only pure water touches it, significantly extending the equipment's lifespan in the process. As such, maintenance capex for Liberty could fall by ~$2-3mm per fleet annually due to the reduction in abrasive wear on fluid ends, downtime, redundant equipment and labor.

Schlumberger subsequently signed a 15-year global exclusivity deal in 2015, though at less favorable terms than Liberty (20 missiles available at 50% of SLB's annual royalty fee). After successful private testing in October, ERII sought to complete the milestone testing process with SLB prior to yearend. An equipment concern, however, led the company to temporarily suspend testing until it could replace the impacted components. Testing is expected to resume in early 2018, and SLB and LBRT remain the only two companies with access to the technology.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

**Liberty's "Quiet Fleet" an elegant solution to a DJ Basin challenge**

**LBRT's Quiet Fleet supports higher throughput in populated areas**

Developing acreage in close proximity to populated areas can be particularly problematic for pumpers given the heightened noise levels from operations. Typical alternative solutions, such as sound walls, electric fleets or daytime-only operations, are extremely costly to both pumpers and operators. In order to diminish the impact on local residents, Liberty has upgraded several fleets with noise reduction technology, which makes them more than four times quieter than typical operations. The noise level of these Liberty Quiet Fleets is 65dB at 350 feet, which is in line with noisy conversation in a restaurant. Electric spreads also run ~65 dB at 350 feet, however they cost $80mm (~2x standard hp). LBRT's Quiet Fleets have ultimately allowed the company to increase its throughput by running more often, while also commanding premium pricing due to the value delivered. As of yearend, Liberty had five specialized crews running, with two more being delivered in 1H18.

**Figure 47: LBRT Quiet Fleet in Residential Area**



Source: Company presentation.

**Spirit Fluid System bridges the divide between cross-link and slickwater**

**Spirit Fluid System has helped to reduce E&P costs per boe and improve production**

In order to reduce the cost of sand placement, Liberty has also developed a solution, Spirit Fluid Systems, which bridges the gap between cross-link gels and slickwater. This offering has allowed LBRT to pump greater proppant volumes while minimizing chemical requirements (and thus costs) and formation damage. Results can vary even within basins, but Liberty has attributed a 15-35% reduction in the cost per boe in the DJ to Spirit, as well costs fell 5-10% and production response jumped 10-40%. Solutions like this have led to increased demand for Liberty's services.

**Figure 48: Extraction Case Study with Spirit Fluid System**



Source: Company presentation.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

**PropX's containerized sand solution helps reduce logistics inefficiencies**

**LBRT's PropX: Sand logistics remain a key source of efficiency efforts**

Given the significant ramp in U.S. onshore activity in 2017, logistics has been a lingering issue for operators and pumpers, particularly in rapidly evolving basins such as the Permian. In order to reduce inefficiencies in this part of the supply chain, Liberty created Proppant Express, or PropX, which offers a containerized sand solution. In addition to reducing noise and dust levels, PropX provides visibility into last mile logistics, such as inventory tracking and evaluation of trucking efficiency. This offering helps reduce costs by minimizing damage to proppant which results from excessive handling and pneumatic transfer, while basically eliminating the issue of having excess inventory on site following a job.

**Figure 49: LBRT's Containerized Sand Solutions**



Source: Company presentation.

**We believe technology offers relatively cheap upside optionality for LBRT**

Looking ahead, as the company continues to focus on industry challenges, we expect further investment in unique opportunities, essentially providing a cheap call option for the shares. Logistics will likely remain a focus for Liberty, in our view, as there is still significant room to improve operations through software deployment or management techniques. LBRT will also continue to expand its proprietary database, especially as it further penetrates the Permian and Eagle Ford.

**Figure 50: PropX Trucking Cost Reduction v. Pneumatics**



Source: Company presentation.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

## Sticky Relationships a Foundation for Better Utilization

**Extraction, SM, and Noble were over one-third of revenue in 2016**

Liberty takes a relatively distinct approach with its customers, placing considerable emphasis on pairing with operators that value innovation and long-term partnerships in order to deliver higher returns over time. Working with quality E&Ps allows LBRT to improve well results in addition to driving higher throughput, boosting returns for both parties in the process. The company' current customer base includes efficient operators such as Extraction, SM Energy, Continental Resources, Devon, Newfield, Noble Energy, PDC, and Anadarko. Extraction remains Liberty's largest customer, accounting for more than 10% of revenue, while SM and Noble also exceeded that threshold in 2016. LBRT's top five customers have consistently made up ~60% of its revenue over the past couple of years.

**Figure 51: Rig Count by Operator**



Source: Bloomberg, Rig Data.

**Figure 52: Operator Rig Count by Basin**



Source: Company reports, J.P. Morgan estimates.

**Liberty seeks long-term partnerships with customers that value innovative solutions**

**After a period of 'dating' new operators, LBRT hopes to settle down in 2018**

Liberty's track record of providing high quality, tailored solutions has led it to become the pumper of choice for many, ultimately allowing it to choose to work primarily with top operators. LBRT's top customers encourage experimentation with well designs and have some of the most favorable exposure which continues to drive better activity. For example, as of 3Q17 results, Anadarko and Devon added frac crews in the Permian (DVN also added a rig), while Continental completed 57 wells in the Bakken in the quarter with plans to continue drawing down its elevated DUC inventory. APC and NBL also cited better results from new enhanced completion designs.

Approximately 75% of LBRT's fleets are dedicated, with the remainder multi-customer fleets, and the company continues to seek long-term partnerships, which it believes helps to align interests for both parties. 'Marrying' top notch customers has proven to be a time-intensive task for LBRT, particularly as its fleet has grown nearly four-fold in recent years, but the right process helps to de-risk basin expansion plans to a degree, and boost utilization. This has proven a solid advantage during periods volatility, illustrated by Liberty's fleets remaining the last still working for several customers in 2015-2016. LBRT's recent move into the Eagle Ford was due to its strong customer ties, and we expect LBRT to (eventually) continue diversifying into other regions with its partners.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

## Competitor Comparison

### LBRT Stands Out Even Among the High Efficiency Pumpers

**LBRT maintained 99% utilization of its six fleets during the downturn**

Liberty consistently topped peers on a revenue per horsepower basis at the prior cycle peak and during the trough, and while it lagged on an EBITDA basis, the company has considerably improved its profitability and now outranks competitors. LBRT's peer-leading revenue and margin metrics largely stem from strong utilization and greater efficiencies relative to other pumpers. During the worst of the downturn in 2015-2016, Liberty was able to maintain 99% utilization of its six fleets, while also deploying incremental capacity it purchased at a discount, despite E&P budgets falling by more than half in the Rockies.

**Figure 53: LBRT Utilization in 2015-2016**



Source: Company presentation.

**Liberty has more diverse basin exposure relative to PUMP, though we expect it to continue to grow its Texas mix**

We view public pumpers ProPetro (PUMP, rated OW) and Keane Group (FRAC, OW) as the most natural comparisons for Liberty given high domestic frac exposure and solid execution, though distinct basin exposure. RPC (RES, not covered) is another natural comp as the company has generated strong ROCE historically and carries the highest multiple in the group. PUMP has 100% of its fleet deployed in the Permian and is the number two player in the region for now (HAL is first); however, FRAC is likely to steal that spot once it deploys its recently announced newbuilds in the region. FRAC remains more diverse with only ~60% Permian exposure. Like Keane, Liberty has more diverse geographic exposure relative to ProPetro, though we expect the company to continue to grow its footprint across the Texas markets. We believe Permian exposure is among the most favorable given robust drilling and completions activity levels, which we expect to persist for some time, offering a greater growth runway relative to other basins. Still, we acknowledge the region's competitive environment remains intense compared to other U.S. basins, and while we don't anticipate much impact on pricing in the near term, heightened competition could lead to a dispersion of pricing gains across basins.

**Figure 54: Peer Group ROE**



Source: Company reports, J.P. Morgan estimates.

25

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

**Figure 55: Peer Group U.S. Basin Exposure (Frac Only)**



Source: IHS.

**Figure 56: Peer Group 2017 Revenue Mix – Frac v. Other**



Source: Company reports, J.P. Morgan estimates.

**We expect LBRT to generate a mid-20% EBITDA margin in 2018 and 2019**

### High efficiency model should extend LBRT's profitability lead v. peers

By demonstrating a strong value proposition to customers, Liberty has successfully commanded premium pricing while also building stronger long-term relationships. The result has been exceptionally high fleet utilization, and ultimately stronger growth and profitability. As such, we expect the company to maintain its peer-leading revenue and EBITDA per fleet metrics; however, ProPetro and Keane likely have greater room for improvement given their lower base. We believe FRAC and PUMP can generate similar EBITDA margins in 2018 and 2019 (low-20%), while LBRT should be able to achieve mid-20% levels. Accounting for publicly announced newbuild deployment plans, we currently forecast similar EBITDA growth for all three in 2018 (~90-100%) and 2019 (~10%). However, we believe all three have scope for incremental newbuild announcements over this period, which could drive dispersion in the rate of improvement.

