# EXHIBIT L

Oilfield Services & Equipment: Oilfield Services

# COWEN

# LIBERTY OILFIELD SERVICES

**EQUITY RESEARCH**

February 7, 2018

**Price: $21.19** (02/6/2018)
**Price Target: $22.00**

**MARKET PERFORM (2)**

**Vaibhav Vaishnav**
646 562 1416
vaibhav.vaishnav@cowen.com

**Marc Bianchi, CFA**
646 562 1393
marc.bianchi@cowen.com

**Jonathan Hunter, CFA**
646 562 1407
jonathan.hunter@cowen.com

**Zachary Morrissey**
646 562 1327
zachary.morrissey@cowen.com

#### Key Data

| | |
|---|---|
| Symbol | NYSE: LBRT |
| 52-Week Range: | $23.78 - $20.06 |
| Market Cap (MM): | $2,504.6 |
| Net Debt (MM): | $0.1 |
| Cash/Share: | NA |
| Dil. Shares Out (MM): | 69.0 |
| Enterprise Value (MM): | $2,504.7 |
| ROIC: | NA |
| ROE (LTM): | NA |
| BV/Share: | NA |
| FCF Yield: | 6.0% |
| Dividend: | NA |
| Short Interest: | NA |

| FY (Dec) | 2017E | 2018E | 2019E |
|---|---|---|---|
| **Earnings Per Share** | | | |
| Q1 | $0.15A | $0.66 | - |
| Q2 | $0.60A | $0.81 | - |
| Q3 | $0.95A | $0.84 | - |
| Q4 | $0.92 | $0.91 | - |
| Year | $2.61 | $3.22 | $3.13 |
| | | | |
| **EBITDA** | | | |
| Year | $280.4 | $518.0 | $518.4 |
| EV/ EBITDA | 8.9x | 4.8x | 4.8x |

**INITIATING COVERAGE**

# INITIATION: TOP PROFITABILITY ALREADY REFLECTED; MARKET PERFORM RATING; $22PT

### THE COWEN INSIGHT

We are cautious on frac services stocks. Detailed company/fleet analysis shows 80 fleets/ 3.7MM HHP added in 2018 driving marketed utilization lower from ~90% in 4Q17 to ~80% by 4Q18. LBRT generates top tier profitability, but this is reflected at the current stock price. Initiate at Market Perform with $22 PT @ 4x 2019E EBITDA, ~5% upside.

#### Initiating With Market Perform Rating

Liberty Oilfield Services (LBRT) is a pure-play U.S. frac services company. The company has more non-Permian exposure, 60% exposure (13 fleets) in the Rockies/Bakken vs peers focused on the hyper-competitive Permian and Eagle Ford (9 fleets).
We are cautious on the frac services stocks from the second derivative turning for the worse, i.e., the market relatively loosening from ~90% marketed utilization in 4Q17 to ~80% in 4Q18 under our base case of $55/bbl WTI for 2018. LBRT has top tier profitability and FCF per fleet metrics, but these attributes are reflected at the current stock price. In our opinion, i t's too early to call on the consistency of higher profitability as during the trough of 3Q16, all players had similar profitability. FRAC and LBRT had similar profitability in 2014 while FRAC higher in 2015.

#### Second Derivative Turning for the Worse for Frac Services

Pressure pumping currently has strong utilization and perceived pricing power and is a consensus long. However, we are in the late innings and **for frac services, the second derivative is turning for the worse**. Our proprietary analysis concludes **marketed utilization will decline from ~90% in 4Q17 to ~80% by 4Q18** as we estimate about **80 fleets/3.7MM HHP will be added**, half from reactivations vs investors focused predominantly on newbuilds. This implies pricing could stall or modestly decline vs expectations of an increase through 2018.
**We are not calling for the cycle to be over**. The marketed utilization decline will lead to pricing declines impacting stock prices. From there on, it is a question of market discipline. We model an attractive 13-16% FCF yield for FRAC/LBRT/PUMP in 2019, however, our lower utilization scenario may lower pricing even more than we assume (a 10-15% price decline results in just 5% FCF yield). Additionally, aggressive growth capex (vs our modeled maintenance) would limit FCF generation. Essentially, confidence in 2019 FCF yield is low.

#### LBRT Top Tier Profitability

LBRT has top tier profitability, behind only RES. LBRT has generated $6MM/fleet higher EBITDA on average for the 9M17 vs FRAC and PUMP. We assume the profitability differential between LBRT and the other two is maintained, **but it is too soon to tell** as all three had similar profitability at the trough in 3Q16. Valuation does not stand out with LBRT (3.6x 2019 EV/EBITDA) vs FRAC 3.3x and PUMP 3.9x. Also, LBRT is trading at ~$2,350 EV/HHP vs FRAC ~$1,550, PUMP ~$1,900 and RES ~$2,850. Our PT is $22, equating to 4x ("peak earnings multiple") our 2019E EBITDA, ~5% upside.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

# AT A GLANCE

## Our Investment Thesis

We are cautious on the frac services stocks from the second derivative turning for the worse, i.e., the market relative loosening from ~90% marketed utilization in 4Q17 to ~80% in 4Q18 under our base case of $55/bbl WTI for 2018. LBRT has top tier profitability and FCF per fleet metrics, but these attributes are reflected at the current stock price. Initiate at Market Perform.

## Forthcoming Catalysts

- Newbuild announcements

## Base Case Assumptions

- Five fleets deployed in 2018
- EBITDA/fleet grows to $24MM in 2Q18 from $21.5MM in 4Q17

## Upside Scenario

- Sustained oil price at $65+
- EBITDA/fleet expands beyond $24MM

## Downside Scenario

- Oil prices decline
- Overcapacity pressures margins below $21.5MM/fleet in 2019/20

## Price Performance



Source: Bloomberg

## Company Description

Liberty Oilfield Services is an independent provider of hydraulic fracturing services to onshore oil and natural gas exploration and production companies in North America. The company has 760k HHP as of December 2017 and expects to grow to 1,030k HHP by the end of 2Q18.

## Analyst Top Picks

|  | Ticker | Price (02/6/2018) | Price Target | Rating |
|---|---|---|---|---|
| TechnipFMC | FTI | $32.14 | $35.00 | Outperform |
| MRC Global | MRC | $17.05 | $19.00 | Outperform |
| Baker Hughes | BHGE | $29.22 | $50.00 | Outperform |

.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

## Investment Thesis

We initiate coverage on Liberty Oilfield Services (LBRT) with a Market Perform rating. Despite near term strong fundamentals for the frac market, we are cautious on frac services stocks from the second derivative turning for the worse, i.e., the market relatively loosening from ~90% marketed utilization in 4Q17 to ~80% in 4Q18 under our base case of $55/bbl WTI for 2018.

LBRT has top tier operations and profitability. LBRT has generated $6MM/fleet higher EBITDA on average for 9M17 vs FRAC and PUMP, though in line FCF/fleet owing to capex.  However, this is already reflected at the current price. On our estimates, LBRT is trading at 3.6x 2019 EV/EBITDA, between FRAC (3.3x) and PUMP (3.9x), while below peers (4.5x). Assuming current net debt, LBRT is trading at ~$2,350 EV/HHP vs FRAC at ~$1,550, PUMP at (~$1,900) and RES at (~$2,850). Lastly, LBRT trades at a 16% FCF yield on 2019E, similar to FRAC and vs 13% for PUMP. Our PT is $22, based on a 4x "peak earnings multiple" on 2019 EBITDA, implying 7% upside.

Liberty is a pure-play U.S. frac services company. The company has more non-Permian exposure, 60% (13 fleets) in the Rockies/Bakken vs peers focused on the hyper competitive Permian and Eagle Ford (9 fleets). The company exited 2017 with 19 fleets deployed (4Q17 average of 17) and plans to deploy three fleets (including two newbuilds) bringing the total to 22 by 2Q18. Additionally, Liberty has 110K HHP on order as support equipment that we assume is converted to two fleets.

### Second Derivative Turning For the Worse on Frac Services

Along with our Liberty (LBRT), Keane (FRAC – Outperform, $15.56) and ProPetro (PUMP – Market Perform, $17.60) initiations today, we have published a frac services industry note for a detailed industry discussion. A summary is presented below.

