# EXHIBIT S

 GlobeNewswire
by notified

COVID-19 NEWS    SERVICES ˅    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

# ROSEN, A LEADING LAW FIRM, Announces Investigation of Securities Claims Against Liberty Oilfield Services Inc. – LBRT

March 16, 2020 16:07 ET | Source: The Rosen Law Firm PA

NEW YORK, March 16, 2020 (GLOBE NEWSWIRE) -- Rosen Law Firm, a global investor rights law firm, announces it is investigating potential securities claims on behalf of shareholders of Liberty Oilfield Services Inc. (NYSE: LBRT) resulting from allegations that Liberty Oilfield may have issued materially misleading business information to the investing public.

On February 5, 2020, Liberty Oilfield issued a press release announcing its financial results for the fourth quarter and full year of 2019. The Company reported EBITDA of $277 million, a 37% decline year over year. The Company's diluted earnings of $0.53 per share also fell far short of analyst estimates.

On this news, Liberty Oilfield stock price fell $1.07, or over 12%, to close at $7.80 per share on February 6, 2020, damaging investors.

Rosen Law Firm is preparing a class action lawsuit to recover losses suffered by Liberty Oilfield investors. If you purchased shares of Liberty Oilfield please visit the firm's website at http://www.rosenlegal.com/cases-register-1808.html to join the class action. You may also contact Phillip Kim of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for



Ex. 3



COVID-19
NEWS        SERVICES ⌄    CONTACT
US        FRANÇAIS    SIGN IN    REGISTER

Attorney Advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

**Tags**

Class Action

# Recommended Reading

December 04, 2021 11:00 ET

Source: The Rosen Law Firm PA

**ROSEN, SKILLED INVESTOR COUNSEL, Encourages Snap Inc. Investors to Secure Counsel Before Important January 10 Deadline in First Filed...**

NEW YORK, Dec. 04, 2021 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of the securities of Snap Inc. (NYSE:

December 03, 2021 13:10 ET

Source: The Rosen Law Firm PA

**ROSEN, A RESPECTED AND LEADING FIRM, Encourages TMC the metals company Inc. f/k/a Sustainable Opportunities Acquisition Corp. Investors with...**

NEW YORK, Dec. 03, 2021 (GLOBE NEWSWIRE) -- WHY: Rosen Law Firm, a global investor rights law firm, reminds purchasers of the securities of TMC the metals