**Figure 57: Comp Table – Revenue, EBITDA Growth and EBITDA Margin**

| Company | Revenue Growth | | | | | | EBITDA Growth | | | | | | EBITDA Margin | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017e | 2018e | 2019e | 2014 | 2015 | 2016 | 2017e | 2018e | 2019e | 2014 | 2015 | 2016 | 2017e | 2018e | 2019e |
| LBRT | N/A | (12%) | (18%) | 296% | 51% | 8% | N/A | (47%) | (111%) | 6925% | 98% | 12% | 15% | 9% | (1%) | 19% | 25% | 26% |
| CJ | N/A | N/A | N/A | 67% | 53% | 16% | N/A | N/A | N/A | 171% | 202% | 32% | N/A | N/A | (19%) | 8% | 16% | 18% |
| CFW | 60% | (40%) | (51%) | 103% | 30% | 1% | 90% | (92%) | (298%) | 238% | 40% | 5% | 14% | 2% | (8%) | 13% | 14% | 15% |
| FRAC | N/A | (7%) | 15% | 271% | 49% | 6% | N/A | (34%) | (94%) | 8634% | 106% | 11% | 15% | 11% | 1% | 13% | 18% | 19% |
| PTEN | 17% | (42%) | (51%) | 155% | 41% | 4% | 8% | (42%) | (63%) | 156% | 55% | 6% | 31% | 31% | 23% | 23% | 26% | 26% |
| PUMP | 84% | (29%) | (23%) | 125% | 51% | 6% | 107% | (66%) | (87%) | 1806% | 92% | 7% | 22% | 11% | 2% | 15% | 20% | 20% |
| RES | 26% | (46%) | (42%) | 119% | 39% | 10% | 30% | (81%) | (121%) | 1593% | 64% | 15% | 28% | 10% | (4%) | 24% | 28% | 30% |
| SPN | (1%) | (39%) | (48%) | 30% | 18% | 3% | 5% | (63%) | (91%) | 335% | 96% | 19% | 26% | 16% | 3% | 9% | 15% | 18% |
| TCW | 28% | (52%) | (74%) | 184% | 52% | (0%) | 38% | (111%) | 37% | 426% | 42% | (1%) | 10% | (2%) | (11%) | 21% | 20% | 19% |
| Average | 36% | (33%) | (36%) | 150% | 43% | 6% | 46% | (67%) | (103%) | 2254% | 88% | 12% | 20% | 11% | (2%) | 16% | 20% | 21% |

Source: Company reports, J.P. Morgan estimates. *CJ, RES estimates from Bloomberg.

**Figure 58: Revenue Per Active Fleet ($mm) and Active Fleets (RHS)**

**Figure 59: EBITDA Per Active Fleet ($mm) and EBITDA Margin (RHS)**



Source: Company reports, J.P. Morgan estimates.

Source: Company reports, J.P. Morgan estimates.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

## High Efficiency Pumping as an Enabler of Cost Deflation

**We believe that high efficiency pumpers, like Liberty, should benefit from being enablers of deflation in shale**

As we've outlined in prior research (see here and here), we believe the upstream is in the midst of a secular deflationary cycle. Even as U.S. onshore is undergoing a cyclical recovery in activity and pricing (not least frac), we believe the secular forces of efficiency (e.g., automation, remote operations, multiskilling, performance-based maintenance, etc.) will continue to pressure cost per boe over the next several years. Given the challenges inherent in generating acceptable returns in a secular deflationary cycle, we are seeking 'enablers' of this deflation, and in particular those that we think have some form of moat that can allow them to capture some of the economic value created. Increasingly, we have identified "high efficiency" pressure pumping, particularly when paired with sophisticated, high efficiency E&P customers, as an enabler of deflation in shale, and one where pumpers can potentially realize attractive through-cycle returns in spite of the industry's poor historical track record.

**Greater efficiencies are helping to boost profitability for the most efficient frac companies**

In our view, the pressure pumping model was completely transformed during the downturn, as several leading pumpers have increasingly emphasized efficiency (i.e. maximizing volume pumped per unit of time) over pricing. That isn't to say pricing won't continue to move (in both directions) based on supply and demand, but we've heard from Halliburton, Schlumberger and now many of the high-performing smid-cap pumpers that they believe they can make better through-cycle margins by dedicating crews to top flight E&Ps and maxing volumes and minimizing nonproductive time. As illustrated in the figures nearby, we've seen pumpers reclaim 2014 peak margins (admittedly ones that look more like mid-cycle) despite substantially lower pricing. This shift underlies the performance of Liberty's fleets on a gross profit basis; those that pump the most can earn the most.

**Figure 60: Pressure Pumping Efficiency Illustration**

| Efficiency: | Low | High |
|---|---|---|
| Stages | 75 | 160 |
| Price per Stage | $45 | $45 |
| Revenue | $3,375 | $7,200 |
| Gross Profit | $100 | $1,460 |
| % Margin | 3.0% | 20.3% |
| Gross Profit Assuming 10% Increase in Price per Stage | $438 | $2,180 |
| % Margin | 11.8% | 27.5% |

Source: Keane Group presentation.

**Figure 61: Smid-Cap Pumping Gross Profit per Fleet ($mm)**



Source: Company data, J.P. Morgan estimates.

Of course, this higher volume does have incremental cost in the form of potentially higher capital expenditures required to maintain fleets that are being run harder. We believe we are seeing in effect faster equipment turnover as hp per fleet has continued to ratchet higher since last cycle, with many pumpers now utilizing as much as 50k hp per crew (compared to a steady 40k for LBRT). Aside from certain basins that require higher pressure fleets (e.g. the Delaware), we think much of the industry has been forced to increase hp onsite due to increased unreliability of pumps. In other words, the increase in fleet size for many is due to increased truck swaps for maintenance.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

**Figure 62: Frac Crews Can Earn Higher Gross Profits Even with Lower Pricing**

|  | Illustrative 2014 | | Fully Utilized Asset Potential | |
|---|---|---|---|---|
|  | High Efficiency | Low Efficiency | High Efficiency | Low Efficiency |
| Stages | 1,100 | 850 | 1,600 | 1,100 |
| Revenue per Stage | $70.0 | $70.0 | $45.0 | $45.0 |
| Revenue | $77.0 | $59.5 | $72.0 | $49.5 |
| **Gross Profit** | **$16.9** | **$9.5** | **$20.2** | **$9.9** |
| *% Margin* | *22%* | *16%* | *28%* | *20%* |

Source: Keane Group presentation.

28

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

# Management Team and Board

### Data-Driven Technology Experience Underpins Fresh Viewpoint on Pumping Market and Strategy

**Much of Liberty's management team worked together at Pinnacle Technologies, which was also founded by CEO Chris Wright**

LBRT's management consists of many longstanding industry veterans, and most members worked together for some time before establishing Liberty. In 1992, much of the team was involved in the founding of Pinnacle Technologies, a data-focused pumping technology company, which developed and provided commercial microseismic and tiltmeter frac mapping services for application in U.S. shale basins, and eventually helped to launch the shale revolution. We stress the leading-edge (and contrarian) nature of this work in the early 1990s, a time that sat between 1) the most devastating energy industry downturn until the most recent one and 2) the advent of big data and networking capabilities. In 2002, Pinnacle was sold to Carbo Ceramics, with Halliburton eventually acquiring the assets from CRR in 2008. We believe the management team's history of focusing on technology and data analytics within oilfield services differentiates the company relative to peers, and should continue to support peer-leading returns.

### Chris Wright, Chief Executive Officer

Chris Wright has served in his current capacity as CEO of Liberty Oilfield Services since December 2016 and its predecessor Liberty Holdings since its founding in March 2011, and has been central to the company's growth and vision. Wright brings significant experience in the oil and gas industry and is also the Executive Chairman of Liberty Resources, an affiliated Bakken-focused E&P, and served as the company's CEO from its establishment in 2010 until March 2017. He's also a director of TAS Energy and Kerogen Exploration. Prior to Liberty, Wright founded Pinnacle Technologies where he was CEO from 1992 to 2006, and he also served as Chairman of Stroud Energy, a shale natural gas producer, from 2000-2006. We believe Wright's extensive experience in both frac and technology represents a key differentiated asset for Liberty.

### Michael Stock, Chief Financial Officer

Michael Stock has served as CFO of LBRT since December 2016 and in the same capacity for Liberty Holdings since April 2012. From 2009-2012 Stock worked as CFO for a cleantech energy company, TAS Energy, where he was instrumental in the equity raise process. Prior to this, Stock was also involved in Pinnacle, where he held the role of CFO from 1997-2009. We believe Stock's financial and systems implementation experience within OFS and his equity stake (~1.2%) should allow him to provide a prudent voice to the management team.