Near term supply/demand for the frac services sub-sector within OFS should remain tight, i.e., marketed utilization of 80-90%, through 2018. We expect pricing to improve in 1H18 at least. We assume gross 7/5% pricing improvement in 1Q/2Q18. However, we are cautious on frac services stocks from the second derivative turning for the worse, i.e., the market relative loosening from ~90% marketed utilization in 4Q17 to ~80% in 4Q18 under our base case of $55/bbl WTI for 2018 as we estimate about 80 fleets/3.8MM HHP will be added, half from reactivations. Simplistically, 200 rigs would need to be added (2.5x rigs per fleet) between 4Q17 and 4Q18 to keep utilization flat at 4Q17 level vs our modeled 25. This implies pricing could be stalling or modestly declining by year-end vs expectations of pricing improvement through 2018. For now we model flat pricing in 2H18 and a single digit decline in 2019 with downside risk. We define marketed utilization as demand driven by the rig count divided by available marketed fleets, or excluding fleets on the fence. Essentially, despite near-term strong fundamentals, we remain cautious on frac services stocks.

Accordingly, we are selective. FRAC is relatively attractive among frac pure plays owing to ~5% upside to 2018 EBITDA estimates ($450MM vs consensus $425MM), 16% 2019 FCF yield,  higher EBITDA and FCF per fleet and horsepower (HHP), trading at attractive valuation metrics and has potential upside to valuation of about 15% upside as of 2/5/18.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

**Figure 1 : Marketed Utilization Declining – Base Case $55/bbl WTI**

| | 1Q17 | 2Q17 | 3Q17 | 4Q17E | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 4Q18 vs 4Q17 |
|---|---|---|---|---|---|---|---|---|---|
| **Frac Market Demand Vs Marketed Supply** | | | | | | | | | |
| US Frac Fleets Working | 220 | 284 | 324 | 345 | 365 | 377 | 382 | 371 | 26 |
| US Frac Demand (K HHP) | 9,883 | 12,764 | 14,585 | 15,543 | 16,445 | 16,954 | 17,180 | 16,711 | 8% |
| | | | | | | | | | |
| US Marketed Supply (K HHP) | 9,787 | 12,779 | 15,343 | 16,903 | 17,869 | 19,058 | 19,945 | 20,665 | 22% |
| **US Marketed Utilization** | **101%** | **100%** | **95%** | **92%** | **92%** | **89%** | **86%** | **81%** | **-11%** |
| | | | | | | | | | |
| US Total Supply (K HHP) | 19,156 | 19,925 | 20,163 | 20,446 | 20,923 | 21,523 | 21,983 | 22,328 | 9% |
| **US Total Utilization** | **52%** | **64%** | **72%** | **76%** | **79%** | **79%** | **78%** | **75%** | **-1%** |
| | | | | | | | | | |
| Marketed Supply/Total Supply | 51% | 64% | 76% | 83% | 85% | 89% | 91% | 93% | 10% |

Source: Company Filings, Spears & Associates, Cowen and Company

### Favorable US Macro

We assume $55/bbl WTI each in 2018/19/20 vs the $51/bbl average for 2017.  While $55 is below the front month, we note 2019/20 are in the mid-$50s, and many E&Ps are hedged and have discussed capital discipline. Accordingly, we are modeling an 8% increase in the US land rig count in 2018 to 929 based on 18% D&C capex growth partially offset by 10% service cost inflation.

We continue to see longer term crude oil prices limited by spare drilling inventory in the US. Rising costs and greater capital discipline among E&Ps is however limiting this overhang.

Our macro model incorporates our tracking of capex per rig for 49 E&P companies with US onshore exposure of $46.6B and their rig count of 361 implying capex per rig of $129MM for 2017 (flat from 2016). A $4/bbl higher cash flow ($55/bbl in 2018 vs $51/bbl in 2017) and a 10% higher production implies an 18% D&C capex increase in 2018. About half of this increase (~10%) is absorbed by inflation driving only 8% rig count growth for 2018.

Higher production in 2019/20 though flat commodity prices drive 5/4% D&C capex growth, respectively. However, we assume 5% inflation driving a flat rig count in 2019/20. The horizontal rig count is expected to stay flat in 2019/20 too.

**Figure 2 : US Onshore Assumptions - Base Case $55/bbl WTI**

| | 2014 | 2015 | 2016 | 2017 | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|
| **Macro Assumptions** | | | | | | | |
| WTI Price/bbl | $93.11 | $48.83 | $43.37 | $50.84 | $55.00 | $55.00 | $55.00 |
| | | | | | | | |
| US D&C Capex Sample ($MM) | $68,258 | $39,787 | $27,314 | $46,586 | $54,876 | $57,855 | $59,980 |
| YOY Change | | -42% | -31% | 71% | 18% | 5% | 4% |
| | | | | | | | |
| E&P Rig Count Sample | 818 | 477 | 212 | 361 | 387 | 388 | 383 |
| YOY Change | | -42% | -55% | 70% | 7% | 0% | -1% |
| | | | | | | | |
| Capex/Rig Sample | | | $129 | $129 | $142 | $149 | $156 |
| YOY Change | | | | 0% | 10% | 5% | 5% |
| | | | | | | | |
| Baker Hughes US Land+Inland Rig | 1,806 | 927 | 486 | 862 | 929 | 926 | 919 |
| YOY Change | | -49% | -48% | 77% | 8% | 0% | -1% |

Note: US D&C capex ($MM) and E&P rig count based on 49 E&Ps tracked
Source: Baker Hughes, DrillingInfo, Cowen and Company

### Frac Demand

We forecast frac services demand will increase from 15.5MM HHP in 4Q17 to 17.2MM in 3Q18 and decline seasonally to 16.7MM HHP in 4Q18. Our assumptions include:

- About 25 rigs added in 1H18 and then declining in 2H18
- Spud-to-spud 20 days
- Lateral length growing about 5% in 2018 with 225 ft length per stage driving a 5% increase in stages/well
- About 3.5 stages completed per day
- About 45K HHP per fleet

**Figure 3 : Frac Services Demand (K HHP) - Base Case $55/bbl WTI**

| Frac Demand HHP (K) | 1Q17 | 2Q17 | 3Q17 | 4Q17E | 1Q18E | 2Q18E | 3Q18E | 4Q18E |
|---|---|---|---|---|---|---|---|---|
| US Horizontal Rigs | 611 | 751 | 799 | 785 | 803 | 816 | 808 | 775 |
| Growth | | 23% | 6% | -2% | 2% | 2% | -1% | -4% |
| Horizontal Spuds | 2,748 | 3,418 | 3,676 | 3,611 | 3,614 | 3,713 | 3,717 | 3,565 |
| Growth | | 24% | 8% | -2% | 0% | 3% | 0% | -4% |
| Horizontal Completions | 2,014 | 2,618 | 3,010 | 3,161 | 3,224 | 3,313 | 3,346 | 3,209 |
| Growth | | 30% | 15% | 5% | 2% | 3% | 1% | -4% |
| Lateral Length | 7,730 | 7,765 | 7,800 | 7,917 | 8,033 | 8,150 | 8,267 | 8,383 |
| Growth | | 0% | 0% | 1% | 1% | 1% | 1% | 1% |
| Stages/Well | 34 | 35 | 35 | 35 | 36 | 36 | 37 | 37 |
| US Frac Fleets Working | 220 | 284 | 324 | 345 | 365 | 377 | 382 | 371 |
| US Frac Demand (K HHP) | 9,883 | 12,764 | 14,585 | 15,543 | 16,445 | 16,954 | 17,180 | 16,711 |

Source: BHGE, Cowen and Company

**Marketed Frac Supply Increasing**

We expect about 1.9MM HHP gross newbuilds will be added to overall US capacity between 4Q17 and 4Q18 raising total US frac capacity from about 20MM HHP to 22MM HHP. However, marketed supply is expected to increase from ~17MM to ~21MM HHP from ~1.9MM increase from each of newbuilds and reactivations. We break down the total US supply between public companies (including companies with publicly available information) and private companies. Of the public companies, HAL and SLB do not provide details around their capacity; hence we also look at total US capacity and total US capacity ex-HAL/SLB for a sanity check.

We think it is more important to look at the marketed supply vs the total supply as some capacity could remain on the sidelines. Accordingly, below we show our tracking of all US public company commentary around their marketed supply. Beyond 4Q17, we have assumed most public companies increase their active fleets largely through reactivations. For US public companies, our reactivation assumptions imply getting close to total supply.