### Ron Gusek, President

Ron Gusek held the seat of Vice President of Technology and Development of Liberty Holdings from 2014 until his promotion to President at the end of 2016. From 2011 to 2014, Gusek served as Vice President, Corporate Engineering and Technology of Sanjel, the Canadian-based pumper. We believe Gusek's experience proved fortuitous when LBRT pursued Sanjel's frac assets out of bankruptcy. Prior to joining Sanjel, he worked at an E&P company, Zodiac Exploration, as Director of Engineering from 2009-2011. Before this, Gusek was the Canadian Regional Manager of Pinnacle Technologies, and also spent time at BJ Services.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

### Jim Brady, Vice President Operations

Jim Brady joined Liberty Oilfield Services at its inception and has served as Vice President of Operations since. Before this, Brady worked as the Rockies Region Manager for Superior Well Services, and also spent ~17 years at Halliburton in several different roles.

### Leen Weijers, Vice President Engineering

Leen Weijers has been Vice President of Engineering at Liberty Oilfield Services since its founding. Previously, Weijers worked at Pinnacle Technologies for over 15 years, holding the position of Region Manager for the Rocky Mountain district from 2007 until he left the firm in 2011.

### Tom Riebel, Vice President Business Development

Tom Riebel has served as Liberty's Vice President of Business Development since 2012, and he also worked at Pinnacle Technologies from 2006-2011 as its Business Development Manager for the Rocky Mountain region. Riebel also spent time at Halliburton and Schlumberger over the course of his 36+ year career.

### Executive Compensation

**Bonuses have typically been linked to performance of net income**

The primary components of compensation for Liberty's executive officers are base salary, annual bonus, and long-term incentive compensation. Annual bonuses have historically been tied to the performance of net income, and while none were paid with respect to 2016 operating performance, executives received transaction bonuses from the acquisition of Sanjel's fleets. We expect the company to rework its incentive comp structure post-IPO but retain a focus on driving returns over growth for its own sake.

Long-term incentive compensation has historically been offered to executives through grants of restricted Class B Unites in Liberty Holdings, which are subject to time-based vesting requirements. Generally, after the vesting start date, each award vests 25% each year over the course of four years, though this process can be accelerated under certain circumstances (e.g. some terminations and change in control events). In the case of a sale, unvested Class B Units will become 100% vested. If an executive is terminated for a reason not involving "inappropriate conduct" or voluntarily resigns with "good reason," then a portion of unvested units will be deemed vested.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

### Board of Directors

Liberty has an eight member Board of Directors, headed by Chairman and CEO Chris Wright and including four independent directors and three members from Riverstone Holdings. Following the IPO, Riverstone and affiliates retained a ~45% equity stake in LBRT, and are represented on the Board by N. John Lancaster, Brett Staffieri, and Jesal Shah. The Board is rounded off by four independent directors: Casey Steinbeck, who is currently a Managing Director at investment firm Shea Ventures and has served on the board of managers of Liberty Holdings since 2016; William Kimble, former Managing Partner at KPMG; Peter Dea, Executive Chairman of Confluence Resources and President and CEO of Cirque Resources, both private oil and gas companies; and Ken Babcock, CEO of Abaco Energy Technologies, a private company formed by Riverstone with a focus on North American drilling, completion, production, and infrastructure opportunities. After Liberty ceases to be a controlled company, it will break its directors into three equal groups and the members will serve staggered three-year terms.

**Table 1: Liberty Oilfield Services Board of Directors**

| Board of Directors | | |
| --- | --- | --- |
| **Name** | **Company** | **Position** |
| **Chris Wright** | Liberty Oilfield Services; Liberty Resources; Pinnacle Technologies | CEO; Executive Chairman; Former CEO |
| **Cary Steinbeck** | Shea Ventures | Managing Director |
| **N. John Lancaster, Jr.** | Riverstone | Partner |
| **Brett Staffieri** | Riverstone | Managing Director |
| **William Kimble** | KPMG | Former Managing Partner |
| **Peter Dea** | Confluence Resources; Cirque Resources | Executive Chairman; President and CEO |
| **Ken Babcock** | Abaco Energy Technologies | CEO |
| **Jesal Shah** | Riverstone | Vice President |

Source: Company reports.

### Board Compensation

Newly elected non-employee directors will receive a one-time $100k award subject to the conditions of Liberty's long-term incentive program. Non-employee members (excluding Riverstone employees) will be compensated with a $65k annual cash retainer, with an incremental $20k given to the chairperson of LBRT's audit committee, and an additional $1.5k for each board meeting attended in-person. Board members will also receive a $100k equity based award in line with the company's long-term incentive program.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

# Company History

**CEO Chris Wright founded
Liberty in 2011 in Denver, CO**

**Pure-play pressure pumper with strong organic growth outlook**

Liberty Oilfield Services was founded in 2011 by CEO Chris Wright, offering hydraulic fracturing services to customers in the Rockies. The company is headquartered in Denver, CO, and as of September 2017 had ~1,900 employees. Since its founding, LBRT has leveraged technology, data analytics and its strong relationships with many operators in the Bakken and DJ, such as Extraction Oil and Gas, SM Energy, and Continental Resources. These longstanding partnerships allowed Liberty to significantly enhance its fleet size while maintaining full utilization for the duration of the downturn.

**An investment from Riverstone
Holdings in 2011 helped fund
Liberty's initial organic growth**

In 2011, private equity firm Riverstone Holdings invested a majority stake in Liberty to fund the company's growth plan. Liberty commenced operations with only one fleet in the Bakken in December 2011, growing organically to six fleets (240k hp) through 2016 that were spread throughout the Bakken, DJ and Powder River. Despite weak activity in 2016, the company expanded into the Permian and more than doubled its fleet with the acquisition of Sanjel's U.S. pumping assets, adding nine fleets at an attractive discount. This deal also helped Liberty expand its presence in Texas. In February 2017, LBRT acquired ~115k of newbuild capacity from Titan around ~$1k per hp and quickly adapted it to LBRT specs and put it to work.

**Figure 63: LBRT Timeline**

| 2011 | Liberty Oilfield Services founded in Denver, offering hydraulic fracturing services in U.S. shale markets |
| 2011 | Riverstone Holdings (and others) provides investment to LBRT to fund organic growth |
| 2012 | Company deploys its first two fleets in the Bakken |
| 2013 | LBRT expands operations, adding its third fleet in the DJ Basin |
| 2014 | Liberty launches two incremental fleets (5 total) in both the Bakken and DJ |
| 2014 | LBRT partners with Energy Recovery for its Vorteq Missle solution |
| 2015 | Further geographic expansion with the company adding sixth fleet in the Powder River |
| 2016 | Liberty makes its entrance into the Permian |
| 2016 | First Quiet Fleet is deployed |
| 2016 | Liberty acquires Sanjel's U.S. assets, further increasing its footprint in the Texas basins |
| 2017 | LBRT buys ~115,000 in newbuild horsepower from Titan |
| 2018 | Initial Public Offering |
| 2018 | Company deploys its twentieth fleet |

Source: Company reports.

**In 2014, the company partnered
with ERII for its Vorteq Missile
system, which could
meaningfully lower maintenance
capex**

Liberty should deploy two more fleets in 1Q18 for a total of twenty, and plans to add at least one more crew in 1H18, with the potential to add more throughout 2018 and 2019. The company maintains a slightly higher mix of fleets in the Rockies (12 fleets), with the remainder located in the Permian and Eagle Ford. In 2014 LBRT entered into a partnership with Energy Recovery to use its desalination technology which eliminates the need to pump proppant through frac pumps, thus reducing wear and tear. SLB followed soon after, and the two will be exclusive users with commercial development expected this year.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

# Earnings Outlook

## Incremental Fleet Adds to Drive Strong EBITDA Gains

**We expect revenue per active fleet to increase 12% y/y in 2018, with ~500bps of EBITDA margin expansion**

Liberty is set to deliver adjusted EBITDA ~$280mm for 2017, a considerable improvement relative to 2016's sub-breakeven -$4mm, as robust completions activity and fleet adds drove the top line to nearly triple y/y. We expect another year of substantial growth in 2018, primarily from fleet adds, higher pumping activity, and further pricing gains. LBRT plans to deploy its 22nd fleet in 2Q18, and we think the company will average ~21 active fleets in 2018 (v. ~15 in 2017), increasing by roughly three on an exit-to-exit basis. Strong utilization throughout the industry should support another leg higher in pricing in 1H18 (we estimate ~10-15%), and we forecast a similar gain in average revenue per active fleet. Further, we think Liberty's persistent focus on efficiencies should drive further margin progression and believe the company can post peer-leading EBITDA margins ~25% in 2018.