Given new public companies such as PUMP/FRAC/LBRT are adding newbuilds, it seems reasonable that other established players will try to maintain their market share and build/reactivate fleets.

- HAL added a handful newbuild fleets in 4Q17
- SLB is trying to place all 20 idle fleets they acquired from WFT
- SPN has ongoing efforts to reactivate and deploy three fleets by 1H18
- BJS mentioned 9 fleet reactivations in 2H17

**COWEN**  **Liberty Oilfield Services**
EQUITY RESEARCH  February 7, 2018

- FTS mentioned in their S-1 about five fleet reactivations and two newbuilds

For US private companies, we assume their utilization is in line with average US public companies' utilization, which one could argue is a bit aggressive. However, private companies only account for ~20% of the total supply.

**Figure 4 : Total US Marketed Frac Services Supply (K HHP) – 80 fleets or 3.8MM HHP newbuilds and reactivation added**

| | 1Q17 | 2Q17 | 3Q17 | 4Q17E | 1Q18E | 2Q18E | 3Q18E | 4Q18E | Newbuild Adds Fleet | Newbuild Adds K HHP | Total Adds Fleet | Total Adds K HHP | Source | 2018 Related Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Frac Capacity Active HHP (K)** | | | | | | | | | | | | | | |
| **US Public\*** | | | | | | | | | | | | | | |
| BAS | 358 | 373 | 410 | 413 | 413 | 413 | 413 | 413 | | | | | | |
| BJS | 561 | 969 | 1,224 | 1,581 | 1,581 | 1,631 | 1,681 | 1,731 | | | 3 | 150 | Cowen est | Assuming react. 1 fleet/Q |
| CJ | 445 | 490 | 520 | 600 | 600 | 640 | 680 | 680 | 1 | 40 | 2 | 80 | Cowen est | Assuming 1 newbuild, 1 react. |
| CFW | 248 | 349 | 473 | 585 | 630 | 675 | 720 | 765 | | | 4 | 180 | 3Q17 PR | Assuming 1 fleet/Q react. |
| FRAC | 698 | 824 | 1,112 | 1,148 | 1,170 | 1,170 | 1,204 | 1,271 | 3 | 150 | 3 | 124 | 12/14/17 PR | Assuming all 3 new fleets placed |
| FTS | 1,000 | 1,100 | 1,225 | 1,350 | 1,400 | 1,500 | 1,600 | 1,700 | 2 | 100 | 7 | 350 | S-1 | Assuming 2 newbuild, 5 react. |
| HAL | 2,000 | 2,500 | 3,000 | 3,100 | 3,200 | 3,300 | 3,400 | 3,400 | 8 | 300 | 8 | 300 | Cowen est | Assuming 2 newbuild fleets/Q |
| LBRT | 467 | 587 | 680 | 680 | 820 | 903 | 945 | 1,008 | 4 | 150 | 8 | 328 | S-1 | Assuming 7 newbuild, rest react. |
| PTEN | 533 | 1,033 | 1,150 | 1,201 | 1,275 | 1,325 | 1,350 | 1,350 | | | 3 | 149 | Cowen est | Assuming react. 1 fleet/Q |
| PUMP | 420 | 462 | 575 | 668 | 713 | 758 | 803 | 848 | 5 | 215 | 4 | 180 | Cowen est | Assuming 1 newbuild fleet/Q |
| RES | 472 | 678 | 763 | 921 | 925 | 985 | 1,000 | 1,000 | 2 | 75 | 2 | 79 | 3Q17 CC | Assuming 2 newbuilds fleets placed |
| SLB | 800 | 1,200 | 1,600 | 1,900 | 2,135 | 2,405 | 2,675 | 2,900 | 20 | 1,000 | 20 | 1,000 | 4Q17 CC | Assuming 20 WFT fleets placed |
| SPN | 500 | 575 | 600 | 600 | 633 | 733 | 750 | 750 | | | 3 | 150 | Cowen est | Assuming 3 fleets react. |
| TUSK | 159 | 225 | 292 | 292 | 292 | 292 | 292 | 292 | | | | | | |
| WFT | - | - | - | - | - | - | - | - | (20) | (1,000) | | | | |
| **Total US Public** | **8,660** | **11,365** | **13,622** | **15,037** | **15,787** | **16,730** | **17,512** | **18,108** | **24** | **1,030** | **67** | **3,070** | | Adds up to 67 fleets added in 2018 |
| Growth | | 31% | 20% | 10% | 5% | 6% | 5% | 3% | | | | | | |
| | | | | | | | | | 17 | 730 | | | | |
| **Total US Public ex HAL/SLB** | 5,860 | 7,665 | 9,022 | 10,037 | 10,452 | 11,025 | 11,437 | 11,808 | 17 | 730 | 39 | 1,770 | | |
| Growth | | 31% | 18% | 11% | 4% | 5% | 4% | 3% | | | | | | |
| **Private** | | | | | | | | | | | | | | |
| **Total Private** | 1,127 | 1,414 | 1,721 | 1,866 | 2,083 | 2,317 | 2,426 | 2,530 | 18 | 887 | 13 | 664 | | 9 of 18 newbuild + 4 reactivation |
| Growth | | 26% | 22% | 8% | 12% | 11% | 5% | 4% | | | | | | |
| | | | | | | | | | 0 | 0 | | | | |
| **Total US** | **9,787** | **12,779** | **15,343** | **16,903** | **17,869** | **19,047** | **19,938** | **20,637** | **42** | **1,917** | **80** | **3,734** | | |
| Growth | | 31% | 20% | 10% | 6% | 7% | 5% | 4% | | | | | | |
| **Total US ex HAL/SLB** | 6,987 | 9,079 | 10,743 | 11,903 | 12,534 | 13,342 | 13,863 | 14,337 | 34 | 1,617 | 52 | 2,434 | | |
| Growth | | 30% | 18% | 11% | 5% | 6% | 4% | 3% | | | | | | |

Source: Company Filings, Spears & Associates, Cowen and Company;
Note:\* includes companies that have filed S-1; Total adds includes newbuild and reactivations to marketed supply

## Top Tier Profitability

LBRT has top tier profitability, however, this is reflected at the current stock price. LBRT has generated $6MM/fleet higher EBITDA on average for 9M17 vs FRAC and PUMP, but in line FCF/fleet.

### 2018 EBITDA estimates

We model $518MM EBITDA for 2018 assuming LBRT is able to deploy the two newbuild fleets on order plus an additional two from converting 110K HHP of support equipment. On our assumptions, EBITDA/fleet increases to $24MM in 2Q18 from ~$21.5MM in 4Q17 and stays flat through 4Q18.

### Strong FCF Yield

LBRT trades at 16% FCF yield on 2019, similar to FRAC and vs 13% for PUMP. We model a single digit pricing decline in 2019. We model $518MM EBITDA for 2019 assuming 24 fleets at $21.6MM EBITDA/fleet vs 4Q18 EBITDA/fleet of $24MM (~$21.5MM in 3Q/4Q17). We assume ~$120MM capex for 2019 from $4MM/fleet for 24 fleets and

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

$25MM other capex (consistent with peers) yielding FCF of $392MM. Further, pricing declining is a primary risk to our modeled FCF.

*Higher profitability*

LBRT has top tier profitability, behind only RES. LBRT has generated $6MM/fleet higher EBITDA on average for the 9M17 vs FRAC and PUMP though in line FCF/fleet owing to capex. All three had similar EBITDA/fleet during the depth of downturn, i.e., 3Q16. Since then LBRT/FRAC have had similar pricing increases, ~105-115% in annualized revenues/fleet, and PUMP only ~50%. For now, we assume the profitability differential between LBRT and the other two is maintained, **but it is too soon to tell**.

- Adj EBITDA/Active Fleet – LBRT/FRAC do not have SG&A for frac services broken out. So, we assume SG&A/fleet similar to that of PUMP of about annual $1.5MM/active fleet. However, PUMP capitalizes fluid ends, which we estimate at annual $3MM/fleet, while LBRT/FRAC expense fluid ends. After adjusting for both SG&A (reduce FRAC and LBRT by $1.5MM/fleet) and fluid ends (reduce PUMP by $3MM/fleet), LBRT is expected to generate $4-6MM higher EBITDA/fleet vs FRAC and PUMP.