**While not in our base case, we think LBRT has scope for a handful of incremental newbuild deployments in 2H18 and 2019**

Looking out to 2019, our base case assumes flat fleet count from 2018's exit, along with modest progression in revenue per active fleet and EBITDA margins. Assuming the frac market, infrastructure and OEM supply chain can accommodate, we see potential for one fleet deployment per quarter in 2019, which could allow LBRT to exit 2019 with 26 average active crews (27 total) and layer on an incremental ~$100mm in EBITDA (+20% from our base case).

**Figure 64: Revenue, Gross Profit ($mm), and Gross Margin (RHS)**



Source: Company reports, J.P. Morgan estimates.

**Figure 65: LBRT v. Peers - Revenue Y/Y and EBITDA Margin**



Source: Company reports, J.P. Morgan estimates. Peers include CJ, CFW, FRAC, PTEN, PUMP, RES, SPN, TCW. *CJ, RES estimates from Bloomberg.

**Figure 66: Net Income ($mm)**



Source: Company reports, J.P. Morgan estimates.

**Figure 67: Revenue and Gross Profit per Fleet Y/Y Change**



Source: Company reports, J.P. Morgan estimates.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

# Balance Sheet and Returns

## Solid Balance Sheet Provides Flexibility Through the Cycle

**Liberty's returns should continue to outperform peers' through 2019**

Liberty's January IPO generated net proceeds of about $140mm, of which ~$100mm was allocated to repay borrowings under its ABL facility and term loan facility, with the remainder added to the balance sheet to fund organic growth. In 1Q17, we estimate the company has ~$40mm in cash on hand to supplement its $250mm undrawn revolver, leaving it with ~$100mm in total debt and less than one turn of net debt/EBITDA. As results continue to improve in 2018, we believe LBRT can swing back to net cash, even after investing capital in additional newbuilds.

We think the healthy trajectory for Liberty's operations, coupled with expanding profitability should allow the company to fund a fairly robust organic growth plan of as many as 8-10 new fleets over the next two years with free cash flow. Liberty's current liquidity position ranks favorably compared to smid-cap service peers, with 2017 net debt/EBITDA sitting below one turn (~0.7x v. ~1.9x group average), and it should have few constraints on growth or working capital development, in our view. We expect the company's streak of posting peer-leading returns to continue for the foreseeable future, with return on capital (net debt) of ~50% in 2018 and 2019 (v. JPM-covered peer average of ~10%, and FRAC/PUMP's of ~25%).

**Figure 68: Total Debt and Net Debt ($mm)**



Source: Company reports, J.P. Morgan estimates.

**Figure 69: ROE, ROA, ROIC v. JPM-Covered Peers**



Source: Company reports, J.P. Morgan estimates. Peers include CFW, FRAC, PTEN, PUMP, SPN, TCW.

**Greater efficiency supports superior returns over time**

**Full-cycle fleet costs run ~3x initial capex investment; efficiency dictates returns**

Liberty's high efficiency model should allow it to continue to post better through-cycle returns on its newbuilds relative to peers. Over a ten-year life span, a typical fleet can cost ~$120-130mm (or more), assuming an initial purchase price of ~$40mm, ~$20mm in component refurbishment, ~$20mm in fluid ends maintenance capex, and ~$50mm for other consumable parts. As illustrated in the table below, revenue and EBITDA per fleet metrics can substantially impact the mid-cycle rate of return for a pumper. As such, we believe frac companies that can generate superior metrics courtesy of premium pricing, higher throughput, and/or lower costs should be able to outrank peers on a returns basis and their stocks should trade at a premium valuation.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

**Figure 70: Economics of a Newbuild Fleet**



Source: Company presentation.

**Figure 71: Illustrative Mid-Cycle Rate of Return**

| Frac Company Performance | Low | Mid | High |
|---|---|---|---|
| Avg. Revenue Per Fleet (annualized) | 45 | 65 | 100 |
| EBITDA Margin | 10% | 18% | 22% |
| Avg. EBITDA Per Fleet (annualized) | 5 | 12 | 22 |
| Illustrative IRR % | (2%) | 29% | 86% |
| Illustrative Valuation ($/hp) | 675 | 1755 | 3300 |

Source: Company presentation. *assumes $40mm purchase price, $20mm refurb costs, 25% EBITDA reduction in year 1. Valuation is based on mid-cycle NTM multiple of 6x EBITDA

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

# Cash Flow

## Free Cash Flow Ramp to Support Growth Levers

**Considerable cash flow generation should support Liberty's organic growth plans**

We believe Liberty has scope to generate meaningful free cash flow over the next two years, even as the company continues to expand operations. While capex should moderate somewhat from 2017's ~$330mm, we expect it to remain somewhat elevated (and with an upward bias) as LBRT steadily allocates capital toward additional newbuilds (as much as a quarterly run rate of one). Despite the offset from further investment, full utilization of its current fleet and solid margin progression should drive healthy ~5-15% FCF yield generation in 2018/19 on our estimates, providing optionality to deploy another ~$300mm in incremental growth capital on top of planned expansion initiatives, all while maintaining a solid balance sheet.

With the rebound in completions activity and thus asset prices, we expect growth to be largely organic, coming from newbuild fleets, though management commendably expanded via acquisitions during the downturn. Based on our numbers, Liberty could fund another 6-10 newbuilds from 2H18-2019 within cash flow and keep at least ~$100mm of cash on hand. We assume capex of $40-45mm per new fleet in 2018 and 2019, and maintenance capex levels around 2% of total revenue.

**Figure 72: Free Cash Flow Profile ($mm)**



Source: Company reports, J.P. Morgan estimates.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

# Valuation

## Best-in-Class Returns and Healthy Growth Trajectory Should Warrant a Premium Multiple over Time

**Our $34 price target applies a ~6x multiple to our 2019 EBITDA estimate of $620mm**

Our Dec-18 price target of $34 is based on an EV/EBITDA multiple of ~6x our 2019 EBITDA estimate of $620mm. With this valuation, we are ascribing a modest premium to Liberty's peer group average (CFW, CJ, FRAC, PTEN, PUMP, RES, SPN, TCW), which includes a range from 5-7.5x 2019 EBITDA estimates, and compares to an average FY1 peer group multiple of ~6x during the 2009-2014 cycle.

We believe a ~6x multiple embeds some conservatism based on Liberty's relatively concentrated customer exposure, execution risk surrounding growth initiatives as well as longer-term potential challenges for (and history of) the frac market. However, with the stock currently trading at ~4x 2019e EBITDA (v. 5.5x peer average), we think there is relative upside as LBRT's growth trajectory, defensive characteristics, solid balance sheet, and peer-leading returns drive multiple expansion in line with (or above) other premium pressure pumpers. Layering in incremental newbuilds could garner another $3-6/share as well.

**Figure 73: Comp Sheet**

| Company | Ticker | Rating | PT | Upside | Price | Mkt Cap | EV | EV/EBITDA | | | | | Price/Book | | Horsepower (000) | | | EV/Replacement (est.) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $/sh | % | $/sh | $,bn | $,bn | 2015 | 2016 | 2017e | 2018e | 2019e | Curre | 5-Yr | 4Q17e | 4Q18e | 4Q19e | 4Q17e | 4Q18e | 4Q19e |
| C&J Energy Services | CJ | NC | | | $28.49 | 2.0 | 1.7 | N/A | N/A | 13.3x | 4.4x | 3.4x | 1.6x | N/A | 860 | 860 | 860 | 1.2x | 1.2x | 1.2x |
| Calfrac Well Services | CFW | N | $5 | (24%) | $6.58 | 0.9 | 1.9 | N/A | N/A | 9.2x | 6.6x | 6.3x | 1.8x | 1.2x | 1,300 | 1,300 | 1,300 | 1.4x | 1.4x | 1.4x |
| Keane Group | FRAC | OW | $26 | 68% | $15.51 | 1.7 | 1.9 | N/A | N/A | 9.9x | 4.8x | 4.3x | 3.7x | N/A | 1,200 | 1,325 | 1,325 | 1.6x | 1.5x | 1.5x |
| Liberty Oilfield Services | LBRT | OW | $34 | 63% | $20.47 | 2.4 | 2.4 | N/A | N/A | N/A | 4.4x | 3.9x | N/A | N/A | 800 | 1,050 | 1,050 | 3.0x | 2.3x | 2.3x |
| Patterson-UTI Energy | PTEN | N | $26 | 17% | $22.29 | 5.0 | 5.7 | 10.3x | 27.7x | 10.8x | 7.0x | 6.6x | 1.3x | 1.2x | 1,500 | 1,500 | 1,500 | 1.9x | 1.9x | 1.9x |
| ProPetro Holding | PUMP | OW | $24 | 40% | $17.15 | 1.4 | 1.4 | 27.7x | N/A | 11.1x | 5.8x | 5.4x | 3.5x | N/A | 690 | 735 | 735 | 2.1x | 1.9x | 1.9x |
| RPC, Inc. | RES | NC | | | $19.60 | 4.2 | 4.2 | 34.4x | N/A | 9.4x | 6.7x | 5.7x | 4.7x | 4.2x | 925 | 1,050 | 1,050 | 2.7x | 2.4x | 2.4x |
| Superior Energy Services | SPN | N | $11 | 11% | $9.95 | 1.5 | 2.6 | 6.1x | N/A | 15.6x | 8.0x | 6.7x | 1.4x | 1.1x | 750 | 750 | 750 | 1.4x | 1.4x | 1.4x |
| Trican Well Service | TCW | N | $6 | 72% | $3.48 | 1.2 | 1.3 | N/A | N/A | 7.1x | 5.0x | 5.0x | 1.0x | 1.0x | 680 | 680 | 680 | 1.8x | 1.8x | 1.8x |
| **Average** | | | | | | | | 19.6x | N/A | 10.8x | 5.8x | 5.2x | 2.4x | 1.7x | | | | 1.9x | 1.8x | 1.8x |

Source: Company reports, J.P. Morgan estimates.