**Figure 5 : Adj EBITDA/Fleet Comps (Per fleet FRAC/LBRT adjusted for $1.5MM SG&A and PUMP for $3MM fluid ends)**

| | 3Q16 | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ANNUALIZED ADJ. EBITDA/ACTIVE FLEET - DIFFERENTIAL** | | | | | | | | | | | | | | |
| FRAC | (3) | 1 | 3 | 9 | 12 | 15 | 11 | 16 | 19 | 19 | 19 | 18 | 17 | 17 |
| LBRT | (2) | 1 | 7 | 15 | 20 | 20 | 17 | 21 | 23 | 23 | 23 | 22 | 21 | 21 |
| PUMP | (2) | 1 | 4 | 9 | 12 | 12 | 10 | 14 | 16 | 17 | 17 | 16 | 15 | 15 |
| | | | | | | | | | | | | | | |
| FRAC vs PUMP | (1) | 0 | (1) | 0 | 1 | 3 | 1 | 3 | 3 | 2 | 2 | 2 | 2 | 2 |
| | | | | | | | | | | | | | | |
| LBRT vs | | | | | | | | | | | | | | |
| FRAC | 0 | (0) | 4 | 7 | 8 | 5 | 6 | 5 | 4 | 4 | 4 | 4 | 4 | 4 |
| PUMP | (1) | 0 | 4 | 7 | 8 | 8 | 7 | 7 | 7 | 6 | 6 | 6 | 6 | 6 |

Note: Figures in $MM. 2016 not shown owing to lack of 1h16 numbers
Source: Bloomberg, Company filings, Cowen and Company

- FCF/Active Fleet – LBRT has generated similar FCF/ fleet for the 9M17 despite higher profitability due to capex. Once newbuild capex is spent (driving the variance in 2018), we model LBRT to generate $4-7MM/fleet higher FCF vs FRAC and PUMP.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

**Figure 6 : FCF/Fleet Comps**

| | 3Q16 | 4Q16 | 1Q17 | 2Q17 | 3Q17 | 4Q17 | 2017 | 1Q18E | 2Q18E | 3Q18E | 4Q18E | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ANNUALIZED CALCULATED FCF/ACTIVE FLEET - DIFFERENTIAL** | | | | | | | | | | | | | | |
| FRAC | (1) | (0) | (5) | 0 | 0 | 2 | (1) | 2 | 3 | 1 | 2 | 9 | 12 | 13 |
| LBRT | 4 | (9) | (3) | (8) | 1 | 2 | (7) | 0 | (1) | 4 | 4 | 7 | 16 | 17 |
| PUMP | (1) | (1) | (5) | (5) | 0 | (3) | (12) | 0 | 1 | 3 | 3 | 7 | 10 | 10 |
| | | | | | | | | | | | | | | |
| FRAC vs PUMP | (0) | 0 | 0 | 6 | 0 | 5 | 12 | 2 | 2 | (1) | (0) | 2 | 3 | 3 |
| | | | | | | | | | | | | | | |
| LBRT vs | | | | | | | | | | | | | | |
| FRAC | 5 | (9) | 1 | (9) | 1 | 0 | (6) | (2) | (4) | 2 | 1 | (2) | 4 | 3 |
| PUMP | 5 | (9) | 2 | (3) | 1 | 5 | 5 | (0) | (2) | 1 | 1 | (0) | 7 | 7 |

Note: Figures in $MM. 2016 not shown owing to lack of 1h16 numbers
Source: Bloomberg, Company filings, Cowen and Company

- Adj EBITDA and FCF/Active HHP – Given LBRT has less HHP per fleet at 42K HHP (post four high pressure fleet of 50k HHP) vs 45k HHP for both FRAC and PUMP, LBRT has even better metrics on per a HHP basis.

### *Valuation does not stand out*

We look at multiple valuation methodologies but pay more attention to EV/EBITDA and EV/HHP. FRAC looks more attractive vs PUMP/LBRT under both methodologies. On our estimates:

- EV/EBITDA – LBRT is trading at (3.6x) 2019E EBITDA between FRAC (3.3x) and PUMP (3.9x)

- EV/HHP – LBRT is trading at ~40-70% higher vs the average of FRAC and PUMP

- FCF Yield – LBRT is trading at 16% FCF yield on 2019, similar to FRAC and vs 13% for PUMP

**Figure 7 : Financial & Operational Comps**

| Ticker | EV/HHP | | EV/EBITDA | | P/E | | FCF Yield | | Annualized Per Active Fleet ($MM) | | | | | | Annualized Per Active HHP ($) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Revenues | | Adj. EBITDA | | FCF | | Revenues | | Adj. EBITDA | | FCF | |
| | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 | 2018 | 2019 |
| **Cowen Est** | | | | | | | | | | | | | | | | | | | | |
| FRAC | 1,283 | 1,076 | 3.9x | 3.3x | 8.1x | 8.6x | 10% | 16% | 85 | 86 | 18 | 17 | 6 | 10 | 1,898 | 1,921 | 406 | 378 | 142 | 214 |
| LBRT | 2,169 | 1,790 | 4.3x | 3.6x | 6.4x | 6.5x | 6% | 16% | 118 | 117 | 22 | 21 | 7 | 16 | 1,929 | 1,931 | 498 | 490 | 155 | 389 |
| PTEN | 722 | 358 | 5.7x | 4.9x | NM | NM | 11% | 12% | 66 | 65 | 13 | 14 | - | - | 1,287 | 1,419 | 298 | 305 | - | - |
| PUMP | 1,458 | 1,260 | 4.6x | 3.9x | 5.4x | 5.3x | 9% | 13% | 95 | 96 | 16 | 15 | 7 | 9 | 2,104 | 2,201 | 354 | 343 | 156 | 214 |
| RES | 3,006 | 2,625 | 6.3x | 5.7x | 11.1x | 10.9x | 6% | 8% | 69 | 69 | 23 | 23 | 12 | 16 | 1,539 | 1,539 | 512 | 519 | 274 | 349 |
| SPN | - | - | 7.4x | 6.6x | NM | NM | 6% | 7% | 51 | 54 | 14 | 15 | - | - | 1,221 | 1,221 | 342 | 340 | - | - |

Price as of 2/5/18
Source: Bloomberg, Company filings, Cowen and Company

Reliable consensus estimates are not yet available for LBRT. On consensus estimates, FRAC is trading at 4.2/3.1x 2018/2019 EV/EBITDA vs PUMP 4.6/3.6x and other peers 5.7/4.3x.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

**Figure 8 : Public Trading Multiples**



| Ticker | Price | Market Value | Curr. Ent Value | Net Debt/ 18 EBITDA | EV/EBITDA 2018 | 2019 | P/E 2018 | 2019 | FCF Yield 2018 | 2019 | EBITDA 2018 | 2019 | EPS 2018 | 2019 | FCFPS 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cowen Est** | | | | | | | | | | | | | | | | |
| FRAC | $15.49 | 1,732 | 1,944 | 0.5x | 3.9x | 3.3x | 8.1x | 8.6x | 10% | 16% | 450 | 445 | 1.92 | 1.79 | 1.53 | 2.50 |
| LBRT | $20.47 | 2,419 | 2,420 | 0.0x | 4.3x | 3.6x | 6.4x | 6.5x | 6% | 16% | 518 | 518 | 3.22 | 3.13 | 1.30 | 3.31 |
| PUMP | $17.09 | 1,419 | 1,410 | 0.0x | 4.6x | 3.9x | 5.4x | 5.3x | 9% | 13% | 285 | 292 | 3.14 | 3.25 | 1.53 | 2.25 |
| **Average** | | | | **0.1x** | **4.3x** | **3.6x** | **6.6x** | **6.8x** | **8%** | **15%** | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Pure Play** | | | | | | | | | | | | | | | | |
| FRAC | $15.49 | 1,732 | 1,944 | 0.5x | 4.2x | 3.1x | 12.3x | 10.8x | 9% | 17% | 425 | 488 | 1.26 | 1.43 | 1.46 | 2.56 |
| PUMP | $17.09 | 1,419 | 1,410 | 0.1x | 4.6x | 3.6x | 9.5x | 8.1x | 7% | 11% | 296 | 364 | 1.81 | 2.11 | 1.14 | 1.91 |
| **Average** | | | | **0.3x** | **4.4x** | **3.4x** | **10.9x** | **9.5x** | **8%** | **14%** | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Ancillary Comps** | | | | | | | | | | | | | | | | |
| BAS | $17.90 | 466 | 743 | 0.8x | 4.5x | 3.5x | - | - | 7% | 12% | 153 | 186 | (0.56) | 0.32 | 1.28 | 2.11 |
| CJ | $28.49 | 1,952 | 1,739 | -0.1x | 4.5x | 2.7x | 11.7x | 7.8x | 5% | 14% | 393 | 519 | 2.45 | 3.67 | 1.45 | 3.89 |
| PTEN | $22.17 | 4,932 | 5,636 | 0.7x | 6.3x | 5.0x | - | 34.3x | 6% | 10% | 854 | 1,014 | 0.10 | 0.65 | 1.43 | 2.22 |
| RES | $19.63 | 4,252 | 4,161 | -0.1x | 6.5x | 5.2x | 12.1x | 10.5x | 4% | 7% | 623 | 733 | 1.62 | 1.87 | 0.72 | 1.40 |
| SPN | $9.89 | 1,514 | 2,629 | 2.9x | 6.9x | 5.2x | - | - | 9% | 11% | 372 | 457 | (0.78) | (0.34) | 0.85 | 1.12 |
| **Avg** | | | | **0.8x** | **5.7x** | **4.3x** | **11.9x** | **17.5x** | **6%** | **11%** | | | | | | |
| | | | | | | | | | | | | | | | | |
| **Other** | | | | | | | | | | | | | | | | |
| HAL | $50.04 | 43,662 | 52,294 | 1.7x | 10.0x | 8.0x | 19.4x | 14.5x | 4% | 6% | 5,117 | 6,179 | 2.57 | 3.45 | 1.88 | 2.92 |
| SLB | $71.35 | 98,744 | 112,273 | 1.7x | 14.2x | 11.6x | 32.4x | 22.4x | 3% | 4% | 7,920 | 9,626 | 2.21 | 3.18 | 1.85 | 2.71 |
| **Average** | | | | **1.7x** | **12.1x** | **9.8x** | **25.9x** | **18.5x** | **3%** | **5%** | | | | | | |