**Figure 74: EV/EBITDA v. EBITDA Growth (2017-2019 CAGR)**



Source: Company reports, J.P. Morgan estimates.

**Figure 75: Current EV/ Pro Forma Replacement v. EBITDA Growth (2017-2019 CAGR)**



Source: Company reports, J.P. Morgan estimates.

The stock screens relatively less attractive on a replacement value basis, currently trading at a modest premium ~1.8x 2019e EV/hp (assuming ~1mm hp and $1,000 per hp) compared to the group's average ~1.7x. Over time, we believe shares of LBRT should merit a premium multiple on EBITDA given our expectations for revenue and EBITDA growth to outpace most peers' in 2018/19 while Liberty continues to deliver peer-leading profitability and returns.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

North America Equity Research
06 February 2018

J.P.Morgan

**Figure 76: LBRT v. Peers – EV/EBITDA**



Source: Company reports, J.P. Morgan estimates.

**Figure 77: LBRT v. Peers – Current EV/Replacement**



Source: Company reports, J.P. Morgan estimates.

**Figure 78: Comp Table – Revenue, EBITDA Growth and EBITDA Margin**

| Company | Revenue Growth | | | | | | EBITDA Growth | | | | | | EBITDA Margin | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017e | 2018e | 2019e | 2014 | 2015 | 2016 | 2017e | 2018e | 2019e | 2014 | 2015 | 2016 | 2017e | 2018e | 2019e |
| LBRT | N/A | (12%) | (18%) | 296% | 50% | 8% | N/A | (47%) | (111%) | 7125% | 98% | 12% | 15% | 9% | (1%) | 19% | 25% | 26% |
| CJ | N/A | N/A | N/A | 67% | 53% | 16% | N/A | N/A | N/A | 171% | 202% | 32% | N/A | N/A | (19%) | 8% | 16% | 18% |
| CFW | 60% | (40%) | (51%) | 103% | 30% | 1% | 90% | (92%) | (298%) | 237% | 40% | 5% | 14% | 2% | (8%) | 13% | 14% | 15% |
| FRAC | N/A | (7%) | 15% | 271% | 49% | 6% | N/A | (34%) | (94%) | 8634% | 106% | 11% | 15% | 11% | 1% | 13% | 18% | 19% |
| PTEN | 17% | (42%) | (51%) | 155% | 41% | 4% | 8% | (42%) | (63%) | 156% | 55% | 6% | 31% | 31% | 23% | 23% | 26% | 26% |
| PUMP | 84% | (29%) | (23%) | 125% | 51% | 6% | 107% | (66%) | (87%) | 1806% | 92% | 7% | 22% | 11% | 2% | 15% | 20% | 20% |
| RES | 26% | (46%) | (42%) | 119% | 39% | 10% | 30% | (81%) | (121%) | 1593% | 64% | 15% | 28% | 10% | (4%) | 24% | 28% | 30% |
| SPN | (1%) | (39%) | (48%) | 30% | 18% | 3% | 5% | (63%) | (91%) | 335% | 96% | 19% | 26% | 16% | 3% | 9% | 15% | 18% |
| TCW | 28% | (52%) | (74%) | 184% | 52% | (0%) | 38% | (111%) | 37% | 426% | 42% | (1%) | 10% | (2%) | (11%) | 21% | 20% | 19% |
| Average | 36% | (33%) | (36%) | 150% | 42% | 6% | 46% | (67%) | (103%) | 2276% | 88% | 12% | 20% | 11% | (2%) | 16% | 20% | 21% |

Source: Company reports, J.P. Morgan estimates. *CJ, RES estimates from Bloomberg.

After pricing its IPO at $17, above the high end of its initial range (of $14-16), Liberty's stock opened above $21 on its first day of trading (January 12th) before being bid up to $21.75, where it closed. Thus far, LBRT shares have outperformed relative to OFS peers, with the stock up 20% from its IPO price, though down 6% from its 1/12 close (v. -12% OSX, -5% SPX). We think the shares should continue to outperform as LBRT hits growth targets and closes the valuation gap against peers. In a more draconian outcome for pumping, we also think LBRT (along with PUMP) is well positioned to maintain higher levels of utilization than peers.

**Figure 79: Peer Stock Performance**



Source: Bloomberg.

**Figure 80: LBRT Stock Performance**



Source: Bloomberg.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

# Financial Models

**Table 2: Income Statement**

| Income Statement ($ in millions) | 2014 | 2015 | 2016 | 2017e | 1Q18e | 2Q18e | 3Q18e | 4Q18e | 2018e | 1Q19e | 2Q19e | 3Q19e | 4Q19e | 2019e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| Total Revenue | $517 | $455 | $375 | $1,484 | $473 | $576 | $606 | $587 | $2,242 | $599 | $608 | $605 | $599 | $2,412 |
| **Costs & Expenses** | | | | | | | | | | | | | | |
| COGS | ($433) | ($394) | ($350) | ($1,137) | ($348) | ($409) | ($427) | ($416) | ($1,600) | ($424) | ($431) | ($429) | ($424) | ($1,708) |
| SG&A | (23) | (29) | (35) | (80) | (18) | (22) | (24) | (23) | (87) | (21) | (21) | (21) | (21) | (84) |
| Total Costs & Expenses | ($455) | ($423) | ($386) | ($1,217) | ($366) | ($432) | ($451) | ($439) | ($1,687) | ($445) | ($452) | ($450) | ($445) | ($1,793) |
| D&A (excluded from COGS/SG&A) | | | | | | | | | | | | | | |
| Total D&A | ($22) | ($36) | ($41) | ($81) | ($28) | ($31) | ($34) | ($37) | ($130) | ($35) | ($35) | ($36) | ($36) | ($142) |
| **Gross Profit** | | | | | | | | | | | | | | |
| Total Gross Profit | $85 | $62 | $24 | $347 | $126 | $167 | $179 | $171 | $642 | $175 | $178 | $177 | $175 | $704 |
| **EBITDA** | | | | | | | | | | | | | | |
| EBITDA | $76 | $41 | ($4) | $281 | $107 | $144 | $155 | $148 | $555 | $154 | $156 | $156 | $154 | $620 |
| **Operating Income** | | | | | | | | | | | | | | |
| Total Operating Income | $54 | $4 | ($46) | $200 | $79 | $113 | $121 | $112 | $424 | $119 | $121 | $120 | $118 | $478 |
| **Interest Income & Expense** | | | | | | | | | | | | | | |
| Interest Income | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Expense | (4) | (6) | (6) | (10) | (2) | (2) | (2) | (2) | (6) | (2) | (2) | (2) | (2) | (6) |
| Other Income (expense) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Interest & Other Items | ($4) | ($6) | ($6) | ($10) | ($2) | ($2) | ($2) | ($2) | ($6) | ($2) | ($2) | ($2) | ($2) | ($6) |
| **Income** | | | | | | | | | | | | | | |
| Income Before Taxes | $50 | ($1) | ($52) | $189 | $77 | $111 | $119 | $110 | $418 | $118 | $120 | $118 | $116 | $472 |
| Income Taxes | ($5) | ($3) | ($2) | ($8) | ($16) | ($23) | ($25) | ($23) | ($88) | ($25) | ($25) | ($25) | ($24) | ($99) |
| Tax Rate | 10% | -236% | -4% | 4% | 21% | 21% | 21% | 21% | 21% | 21% | 21% | 21% | 21% | 21% |
| Minority Interests | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net income before extra. items | $45 | ($4) | ($54) | $181 | $61 | $88 | $94 | $87 | $330 | $93 | $94 | $93 | $92 | $373 |
| Extraordinary Items pre tax | (14) | (8) | (7) | (15) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Extraordinary Items post tax | (9) | (5) | (4) | (10) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Extraordinary Items per share | | | | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Discontinued Operations | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Income | $36 | ($9) | ($59) 98% | $171 | $61 | $88 | $94 | $87 | $330 | $93 | $94 | $93 | $92 | $373 |
| Basic Shares (Avg) | | 105 | 105 | 114 | 116 | 116 | 116 | 116 | 116 | 117 | 117 | 117 | 117 |
| Diluted Shares(Avg) | | 105 | 105 | 114 | 116 | 116 | 116 | 116 | 116 | 117 | 117 | 117 | 117 |
| EPS (GAAP, Basic) | | | (0.56) | 1.62 | 0.53 | 0.76 | 0.81 | 0.75 | 2.85 | 0.80 | 0.81 | 0.80 | 0.79 | 3.20 |
| EPS (GAAP, Diluted) | | | (0.56) | 1.62 | 0.53 | 0.76 | 0.81 | 0.75 | 2.85 | 0.80 | 0.81 | 0.80 | 0.79 | 3.20 |
| EPS (Adjusted, Basic) | | | ($0.51) | $1.72 | $0.53 | $0.76 | $0.81 | $0.75 | $2.85 | $0.80 | $0.81 | $0.80 | $0.79 | $3.20 |
| EPS (Adjusted, Diluted) | | | ($0.51) | $1.72 | $0.53 | $0.76 | $0.81 | $0.75 | $2.85 | $0.80 | $0.81 | $0.80 | $0.79 | $3.20 |