Price as of 2/5/18
Pure Play, Ancillary and Other are consensus estimates
Source: Bloomberg, Company filings, Cowen and Company

**EV/HHP & EV/Replacement**

LBRT is trading at ~$2,169/$1,790 on 2018/19 EV/HHP vs FRAC $1,283/1,076 and PUMP $1,516/1,310 (using forward balance sheet owing to FCF generation).

Assuming current net debt, LBRT is trading at ~$2,350 EV/HHP vs FRAC ~$1,550, PUMP ~$1,900 and RES ~$2,850. For frame of reference, newbuilds typically cost $1,000/HHP and maintenance capex $125/HHP.  A $400/HHP EBITDA ($18MM for a 45K HHP fleet) implies 12% IRR. Assuming a 5x average multiple, modestly lower owing to capital intensity than 5.5x for land drillers, implies $2000/HHP ($400 EBITDA/HHP) fair valuation. Tax reform where all capex can be tax deducted in the first year would make newbuild economics even more attractive.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

**Figure 9 : $400/HHP EBITDA ($18-20MM for 45-50K HHP/Fleet) Implies ~12% IRR**

| Assumptions (Per HHP) | |
|---|---|
| Newbuild Capex | (1,000) |
| Maint Capex | (125) |
| EBITDA | 400 |
| Tax Rate | 23% |
| IRR | 11.5% |
| Capex/EBITDA | 2.50 |

| DCF/HHP | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| EBITDA | | $400 | $400 | $400 | $400 | $400 | $400 | $400 |
| D&A | | (143) | (143) | (143) | (143) | (143) | (143) | (143) |
| EBIT | | 257 | 257 | 257 | 257 | 257 | 257 | 257 |
| Taxes | | (59) | (59) | (59) | (59) | (59) | (59) | (59) |
| NOPAT | | 198 | 198 | 198 | 198 | 198 | 198 | 198 |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Newbuild | (1,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| R&M | | (125) | (125) | (125) | (125) | (125) | (125) | (125) |
| add back D&A | | 143 | 143 | 143 | 143 | 143 | 143 | 143 |
| Net investment | | 18 | 18 | 18 | 18 | 18 | 18 | 18 |
| | | | | | | | | |
| FCFF | (1,000) | 216 | 216 | 216 | 216 | 216 | 216 | 216 |

Source: Cowen and Company

It's not surprising to see the pure-play frac companies trading at the highest valuations, particularly those with high Permian exposure, as they offer the most leverage to increasing activity. Other companies with more production-driven and ancillary product lines (like workover, trucking) trade at lower EV/HHP.

LBRS trades at 2.4x its gross asset value vs FRAC at 1.5x, PUMP at 1.9x and RES at 1.9x. Similar to EV/HHP, companies with greater exposure to ancillary and production-related service lines trade at lower multiples relative to asset value, typically below 1.0x.

**Figure 10 : EV/HHP vs. Peers**

| | Share Price | Mkt Cap | Net Debt | EV | Gross Asset Value | EV / Gross Asset Value | NAV/sh | % of Current | EV / HHP |
|---|---|---|---|---|---|---|---|---|---|
| BAS | 17.9 | 466 | 277 | 743 | 1,454 | 0.51 | 45.2 | 153% | nm |
| CJ | 28.5 | 1,952 | (213) | 1,739 | 1,977 | 0.88 | 32.0 | 12% | 723 |
| CFW CN | 6.5 | 701 | 706 | 1,407 | 1,522 | 0.92 | 5.7 | -13% | 913 |
| FRAC | 15.5 | 1,732 | 211 | 1,944 | 1,271 | 1.53 | 9.5 | -39% | 1,566 |
| KEG | 13.4 | 269 | 168 | 437 | 910 | 0.48 | 36.9 | 176% | nm |
| LBRT | 20.5 | 2,419 | 6 | 2,425 | 1,030 | 2.35 | 8.7 | -58% | 2,354 |
| PTEN | 22.2 | 4,932 | 705 | 5,636 | 5,672 | 0.99 | 22.3 | 1% | 976 |
| PUMP | 17.1 | 1,419 | (9) | 1,410 | 763 | 1.85 | 9.3 | -46% | 1,881 |
| RES | 19.6 | 4,252 | (91) | 4,161 | 2,208 | 1.88 | 10.6 | -46% | 2,852 |
| TCW CN | 3.4 | 872 | 114 | 986 | 935 | 1.05 | 2.4 | -29% | 1,075 |

Price as of 2/5/18
Note: Net debt as of 3Q17; CFW/TCW adjusted for FX
Source: Bloomberg, Company filings, Cowen and Company

10

*Lack of upside to valuation*

Our price target of $22 is based on 4x ("peak earnings multiple") our 2019 EBITDA estimate, representing ~5% upside to the current stock price. An argument could be made for LBRT to warrant a higher multiple given better profitability. However, all three had similar EBITDA/fleet during the depth of downturn, i.e., 3Q16. Since then LBRT/FRAC have had similar pricing increases, ~105-115% in annualized revenues/fleet, and PUMP only ~50%. For now, we assume the profitability differential between LBRT and the other two is maintained, but it is too soon to tell.

We show below the average trading multiple for US land drillers and pressure pumpers. RES is an exception owing to above average through cycle returns. But all land drillers trade at 5.5x average NTM EBITDA multiple. Given higher capital intensity, pressure pumping deserves a lower multiple so say 5x on average. However, that still implies peak margins should have a lower multiple. The average historical one standard-deviation range is 1.2-1.5x, hence 1x below the 5x average, so a 4x peak earnings multiple seems fair.

**Figure 11 : Average NAm Multiple of 5-6x (2005-14)**

Source: Bloomberg, Cowen and Company

**COWEN**
EQUITY RESEARCH

## Investment Risks

### *Downside Risks*

### *Near Term Weather*

Weather and holidays typically impact 4Q. RES' significant miss was a company specific issue owing to a large customer. LBRT and potentially PUMP are expected to report modest sequential growth if any. Albeit, FRAC pre-announced better than expected results for 4Q. More importantly, weather issues have continued in 1Q. Especially with winter storms impacting TX, there is a risk companies may be cautious on 1Q guidance.

### *Investor Positioning*

Investors have been generally more favorably positioned towards pressure pumping owing to better fundamentals onshore vs offshore. Additionally, pressure pumping has incrementally favorable dynamics vs land drillers owing to growing intensity and a tight supply/demand situation. Albeit, investors seem to be transitioning to land drillers since RES' earnings report on January 24, 2018.