Source: Company reports, J.P. Morgan estimates.

39

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

## Table 3: Balance Sheet

| Balance Sheet ($ in millions) | 2014 | 2015 | 2016 | 2017e | 1Q18e | 2Q18e | 3Q18e | 4Q18e | 2018e | 1Q19e | 2Q19e | 3Q19e | 4Q19e | 2019e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | | $0 | $11 | $1 | $43 | $47 | $94 | $205 | $205 | $308 | $426 | $539 | $658 | $658 |
| Accounts Receivable | | 86 | 129 | 304 | 305 | 373 | 382 | 377 | 377 | 400 | 401 | 395 | 391 | 391 |
| Inventories | | 16 | 28 | 23 | 27 | 31 | 32 | 32 | 32 | 35 | 36 | 35 | 35 | 35 |
| Other Current Assets | | 5 | 5 | 20 | 22 | 26 | 28 | 27 | 27 | 27 | 28 | 28 | 27 | 27 |
| **Total Current Assets** | | 107 | 174 | 347 | 396 | 478 | 536 | 640 | 640 | 771 | 891 | 996 | 1,111 | 1,111 |
| Property, Plant, & Equip. (Net) | | 190 | 272 | 513 | 561 | 607 | 639 | 615 | 615 | 593 | 570 | 547 | 521 | 521 |
| Accumulated Depreciation | | 77 | 118 | 199 | 228 | 259 | 293 | 330 | 330 | 365 | 400 | 435 | 471 | 471 |
| Property, Plant, & Equip. (Gross) | | 267 | 390 | 712 | 788 | 866 | 932 | 945 | 945 | 958 | 970 | 982 | 993 | 993 |
| Goodwill | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Assets | | 0 | 0 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| **Total Assets** | | $297 | $446 | $866 | $963 | $1,091 | $1,181 | $1,261 | $1,261 | $1,370 | $1,467 | $1,549 | $1,638 | $1,638 |
| **Liabilities** | | | | | | | | | | | | | | |
| Short-term debt and current LTD | | $23 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounts Payable | | 29 | 43 | 93 | 104 | 123 | 132 | 129 | 129 | 134 | 135 | 132 | 131 | 131 |
| Other Current Liabilities | | 24 | 69 | 124 | 113 | 133 | 120 | 117 | 117 | 127 | 129 | 120 | 119 | 119 |
| **Total Current Liabilities** | | $75 | $112 | $217 | $217 | $256 | $252 | $246 | $246 | $261 | $264 | $252 | $250 | $250 |
| Long-term Debt, Net of Current | | 87 | 104 | 211 | 104 | 104 | 104 | 104 | 104 | 104 | 104 | 104 | 104 | 104 |
| Deferred taxes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other LT Liabilities | | 0 | 0 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 |
| Stockholder Equity | | 134 | 230 | 396 | 601 | 689 | 783 | 870 | 870 | 963 | 1,057 | 1,150 | 1,242 | 1,242 |
| **Total Liabilities and Stockholder Equity** | | $297 | $446 | $866 | $963 | $1,091 | $1,181 | $1,261 | $1,261 | $1,370 | $1,467 | $1,549 | $1,638 | $1,638 |

Source: Company reports, J.P. Morgan estimates.

## Table 4: Cash Flow Statement

| Cash Flow Statement ($ in millions) | 2014 | 2015 | 2016 | 2017e | 1Q18e | 2Q18e | 3Q18e | 4Q18e | 2018e | 1Q19e | 2Q19e | 3Q19e | 4Q19e | 2019e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash from Operations** | | | | | | | | | | | | | | |
| Net Income | | ($9) | ($59) | $171 | $61 | $88 | $94 | $87 | $330 | $93 | $94 | $93 | $92 | $373 |
| Depreciation | | 36 | 41 | 81 | 28 | 31 | 34 | 37 | 130 | 35 | 35 | 36 | 36 | 142 |
| Deferred Taxes | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | | 13 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Working Capital Changes** | | | | | | | | | | | | | | |
| Accounts Receivable | | $6 | ($35) | ($175) | ($1) | ($68) | ($8) | $5 | ($73) | ($23) | ($2) | $6 | $4 | ($14) |
| Inventories | | 4 | (2) | 5 | (4) | (4) | (1) | 1 | (9) | (4) | (0) | 1 | 0 | (3) |
| Accounts Payable | | (25) | 14 | 116 | 11 | 19 | 9 | (3) | 36 | 6 | 1 | (2) | (1) | 3 |
| Other | | (19) | 35 | (19) | (13) | 16 | (14) | (2) | (13) | 10 | 1 | (9) | (1) | 1 |
| Total Working Capital Changes | | (34) | 13 | (72) | (7) | (38) | (15) | 0 | (60) | (11) | 0 | (4) | 2 | (13) |
| **Cash from Operations** | | $6 | ($4) | $182 | $82 | $81 | $114 | $124 | $401 | $116 | $130 | $125 | $130 | $501 |
| **Cash from Investing** | | | | | | | | | | | | | | |
| Capital Expenditures | | ($38) | ($43) | ($329) | ($76) | ($78) | ($66) | ($13) | ($233) | ($13) | ($12) | ($12) | ($11) | ($48) |
| Divestitures | | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Acquisitions | | 0 | (54) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash from Investing** | | ($38) | ($97) | ($328) | ($76) | ($78) | ($66) | ($13) | ($233) | ($13) | ($12) | ($12) | ($11) | ($48) |
| **Cash from Financing** | | | | | | | | | | | | | | |
| Increase (decrease) in Debt | | $21 | ($4) | $162 | ($107) | $0 | $0 | $0 | ($107) | $0 | $0 | $0 | $0 | $0 |
| Issuance of Common Stock | | 0 | 0 | (23) | 143 | 0 | 0 | 0 | 143 | 0 | 0 | 0 | 0 | 0 |
| Repurchase of Common Stock | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dividends Paid | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | | 0 | 116 | (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash from Financing** | | $21 | $112 | $136 | $36 | $0 | $0 | $0 | $36 | $0 | $0 | $0 | $0 | $0 |
| Effect of Exchange Rate | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Cash Movements** | | | | | | | | | | | | | | |
| Increase in Cash and Equivalents | | ($11) | $11 | ($11) | 42 | 4 | 48 | 111 | $204 | 103 | 118 | 113 | 119 | $453 |
| Cash at Beginning of Period | | 11 | 0 | 11 | 1 | 43 | 47 | 94 | 1 | 205 | 308 | 426 | 539 | 205 |
| **Cash at End of Period** | $11 | $0 | $11 | $1 | $43 | $47 | $94 | $205 | $205 | $308 | $426 | $539 | $658 | $658 |

Source: Company reports, J.P. Morgan estimates.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