**Figure 12 : Sector Performance**

| | 2.6.18 | YE '16 - RES | RES - Current |
|---|---|---|---|
| **Benchmarks** | | | |
| OIH | 25.85 | -10.8% | -10.9% |
| XES | 16.39 | -14.8% | -12.9% |
| XOP | 34.31 | -3.3% | -13.5% |
| SPX | 2,646.78 | 29.4% | -6.6% |
| WTI | 63.80 | 22.1% | -2.2% |
| H-Hub | 2.75 | -5.8% | -21.7% |
| **Sub-Industries** | | | |
| Diversified Service | | -4.0% | -10.5% |
| Equipment | | -4.3% | -10.5% |
| Offshore Drilling | | -20.7% | -15.4% |
| Other Offshore | | -14.4% | -10.2% |
| Land Drilling | | -18.1% | -6.6% |
| Frac Service | | -3.7% | -13.9% |
| Proppant | | -28.5% | -16.1% |
| Other Land Service | | -2.6% | -6.2% |
| Distribution | | -26.1% | -15.1% |

Source: Bloomberg, Cowen and Company

### *Frac Equipment Oversupply*

Anecdotally a 4-5MM HHP newbuild increase in 2018 is used while speaking with investors. However, we count a total of 3.2MM newbuilds from the start of 2017 through the end of 2018 and only 1.9MM HHP newbuilds to be delivered in 2018

We also assume ~1.9MM HHP fleet reactivations for a total of 3.8MM HHP marketed supply added between 4Q17 and 4Q18 and marketed utilization declines from ~90% in 4Q17 to ~80% by 4Q18.

However, the industry needs another 2-3MM HHP additional newbuild (or a total of 4-5MM as we already model 1.9MM HHP), beyond 3.8MM HHP marketed supply increase we already model, for marketed utilization to decline to 70-75% where there could be a material decline in pricing.

But, a 4-5MM HHP newbuild capacity for the industry seems like a stretch and implies equaling the highest addition in a decade of 4.7MM HHP in 2011.

**COWEN**
EQUITY RESEARCH

**Figure 13 : 4.7MM HHP was max capacity add in 2011; Avg add 2.5MM HHP Since 2010 (ex 2016)**



Source: Spears & Associates, Cowen and Company

Additionally, labor is tight. We estimate about 375 fleets (17MM HHP marketed supply @45KHP) working currently employing 13,000 people (35 per crew). In our base case, we assume ~80 more frac fleets added/reactivated implying 2,800 or about 20% more people needed. Another 2-3MM HHP of additional supply will need 1,500-2,500 of additional people.

Lastly, lead times for newbuilds (engines, transmissions) are about 6-9 months. This implies that even if newbuilds were placed in 2Q18, it's unlikely they would be delivered until 2019.

### Riverstone/Carlyle overhang

The investment partnership Riverstone/Carlyle Global Energy and Power Fund IV, L.P., or R/C IV is the private equity ownership in LBRT. Following the offering, R/C IV and affiliates own a combined 44% of shares outstanding. Liberty directors and executive officers as a group own about 5% of outstanding shares.

### Customer concentration

Liberty's top five customers comprised 58/59/58% of consolidated revenues for the nine months ended September 2017, December 2016 and December 2015. Customers include CLR, DVN, NFX, NBL, PDCE and APC. In 2016, Liberty was the predominant provider of fracturing services to XOG and SM.

### Upside Risks

Upside risks can come from crude oil prices continuing to increase. Each $5/bbl increase implies 100 more rigs which in turn can imply 40-50 more fleets @2.0-2.5 fleets per rig.

**COWEN**
EQUITY RESEARCH

## Company Overview

Liberty Oilfield Services is pure-play frac services company with 19 fleets (760k HHP) expected to grow to 22 fleets (1,030k HHP including 110k HHP support equipment) by the end of 2Q18. The pro forma fleet includes 18 standard (40k HHP) and four high pressure fleets (50k HHP) with 110k HHP of support. The company has grown organically and through acquisitions (Sanjel, Titan) from one frac fleet (40k HHP) in December 2011. Liberty provides services in the Permian, Eagle Ford, DJ, Williston and Powder River basins and has more non-Permian exposure, 60% (13 fleets) in the Rockies/Bakken vs peers focused on the hyper competitive Permian and Eagle Ford (9 fleets). Liberty went public on 1/12/18 trading under the ticker LBRT at $17/share.

**Figure 14 : US Market HHP Supply by Company (k HHP) – 4Q17**



Source: Spears & Associates, Cowen and Company

**Figure 15 : Geographic Fleet Exposure**



Source: Company Filings, Cowen and Company

### Fleet Details

Liberty fleets have an average life of 3.5 years. The company has purchased or ordered 13 new fleets (520k HHP including add'l HHP on 2 high pressure fleets on order) since 2012. See 'Company Timeline' for overview of timing of fleet additions.

### Logistics Infrastructure / Sand procurement

Liberty is implementing PropX containerized solution across their fleets for last mile solution. During 2016, the company became a non-controlling minority member in PropX Investments, the owner of PropX.

Proppant needs are secured by a diverse set of long term contracts reflecting current market conditions. Liberty does not anticipate any one proppant company to supply more than 25% of their needs. Typically, Liberty will source sand for their customers.

### *Cowen Modeling*

Preceding the 1/12/18 IPO, the company offered preliminary 4Q17 results. Revenues are expected to be $445-448MM and Adjusted EBITDA is expected to be $90-95MM, which excludes $3.0-3.5MM fleet start-up cost . We model accordingly forecasting $91MM in Adj. EBITDA assuming $21.5MM average annualized revenue per fleet for 17 fleets deployed in 4Q17.

The company had 19 fleets working at the end of 4Q17, trying to deploy 3 additional fleets /120K HHP by 2Q18. At the same time, LBRT is upgrading four fleets to high pressure fleets (40k HHP to 50k HHP) resulting in 22 fleets/920k HHP. The company will additionally have 110k HHP support equipment, totaling 1030k HHP. We assume five fleets (three company planned plus two converted from support equipment) added ratably throughout 2018 reaching 24 fleets by 4Q18. We do not forecast additional fleet additions in 2019/20.

We model pricing increases of 7/5% in 1Q/2Q18 as we do across our pressure pumping coverage. We assume average annualized EBITDA/fleet improves to $24MM by 2Q18 and remains flat through the end of the year. In 2019 we forecast a single digit pricing decline in per fleet profitability from the 4Q18 exit to $21.6MM as marketed utilization reaches ~80% by 4Q18. Profitability in 2020 is expected to be flat with 2019.

### *Balance Sheet / Liquidity*

Liberty's intended use of proceeds from their IPO was to 1) repay borrowings and accrued interest under the ABL ($30.1MM), 2) repay 35% of borrowings outstanding under the Term Loan or $62.2MM, and 3) for general corporate purposes which could include paying down more debt or funding a portion of the 2018 capex plan.

Following the offering, the company expects $164.4MM available under the ABL based on the borrowing base as of 9/30/17 and $98.8MM in cash. Up to $250MM may be borrowed under the ABL subject to borrowing base limitations based on a percentage of eligible accounts receivable and inventory.

Capex is expected to range between $167-207MM including $96-118MM for purchasing newbuild fleets and pumpdown equipment, $29-37MM to upgrade select fleets to high pressure fleets, $4-6MM for upgrades to acquired Sanjel equipment (June 2016) and $38-46MM for maintenance and other capex. We model $20MM maintenance capex each in 3Q/4Q and another $40MM to convert support equipment into two fleets. Overall, we model $265MM capex for 2018 and ~$120MM for 2019/20 assuming $4MM maintenance capex/fleet for 24 fleets plus $25MM other capex. We model FCF of $392/397MM for $2019/20 assuming 9% working capital to sales ratio.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

## Company Timeline

LBRT has grown from 40k HHP in 2011 to, pro forma for newbuilds, 1,030k HHP.