# Liberty Oilfield Services: Summary of Financials

| Income Statement - Annual | FY15A | FY16A | FY17E | FY18E | FY19E |
|---|---|---|---|---|---|
| Revenue | - | 375 | 1,484 | 2,242 | 2,412 |
| COGS | - | (350) | (1,137) | (1,600) | (1,708) |
| **Gross profit** | **-** | **-** | **-** | **-** | **-** |
| SG&A | - | (35) | (80) | (87) | (84) |
| **Adj. EBITDA** | **-** | **(4)** | **281** | **555** | **620** |
| D&A | - | (41) | (81) | (130) | (142) |
| **Adj. EBIT** | **-** | **(46)** | **200** | **424** | **478** |
| Net Interest | - | (6) | (10) | (6) | (6) |
| **Adj. PBT** | **-** | **(52)** | **189** | **418** | **472** |
| Tax | - | (2) | (8) | (88) | (99) |
| Minority Interest | - | 0 | 0 | 0 | 0 |
| **Adj. Net Income** | **-** | **(54)** | **181** | **330** | **373** |
| Reported EPS | - | (0.56) | 1.62 | 2.85 | 3.20 |
| **Adj. EPS** | **-** | **(0.51)** | **1.72** | **2.85** | **3.20** |
| **DPS** | **-** | **-** | **-** | **-** | **-** |
| Payout ratio | - | - | - | - | - |
| Shares outstanding | - | 105 | 105 | 116 | 117 |

| Income Statement - Quarterly | 1Q17A | 2Q17A | 3Q17A | 4Q17E |
|---|---|---|---|---|
| Revenue | 252A | 347A | 442A | 443 |
| COGS | (212)A | (268)A | (328)A | (330) |
| **Gross profit** | **-** | **-** | **-** | **-** |
| SG&A | (16)A | (20)A | (22)A | (22) |
| **Adj. EBITDA** | **30A** | **65A** | **94A** | **92** |
| D&A | (14)A | (18)A | (24)A | (25) |
| **Adj. EBIT** | **16A** | **47A** | **70A** | **66** |
| Net Interest | (1)A | (3)A | (3)A | (3) |
| **Adj. PBT** | **15A** | **45A** | **66A** | **63** |
| Tax | (2)A | (2)A | (1)A | (3) |
| Minority Interest | 0A | 0A | 0A | 0 |
| **Adj. Net Income** | **12A** | **43A** | **65A** | **60** |
| Reported EPS | 0.08A | 0.37A | 0.60A | 0.57 |
| **Adj. EPS** | **0.12A** | **0.41A** | **0.62A** | **0.57** |
| **DPS** | **-** | **-** | **-** | **-** |
| Payout ratio | - | - | - | - |
| Shares outstanding | 105A | 105A | 105A | 105 |

| Balance Sheet & Cash Flow Statement | FY15A | FY16A | FY17E | FY18E | FY19E |
|---|---|---|---|---|---|
| Cash and cash equivalents | - | 11 | 1 | 205 | 658 |
| Accounts receivable | - | 129 | 304 | 377 | 391 |
| Inventories | - | 28 | 23 | 32 | 35 |
| Other current assets | - | 5 | 20 | 27 | 27 |
| **Current assets** | **-** | **174** | **347** | **640** | **1,111** |
| PP&E | - | 272 | 513 | 615 | 521 |
| LT investments | - | - | - | - | - |
| Other non current assets | - | 0 | 6 | 6 | 6 |
| **Total assets** | **-** | **446** | **866** | **1,261** | **1,638** |
| Short term borrowings | - | 0 | 0 | 0 | 0 |
| Payables | - | 43 | 93 | 129 | 131 |
| Other short term liabilities | - | 69 | 124 | 117 | 119 |
| **Current liabilities** | **-** | **112** | **217** | **246** | **250** |
| Long-term debt | - | 104 | 211 | 104 | 104 |
| Other long term liabilities | - | 0 | 42 | 42 | 42 |
| **Total liabilities** | **-** | **216** | **470** | **392** | **396** |
| Shareholders' equity | - | 230 | 396 | 870 | 1,242 |
| Minority interests | - | - | - | - | - |
| **Total liabilities & equity** | **-** | **446** | **866** | **1,261** | **1,638** |
| **BVPS** | **-** | **-** | **-** | **-** | **-** |
| Net debt/(cash) | - | 92 | 210 | (101) | (554) |
| **Cash flow from operating activities** | **-** | **(4)** | **182** | **401** | **501** |
| o/w Depreciation & amortization | - | 41 | 81 | 130 | 142 |
| o/w Changes in working capital | - | 13 | (72) | (60) | (13) |
| **CFPS** | **-** | **(0.04)** | **1.72** | **3.46** | **4.30** |
| **Cash flow from investing activities** | **-** | **(97)** | **(328)** | **(233)** | **(48)** |
| o/w Capital expenditure | - | (43) | (329) | (233) | (48) |
| *as % of sales* | - | 11.4% | 22.2% | 10.4% | 2.0% |
| **Cash flow from financing activities** | **-** | **112** | **136** | **36** | **0** |
| o/w Dividends paid | - | 0 | 0 | 0 | 0 |
| o/w Net debt issued/(repaid) | - | - | 162 | (107) | 0 |
| **Net change in cash** | **-** | **11** | **(11)** | **204** | **453** |
| **Adj. Free cash flow to firm** | **-** | **(47)** | **(147)** | **168** | **453** |
| *y/y Growth* | - | - | 215.2% | (214.2%) | 168.8% |

| Ratio Analysis | FY15A | FY16A | FY17E | FY18E | FY19E |
|---|---|---|---|---|---|
| Gross margin | - | - | - | - | - |
| EBITDA margin | - | (1.2%) | 18.9% | 24.7% | 25.7% |
| EBIT margin | - | (12.2%) | 13.4% | 18.9% | 19.8% |
| Net profit margin | - | (14.5%) | 12.2% | 14.7% | 15.4% |
| ROE | - | (47.2%) | 57.8% | 52.2% | 35.3% |
| ROA | - | (24.3%) | 27.6% | 31.1% | 25.7% |
| ROCE | - | (28.7%) | 40.6% | 42.4% | 32.5% |
| SG&A/Sales | - | 9.4% | 5.4% | 3.9% | 3.5% |
| Net debt/equity | - | 40.1% | 53.1% | (11.6%) | (44.6%) |
| Net debt/capital | - | 28.6% | 34.7% | (13.1%) | (80.4%) |
| P/E (x) | - | NM | 11.9 | 7.2 | 6.4 |
| P/BV (x) | - | - | - | - | - |
| P/CF (x) | - | NM | 11.9 | 5.9 | 4.8 |
| EV/EBITDA (x) | - | NM | 6.2 | 2.6 | 1.6 |
| Dividend Yield | - | - | - | - | - |
| FCFF yield | - | (2.2%) | (6.8%) | 7.1% | 19.0% |
| Sales/Assets (x) | - | 1.7 | 2.3 | 2.1 | 1.7 |
| Interest cover (x) | - | NM | 26.8 | 88.5 | 98.9 |
| Operating leverage | - | - | (180.8%) | 220.5% | 166.3% |
| Revenue y/y Growth | - | - | 296.0% | 51.1% | 7.6% |
| EBITDA y/y Growth | - | - | (6393.6%) | 97.7% | 11.7% |
| Tax rate | - | (4.4%) | 4.3% | 21.0% | 21.0% |
| Adj. Net Income y/y Growth | - | - | (433.6%) | 82.4% | 12.8% |
| EPS y/y Growth | - | - | (433.6%) | 66.1% | 12.0% |
| DPS y/y Growth | - | - | - | - | - |
| BVPS y/y Growth | - | - | - | - | - |

Source: Company reports and J.P. Morgan estimates.
Note: $ in millions (except per-share data).Fiscal year ends Dec. o/w - out of which

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

**Analyst Certification:** The research analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple research analysts are primarily responsible for this report, the research analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the research analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect his or her personal views about any and all of the subject securities or issuers; and (2) no part of any of the research analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the research analyst(s) in this report. For all Korea-based research analysts listed on the front cover, they also certify, as per KOFIA requirements, that their analysis was made in good faith and that the views reflect their own opinion, without undue influence or intervention.

## Important Disclosures

- **Market Maker/ Liquidity Provider:** J.P. Morgan Securities plc and/or an affiliate is a market maker and/or liquidity provider in securities issued by Liberty Oilfield Services.

- **Lead or Co-manager:** J.P. Morgan acted as lead or co-manager in a public offering of equity and/or debt securities for Liberty Oilfield Services within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Liberty Oilfield Services.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Liberty Oilfield Services.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Liberty Oilfield Services.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Liberty Oilfield Services.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Liberty Oilfield Services.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Liberty Oilfield Services.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Liberty Oilfield Services.