- 2Q18 end - Trying to deploy 3 additional fleets (120khhp) and upgrade 4 standard fleets to high pressure fleets (40khhp) for a total of 22 fleets plus support equipment (1,030k HHP) including 18 standard and 4 high pressure fleets and 110k HHP of support. 3 fleets to be deployed includes 1 fleet which will be upgraded to high pressure and 2 newbuilds

- Jan 12 2018 – Upsized offering of 12.7MM shares at $17/share from initial 10.7MM shares at $14-16/share

- Dec 2017 - 19 active standard fleets (760k HHP)

- May 2017  - $18.5MM acquisition of land and warehousing facilities in Odessa and Cibolo, TX

- Feb 2017 - Purchased Titan Frac Services (two fleets) for $65MM

- June 2016 - Acquired Sanjel assets (seven fleets) for $69MM cash

- 2016 - Acquired two fleets from leasing companies

- 2016 – Became a non-controlling minority member in PropX Investments

- 2016 - Acquired 9 fleets (360k HHP) during the downturn built within last seven years

- Purchased/ordered 13 new fleets (520k HHP) since 2012

- Dec 2011 - 40k HHP

**COWEN**
EQUITY RESEARCH

## Ownership and Management

The investment partnership Riverstone/Carlyle Global Energy and Power Fund IV, L.P., or R/C IV is the private equity ownership in LBRT. Following the offering, R/C IV and affiliates own a combined 44% of shares outstanding. The next largest institutional owner is Oakmont Corp. and associated entities with about 14% beneficial ownership. Liberty directors and executive officers as a group own about 5% of outstanding shares.

**Figure 16 : Ownership Summary**



*Reflects shares beneficially owned after the offering
Source: Company filings, Cowen and Company

### Christopher A. Wright, CEO

Chris Wright has been CEO since December 2016 and prior was CEO of Liberty Holdings since it was formed in March 2011. Mr. Wright is also Executive Chairman of Liberty Resources, an E&P company focused in the Williston Basin where he had been CEO from its formation in September 2010 through March 2017. Mr. Wright also serves as director of TAS Energy, Liberty Resources and Kerogen Exploration. Mr. Right founded Pinnacle Technologies, a tiltmeter and microseismic fracture mapping company, where he served as CEO from 1992 to 2006.

### Ron Gusek, President

Ron Gusek has been President since December 2016 and as President of Liberty Holdings since November 2016. Mr. Gusek was VP of Technology and Development of Liberty Holdings from 2014 until his promotion in November 2016. Prior, from 2011 to 2014, Mr. Gusek served as VP, Corporate Engineering and Technology of Sanjel Corporation. Prior to that, from 2009 to 2011, Mr. Gusek was Director of Engineering for Zodiac Exploration and from 2003 to 2008, Canadian Regional Manager of Pinnacle Technologies.

### Michael Stock, CFO

Michael Stock has served as CFO since December 2016 and as CFO of Liberty Holdings since April 2012. Prior, from 2009 to 2012, Mr. Stock served as CFO for TAS Energy. From 1997 to 2009, Mr. Stock was CFO of Pinnacle Technologies.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

| Liberty Oilfield Services | Q3:17 | Q4:17E | Q1:18E | Q2:18E | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E | GUIDE / COMMENTS / QUESTIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUMMARY** | | | | | | | | | | | |
| Revenue | 442 | 446 | 562 | 634 | 456 | 375 | 1,487 | 2,567 | 2,831 | 2,831 | |
| Consensus | 494 | 509 | 533 | 558 | 366 | 421 | 1,552 | 2,300 | 2,461 | 2,572 | |
| EBITDA | 94 | 91 | 110 | 129 | 41 | (6) | 280 | 518 | 518 | 518 | |
| Consensus | 69 | 88 | 95 | 102 | 39 | (2) | 195 | 425 | 488 | 570 | |
| EPS | 0.95 | 0.92 | 0.66 | 0.81 | (0.03) | (0.86) | 2.61 | 3.22 | 3.13 | 3.17 | |
| Consensus | 0.16 | 0.25 | 0.26 | 0.30 | (0.50) | (1.75) | (0.02) | 1.26 | 1.43 | 2.18 | |
| **INCOME STATEMENT** | | | | | | | | | | | |
| **Macro** | | | | | | | | | | | |
| Mkt HHP demand (MM) | 14,585 | 15,543 | 16,445 | 16,954 | 12,073 | 7,279 | 13,194 | 16,822 | 17,451 | 17,342 | |
| *% growth* | *14%* | *7%* | *6%* | *3%* | | *-40%* | *81%* | *28%* | *4%* | *-1%* | |
| **Pressure Pumping** | | | | | | | | | | | |
| Avg Fleets Deployed | 17 | 17 | 20 | 22 | | | 15 | 22 | 24 | 24 | |
| Avg Annualized Rev/Fleet Deployed | 104 | 105 | 112 | 118 | | | 98 | 117 | 118 | 118 | |
| Avg Adj EBITDA/Fleet Deployed | 22 | 22 | 22 | 24 | | | 17 | 24 | 22 | 22 | |
| Revenue | 442 | 446 | 562 | 634 | 456 | 375 | 1,487 | 2,567 | 2,831 | 2,831 | **Prelim 4Q revs**:$445-448MM |
| EBITDA | 92 | 91 | 110 | 129 | 40 | (11) | 270 | 518 | 518 | 518 | |
| Corporate Expenses | (22) | (24) | (25) | (25) | (29) | (35) | (82) | (100) | (110) | (110) | |
| R&D | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| EBIT | 68 | 65 | 80 | 97 | 4 | (52) | 188 | 386 | 375 | 375 | |
| D&A | (24) | (26) | (30) | (32) | (36) | (41) | (82) | (132) | (143) | (143) | **Prelim 4Q EBITDA**:$90-95MM |
| EBITDA | 94 | 91 | 110 | 129 | 41 | (6) | 280 | 518 | 518 | 518 | |
| *EBITDA Margins* | *21%* | *20%* | *20%* | *20%* | *9%* | *-1%* | *19%* | *20%* | *18%* | *18%* | |
| *Incremental EBITDA Margins* | *30%* | *-54%* | *16%* | *26%* | | *58%* | *26%* | *22%* | *0%* | | |
| Interest Expense, net | (3) | (3) | (2) | (2) | (6) | (6) | (11) | (6) | (6) | (0) | |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| EBT | 64 | 62 | 78 | 95 | (2) | (58) | 177 | 380 | 370 | 375 | |
| Tax | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| *Tax Rate* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | *0%* | |
| Clean Net Income | 64 | 62 | 78 | 95 | (2) | (58) | 177 | 380 | 370 | 375 | |
| **Adjusted Diluted EPS** | **$0.95** | **$0.92** | **$0.66** | **$0.81** | **($0.03)** | **($0.86)** | **$2.61** | **$3.22** | **$3.13** | **$3.17** | |
| Diluted Shares | 68 | 68 | 118 | 118 | 68 | 68 | 68 | 118 | 118 | 118 | |

$MM except for per share items and unless otherwise noted

Source: Company filings, Cowen and Company

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

| Liberty Oilfield Services | Q3:17 | Q4:17E | Q1:18E | Q2:18E | 2015 | 2016 | 2017E | 2018E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|
| **CASH FLOW / BALANCE SHEET** | | | | | | | | | | |
| Net income | 64 | 62 | 78 | 95 | (9) | (61) | 173 | 380 | 370 | 375 |
| D&A | 24 | 26 | 30 | 32 | 36 | 41 | 82 | 132 | 143 | 143 |
| Working Capital Changes | (20) | (7) | (42) | (26) | (34) | (19) | (61) | (94) | 0 | 0 |
| Other | 1 | 0 | 0 | 0 | 0 | (2) | 2 | 0 | 0 | 0 |
| CFO After WC | 70 | 81 | 67 | 101 | 6 | (41) | 196 | 418 | 513 | 518 |
| Capex | (47) | (50) | (60) | (125) | (38) | (102) | (302) | (265) | (121) | (121) |
| FCF | 22 | 31 | 7 | (24) | (32) | (143) | (106) | 153 | 392 | 397 |
| | | | | | | | | | | |
| Debt Changes | 64 | (113) | (7) | 24 | 21 | (7) | 59 | (106) | 0 | 0 |
| Equity Changes | (63) | 195 | 0 | 0 | 0 | 155 | 172 | 0 | 0 | 0 |
| Dividends | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | (3) | 0 | 0 | 0 | 0 | 6 | (2) | 0 | 0 | 0 |
| Chg in Cash | 21 | 113 | 0 | 0 | (11) | 11 | 122 | 47 | 392 | 397 |
| | | | | | | | | | | |
| Cash | 21 | 134 | 134 | 134 | 0 | 11 | 134 | 181 | 573 | 970 |
| Total Debt | 221 | 108 | 101 | 125 | 87 | 104 | 108 | 2 | 2 | 2 |
| Net Debt | 200 | (26) | (33) | (9) | 87 | 92 | (26) | (179) | (571) | (968) |
| | | | | | | | | | | |
| *Debt to cap* | *37%* | *15%* | *12%* | *13%* | *39%* | *31%* | *15%* | *0%* | *0%* | *0%* |
| *Capex/sales* | *11%* | *11%* | *11%* | *20%* | *8%* | *27%* | *20%* | *10%* | *4%* | *4%* |
| *Working capital/sales* | *9%* | *9%* | *9%* | *9%* | *16%* | *23%* | *11%* | *10%* | *9%* | *9%* |

**'18 Capex:** We assume $265MM. Assume 2 fleets converted from 110k HHP support

$MM except for per share items and unless otherwise noted

Source: Company filings, Cowen and Company

**RECENT UPDATE**

LBRT IPO'd on 1/12/18 with 12.7MM shares at $17/sh. The company expects to deploy three additional standard fleets (120k HHP) and upgrade four existing standard fleets to high pressure fleets by the end of 2Q18 for a total of 22 active fleets (1,030k HHP) including 18 standard and four high pressure fleets and 110k HHP of additional support.  We assume a total of five fleets are added in 2018 to end the year with 24 fleets.