- **Other Significant Financial Interests:** J.P. Morgan owns a position of 1 million USD or more in the debt securities of Liberty Oilfield Services.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

**Liberty Oilfield Services (LBRT, LBRT US) Price Chart**



Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Meakim, Sean**: Aspen Aerogels (ASPN), Baker Hughes (BHGE), Calfrac Well Services (CFW.TO), Core Laboratories (CLB), Diamond Offshore Drilling (DO), Dril-Quip (DRQ), Ensco (ESV), Forum Energy Technologies (FET), Frank's International (FI), Halliburton Co. (HAL), Helmerich & Payne (HP), Keane Group (FRAC), MRC Global (MRC), NCS Multistage (NCSM), NOW Inc. (DNOW), Nabors Industries (NBR), National Oilwell Varco (NOV), Noble Corp (NE), Oceaneering (OII), Oil States International (OIS), Patterson-UTI Energy (PTEN), Precision Drilling (PD.TO), ProPetro Holding (PUMP), Rowan Companies (RDC), Schlumberger (SLB), Select Energy Services (WTTR), Superior Energy Services (SPN), TETRA Technologies (TTI), TechnipFMC PLC (FTI), Transocean (RIG), Trican Well Service (TCW.TO), Weatherford International (WFT)

**J.P. Morgan Equity Research Ratings Distribution, as of January 02, 2018**

|  | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 45% | 43% | 12% |
| IB clients* | 53% | 50% | 35% |
| JPMS Equity Research Coverage | 44% | 46% | 10% |
| IB clients* | 70% | 66% | 54% |

*Percentage of investment banking clients in each rating category.
For purposes only of FINRA/NYSE ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above.

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Equity Analysts' Compensation:** The equity research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan ("JPM") is the global brand name for J.P. Morgan Securities LLC ("JPMS") and its affiliates worldwide. J.P. Morgan Cazenove is a marketing name for the U.K. investment banking businesses and EMEA cash equities and equity research businesses of JPMorgan Chase & Co. and its subsidiaries.

All research reports made available to clients are simultaneously available on our client website, J.P. Morgan Markets. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research reports available on a particular stock, please contact your sales representative.

**Options related research:** If the information contained herein regards options related research, such information is available only to persons who have received the proper option risk disclosure documents. For a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options, please contact your J.P. Morgan Representative or visit the OCC's website at https://www.theocc.com/components/docs/riskstoc.pdf

**Legal Entities Disclosures**
**U.S.**: JPMS is a member of NYSE, FINRA, SIPC and the NFA. JPMorgan Chase Bank, N.A. is a member of FDIC. **U.K.**: JPMorgan Chase N.A., London Branch, is authorised by the Prudential Regulation Authority and is subject to regulation by the Financial Conduct Authority and to limited regulation by the Prudential Regulation Authority. Details about the extent of our regulation by the Prudential Regulation Authority are available from J.P. Morgan on request. J.P. Morgan Securities plc (JPMS plc) is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong and/or J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange(KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Australia**: J.P. Morgan Australia Limited (JPMAL) (ABN 52 002 888 011/AFS Licence No: 238188) is regulated by ASIC and J.P. Morgan Securities Australia Limited (JPMSAL) (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by ASIC and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. **India:** J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited (SEBI Registration Number - INB 230675231/INF 230675231/INE 230675231), the Bombay Stock Exchange Limited (SEBI Registration Number - INB 010675237/INF 010675237) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non local research reports, this material is not distributed in India by J.P. Morgan India Private Limited. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **Indonesia**: PT J.P. Morgan Securities Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V., J.P. Morgan Grupo Financiero is a member of the Mexican Stock Exchange and authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **Singapore:** This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 202/03/2017 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 059/09/2017], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this document are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the document. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X) which is a Participating Organization of Bursa Malaysia Berhad and a holder of Capital Markets Services License issued by the Securities Commission in Malaysia. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Saudi Arabia**: J.P. Morgan Saudi Arabia Ltd. is authorized by the Capital Market Authority of the Kingdom of Saudi Arabia (CMA) to carry out dealing as an agent, arranging, advising and custody, with respect to securities business under licence number 35-07079 and its registered address is at 8th Floor, Al-Faisaliyah Tower, King Fahad Road, P.O. Box 51907, Riyadh 11553, Kingdom of Saudi Arabia. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - Building 3, Level 7, PO Box 506551, Dubai, UAE.

44

Sean C Meakim, CFA
(1-212) 622-6684
sean.meakim@jpmorgan.com

**North America Equity Research**
06 February 2018

J.P.Morgan

**Country and Region Specific Disclosures**
**U.K. and European Economic Area (EEA):** Unless specified to the contrary, issued and approved for distribution in the U.K. and the EEA by JPMS plc. Investment research issued by JPMS plc has been prepared in accordance with JPMS plc's policies for managing conflicts of interest arising as a result of publication and distribution of investment research. Many European regulators require a firm to establish, implement and maintain such a policy. Further information about J.P. Morgan's conflict of interest policy and a description of the effective internal organisations and administrative arrangements set up for the prevention and avoidance of conflicts of interest is set out at the following link https://www.jpmorgan.com/jpmpdf/1320742677360.pdf. This report has been issued in the U.K. only to persons of a kind described in Article 19 (5), 38, 47 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this document relates is only available to relevant persons and will be engaged in only with relevant persons. In other EEA countries, the report has been issued to persons regarded as professional investors (or equivalent) in their home jurisdiction. **Australia:** This material is issued and distributed by JPMSAL in Australia to "wholesale clients" only. This material does not take into account the specific investment objectives, financial situation or particular needs of the recipient. The recipient of this material must not distribute it to any third party or outside Australia without the prior written consent of JPMSAL. For the purposes of this paragraph the term "wholesale client" has the meaning given in section 761G of the Corporations Act 2001. **Germany:** This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht. **Hong Kong:** The 1% ownership disclosure as of the previous month end satisfies the requirements under Paragraph 16.5(a) of the Hong Kong Code of Conduct for Persons Licensed by or Registered with the Securities and Futures Commission. (For research published within the first ten days of the month, the disclosure may be based on the month end data from two months prior.) J.P. Morgan Broking (Hong Kong) Limited is the liquidity provider/market maker for derivative warrants, callable bull bear contracts and stock options listed on the Stock Exchange of Hong Kong Limited. An updated list can be found on HKEx website: http://www.hkex.com.hk. **Korea:** This report may have been edited or contributed to from time to time by affiliates of J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Singapore:** As at the date of this report, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this report. Arising from its role as designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. In addition, JPMSS and/or its affiliates may also have an interest or holding in any of the securities discussed in this report – please see the Important Disclosures section above. For securities where the holding is 1% or greater, the holding may be found in the Important Disclosures section above. For all other securities mentioned in this report, JPMSS and/or its affiliates may have a holding of less than 1% in such securities and may trade them in ways different from those discussed in this report. Employees of JPMSS and/or its affiliates not involved in the preparation of this report may have investments in the securities (or derivatives of such securities) mentioned in this report and may trade them in ways different from those discussed in this report. **Taiwan**: This material is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material which may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **India:** For private circulation only, not for sale. **Pakistan:** For private circulation only, not for sale. **New Zealand:** This material is issued and distributed by JPMSAL in New Zealand only to persons whose principal business is the investment of money or who, in the course of and for the purposes of their business, habitually invest money. JPMSAL does not issue or distribute this material to members of "the public" as determined in accordance with section 3 of the Securities Act 1978. The recipient of this material must not distribute it to any third party or outside New Zealand without the prior written consent of JPMSAL. **Canada:** The information contained herein is not, and under no circumstances is to be construed as, a prospectus, an advertisement, a public offering, an offer to sell securities described herein, or solicitation of an offer to buy securities described herein, in Canada or any province or territory thereof. Any offer or sale of the securities described herein in Canada will be made only under an exemption from the requirements to file a prospectus with the relevant Canadian securities regulators and only by a dealer properly registered under applicable securities laws or, alternatively, pursuant to an exemption from the dealer registration requirement in the relevant province or territory of Canada in which such offer or sale is made. The information contained herein is under no circumstances to be construed as investment advice in any province or territory of Canada and is not tailored to the needs of the recipient. To the extent that the information contained herein references securities of an issuer incorporated, formed or created under the laws of Canada or a province or territory of Canada, any trades in such securities must be conducted through a dealer registered in Canada. No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon these materials, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. **Dubai:** This report has been issued to persons regarded as professional clients as defined under the DFSA rules. **Brazil**: Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com.

**General:** Additional information is available upon request. Information has been obtained from sources believed to be reliable but JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) do not warrant its completeness or accuracy except with respect to any disclosures relative to JPMS and/or its affiliates and the analyst's involvement with the issuer that is the subject of the research. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Opinions and estimates constitute our judgment as of the date of this material and are subject to change without notice. Past performance is not indicative of future results. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein. JPMS distributes in the U.S. research published by non-U.S. affiliates and accepts responsibility for its contents. Periodic updates may be provided on companies/industries based on company specific developments or announcements, market conditions or any other publicly available information. Clients should contact analysts and execute transactions through a J.P. Morgan subsidiary or affiliate in their home jurisdiction unless governing law permits otherwise.

"Other Disclosures" last revised January 01, 2018.

**Copyright 2018 JPMorgan Chase & Co. All rights reserved. This report or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**