**EARNINGS / GUIDANCE EXPECTATIONS**

Three additional fleets to be deployed in 2018. We assume two more from converting 110k HHP support equipment.  We look for guidance on newbuild deployments and an update on leading edge pricing and

**BULL / BEAR DEBATE**

**Bull:** Overcapacity concerns overblown, DUCs tailwind, market remains tight, pricing/margin increases continue.

**Bear:** Barriers to entry are low which could lead to overbuild. We see marketed utilization lower to 81% by 4Q18 vs 91% in 4Q17, which could pressure margins.

**QUESTIONS**

*Consolidated*
*Cadence of newbuild activations in 2018?

*Likelihood 110k HHP support equipment is translated to newbuilds in 2018? If so, what is the timing of those additions?

*Impact of colder than normal weather on TX 1Q activity?

*Where is EBITDA/fleet currently and what is the leading edge? Visibility to reaching or exceeding $24MM/fleet that we model?

*What is the range of EBITDA/fleet among all fleets working?

*Newbuild plans beyond the five deployments we assume in 2018?

*Do you expect all upcoming capacity to put pressure on pricing in 2H18? We currently model 7/5% pricing increase in 1Q/2Q18, but flat in 2H18 and beyond.

*What are current lead times for newbuild equipment?

**Liberty Oilfield Services**
February 7, 2018

## VALUATION METHODOLOGY AND RISKS

**Valuation Methodology**

**Oilfield Services:**

We favor EV/EBITDA and/or P/E multiples to value companies within our coverage universe, with companies with greater international exposure, larger backlogs, and more modern assets typically receiving higher multiples. We also use earnings multiples with a premium or discount based on where the oilfield service group is trading relative to the current cycle.

**Investment Risks**

**Primary Oilfield Services Investment Risks Include:**

A material change in commodity prices has the potential to change our view on the entire oil service and drilling sector. A deterioration in the economic climate, increasing non-OPEC oil production or international political and economic risks could impede the price performance of the shares.

The strength of the global economy and its impact on the global demand for oil and natural gas.

Upstream (E&P) budget fluctuations that directly impact demand for oil services, which may be affected by M&A, commodity prices, or access to capital markets.

Capacity expansions within various product lines in the oilfield services industry that may create supply overhangs and influence marginal pricing.

Political issues that may lead to higher taxes on the industry or limit access to potential resource developments, due to geopolitical issues or regulatory changes.

Technology changes that may negatively impact the lifecycle of various products and services.

**Risks To The Price Target**

**Downside Risks**

Near term weather - Storms impacting TX could put risk to near term guide

Investor positioning - Investors seem to be positioning away from frac services and into land drillers.

Frac Equipment oversupply - Oversupply could put pressure on pricing and therefore profitability

Private Equity Overhang - Private equity owns 44% of shares and could have significant influence over corporate actions

Customer Concentration - Top five customers accounted for 58% of revs for 9M17. Weak activity from this group could cause downside to estimates.

**Upside Risks**

Upside risks can come from crude oil prices continuing to increase. Each $5/bbl increase implies 100 more rigs which in turn can imply 40-50 more fleets @2.0-2.5 fleets per rig.

**COWEN**                                           **Liberty Oilfield Services**
EQUITY RESEARCH                                  February 7, 2018

## ADDENDUM

### Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
| --- | --- |
| BHGE | Baker Hughes |
| FRAC | Keane Group |
| LBRT | Liberty Oilfield Services |
| MRC | MRC Global |
| PUMP | ProPetro Holding Corp. |
| FTI | TechnipFMC |

### Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

### Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Liberty Oilfield Services, Baker Hughes, Keane Group, TechnipFMC, MRC Global and ProPetro Holding Corp. securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

### Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Credit Research and Trading:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Credit Research and Trading" research reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Credit Research and Trading" research analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Credit Research and Trading" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in this report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**COWEN**
EQUITY RESEARCH

**Liberty Oilfield Services**
February 7, 2018

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at February 06, 2018, 22:28 ET. and disseminated at February 07, 2018, 05:28 ET.

**Copyright, User Agreement and other general information related to this report**

© 2018 Cowen and Company, LLC. . All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** (646) 562-1010 **Boston** (617) 946-3700 **San Francisco** (415) 646-7200 **Chicago** (312) 577-2240 **Cleveland** (440) 331-3531 **Atlanta** (866) 544-7009 **Stamford** (646) 616-3000 **Washington D.C.** (202) 868-5300 **London** (affiliate) 44-207-071-7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 01/02/18**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 462 | 60.89% | 107 | 23.06% |
| Hold (b) | 287 | 37.66% | 15 | 5.23% |
| Sell (c) | 11 | 1.44% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

### Baker Hughes Rating History as of 02/06/2018
powered by: BlueMatrix





**Keane Group Rating History as of 02/06/2018**
powered by: BlueMatrix





**TechnipFMC Rating History as of 02/06/2018**
powered by: BlueMatrix





**Liberty Oilfield Services Rating History as of 02/06/2018**
powered by: BlueMatrix



**Liberty Oilfield Services**
February 7, 2018



**MRC Global Rating History as of 02/06/2018**
powered by: BlueMatrix



**ProPetro Holding Corp. Rating History as of 02/06/2018**
powered by: BlueMatrix

**COWEN**
EQUITY RESEARCH

Liberty Oilfield Services
February 7, 2018

# POINTS OF CONTACT

## Analyst Profiles



**Vaibhav Vaishnav**

New York

646 562 1416

vaibhav.vaishnav@cowen.com

Vebs Vaishnav covers oilfield services. He joined Cowen in 2015, and has worked at Illumine Capital and Bank of America Merrill Lynch.



**Marc Bianchi, CFA**

New York

646 562 1393

marc.bianchi@cowen.com

Marc Bianchi is an analyst covering oilfield services. He joined Cowen in May 2013, and has worked at Turner Investments.



**Jonathan Hunter, CFA**

New York

646 562 1407

jonathan.hunter@cowen.com

Jonathan Hunter is an associate covering oilfield services. He joined Cowen in March 2013 through the merger with Dahlman Rose.



**Zachary Morrissey**

New York

646 562 1327

zachary.morrissey@cowen.com

Zachary Morrissey is an associate covering oilfield services. He joined Cowen in October 2015 from Global Hunter Securities.

## Reaching Cowen

### Main U.S. Locations

**New York**

599 Lexington Avenue
New York, NY 10022
646.562.1010
800.221.5616

**Boston**

Two International Place
Boston, MA 02110
617.946.3700
800.343.7068

**Cleveland**

20006 Detroit Road
Suite 100
Rocky River, OH 44116
440.331.3531

**San Francisco**

One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415.646.7200
800.858.9316

**Atlanta**

3399 Peachtree Road NE
Suite 417
Atlanta, GA 30326
866.544.7009

**Chicago**

181 West Madison Street
Suite 3135
Chicago, IL 60602
312.577.2240

**Stamford**

262 Harbor Drive
Stamford, CT 06902
646.616.3000

**Washington D.C.**

2900 K Street, NW
Suite 520
Washington, DC 20007
202.868.5300

### International Location

**Cowen International Limited**

**London**

1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44.20.7071.7500



 **COWEN**RESEARCH

**in** COWEN INC.