# EXHIBIT T

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
**For the Fiscal Year Ended December 31, 2018**

**OR**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
**Commission File No. 001-38081**

# Liberty Oilfield Services Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **81-4891595** |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification No.) |

| | |
|---|---|
| **950 17th Street, Suite 2400** | |
| **Denver, Colorado 80202** | **80202** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(303) 515-2800**
(Registrant's telephone number, including area code)
**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Class A Common Stock, par value $0.01 per share** | **New York Stock Exchange** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☒ Yes ☐ No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐ Yes ☒ No

Indicate by check mark whether the registrant (1) has filed all reports to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically, every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this Chapter) during the presiding 12 months (or for such shorter period that the registrant was required to submit and post such files). ☒ Yes ☐ No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐          Accelerated filer ☐          Non-accelerated filer ☒          Smaller reporting company ☐

Emerging growth company ☐ (Do not check if a smaller reporting company)

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act): ☐ Yes ☒ No

As of June 29, 2018, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of voting and non-voting common stock held by non-affiliates of the registrant was approximately $780.0 million, determined using the per share closing price on the New York Stock Exchange on that date of $18.72. Shares of common stock held by each director and executive officer (and their respective affiliates) and each person who owns 10 percent or more of the outstanding common stock or who is otherwise believed by the registrant to be in a control position have been excluded. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

At February 26, 2019, the Registrant had 68,741,273 shares of Class A Common Stock and 43,572,803 shares of Class B Common Stock outstanding.

Documents Incorporated by Reference: Part III of this Annual Report on Form 10-K incorporates certain information by reference from the registrant's proxy statement for the 2019 annual meeting of stockholders to be filed no later than 120 days after the end of the registrant's fiscal year.

Table of Contents

**TABLE OF CONTENTS**

|  |  | Page No. |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 16 |
| Item 1B. | Unresolved Staff Comments | 38 |
| Item 2. | Properties | 38 |
| Item 3. | Legal Proceeding | 38 |
| Item 4. | Mine Safety Disclosures | 38 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 39 |
| Item 6. | Selected Consolidated Financial Data | 40 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 42 |
| Item 7A. | Quantitative and Qualitative Disclosure about Market Risk | 55 |
| Item 8. | Financial Statements and Supplementary Data | 56 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 56 |
| Item 9A. | Controls and Procedures | 56 |
| Item 9B. | Other Information | 57 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 58 |
| Item 11. | Executive Compensation | 58 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 58 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 58 |
| Item 14. | Principal Accountant Fees and Services | 58 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 59 |
| Item 16. | Form 10-K Summary | 60 |
| | SIGNATURES | 64 |

i

Table of Contents

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This Annual Report on Form 10-K and certain other communications made by us contain forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended (the "Securities Act"), and Section 21E of the Securities Exchange of 1934, as amended (the "Exchange Act"), including statements about our growth, future operating results, estimates, beliefs and expected performance. For this purpose, any statement that is not a statement of historical fact should be considered a forward-looking statement. We may use the words "believe," "anticipate," "plan," "expect," "intend," "may," "will," "should" and similar expressions to help identify forward-looking statements. We cannot assure you that our assumptions and expectations will prove to be correct. Important factors could cause our actual results to differ materially from those indicated or implied by forward-looking statements. We undertake no intention or obligation to update or revise any forward-looking statements, whether as a result of new information, future events or otherwise and readers should not rely on the forward-looking statements as representing the Company's views as of any date subsequent to the date of the filing of this Annual Report on Form 10-K. These forward-looking statements are based on management's current belief, based on currently available information, as to the outcome and timing of future events.

Forward-looking statements may include statements about:

- our business strategy;
- our operating cash flows, the availability of capital and our liquidity;
- our future revenue, income and operating performance;
- our ability to sustain and improve our utilization, revenue and margins;
- our ability to maintain acceptable pricing for our services;
- our future capital expenditures;
- our ability to finance equipment, working capital and capital expenditures;
- competition and government regulations;
- our ability to obtain permits and governmental approvals;
- pending legal or environmental matters;
- oil and natural gas prices;
- acquisitions;
- general economic conditions;
- credit markets;
- our ability to successfully develop our research and technology capabilities and implement technological developments and enhancements;
- uncertainty regarding our future operating results;
- return of capital to shareholders; and
- plans, objectives, expectations and intentions contained in this Annual Report on Form 10-K that are not historical.

We caution you that these forward-looking statements are subject to all of the risks and uncertainties, most of which are difficult to predict and many of which are beyond our control. These risks include, but are not limited to, decline in demand for our services, the cyclical nature and volatility of the oil and natural gas industry, a decline in, or substantial volatility of, crude oil and natural gas commodity prices, environmental risks, regulatory changes, the inability to comply with the financial and other covenants and metrics in our Credit Facilities (as defined herein), cash flow and access to capital, the timing of development expenditures and the other risks described under "Risk Factors" in this Annual Report on Form 10-K.

All forward-looking statements, expressed or implied, included in this Annual Report on Form 10-K are expressly qualified in their entirety by this cautionary statement. This cautionary statement should also be considered in connection with any subsequent written or oral forward-looking statements that we or persons acting on our behalf may issue.

This Annual Report on Form 10-K includes market and industry data and certain other statistical information based on third-party sources including independent industry publications, government publications and other publish independent sources, such as content and estimates provided by Coras Research, LLC as of December 31, 2018. Coras Research, LLC is not a member of the FINRA or the SIPC and is not a registered broker dealer or investment advisor. Although we believe these third-party sources are reliable as of their respective dates, we have not independently verified the accuracy or completeness of this information. Some data is also based on our own good faith estimates, which are supported by our management's knowledge of and experience in the markets and business in which we operate.

ii

Table of Contents

**Item 8. Financial Statements and Supplementary Data**

Our financial statements and supplementary data are included in this Annual Report on Form 10-K beginning on page F-1 and incorporated by reference herein.

**Item 9. Changes in and Disagreements With Accountants on Accounting and Financial Disclosure**

None.

**Item 9A. Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

As required by Rule 13a-15(b) under the Exchange Act, we have evaluated, under the supervision and with the participation of our management, including our principal executive officer, principal financial officer and principal accounting officer, the effectiveness of the design and operation of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act) as of the end of the period covered by this Annual Report on Form 10-K. Our disclosure controls and procedures are designed to provide reasonable assurance that information required to be disclosed in the reports we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the Security and Exchange Commission (the "SEC") rules and forms and that such information is accumulated and communicated to management, including our principal executive officer, principal financial officer and principal accounting officer, to allow timely decisions regarding required disclosure. Based upon that evaluation, our principal executive officer, principal financial officer and principal accounting officer concluded that our disclosure controls and procedures were effective at the reasonable assurance level as of December 31, 2018.

**Management's Annual Report on Internal Control Over Financial Reporting**

During the year ended December 31, 2017, we were an "emerging growth company" as defined in the Jumpstart Our Business Startups Act of 2012 (the "JOBS Act") and were not required to comply with certain requirements that were applicable to other public companies that are not "emerging growth companies."

Effective as of January 17, 2018, we no longer qualify as an "emerging growth company" as defined in the JOBS Act. However, in accordance with Section 13(a) and 15(d) of the Exchange Act, a company is required to have been subject to the SEC's requirements for a period of at least 12 calendar months in order to be designated as a large accelerated filer or an accelerated filer. We completed our IPO on January 17, 2018, and therefore do not meet the requirements to be designated as a large accelerated filer or an accelerated filer as of December 31, 2018. Section 404(c) of the Sarbanes-Oxley Act of 2002 (the "Sarbanes-Oxley Act") provides that Section 404(b) of the Sarbanes-Oxley Act shall not apply with respect to any audit report prepared for an issuer that is neither an accelerated filer nor a large accelerated filer as defined in Rule 12b-2 under the Exchange Act. Accordingly, our independent registered public accounting firm is not yet required to formally attest to the effectiveness of our internal control over financial reporting for the year ended December 31, 2018.

Our management, including our principal executive officer and principal financial officer, is responsible for establishing and maintaining adequate internal control over financial reporting for us as defined in Rules 13a-15(f) and 15d-15(f) of the Exchange Act. This system is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with GAAP.

Our internal control over financial reporting includes those policies and procedures that:

i. pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect our transactions and dispositions of the assets;

ii. provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with GAAP, and that our receipts and expenditures are being made only in accordance with authorizations of our management and directors; and

iii. provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of our assets that could have a material effect on the financial statements.

Because of its inherent limitations, a system of internal control over financial reporting can provide only reasonable assurance and may not prevent or detect misstatements. Further, because of changes in conditions, effectiveness of internal controls over financial reporting may vary over time.

Under the supervision of, and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of the effectiveness of our internal control over financial reporting based

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**LIBERTY OILFIELD SERVICES INC.**

/s/ Christopher A. Wright

Date:    February 28, 2019    By:    Christopher A. Wright
*Chief Executive Officer*

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Christopher A. Wright<br>Christopher A. Wright | Chief Executive Officer and Director<br>(Principal Executive Officer) | February 28, 2019 |
| /s/ Michael Stock<br>Michael Stock | Chief Financial Officer<br>(Principal Financial Officer) | February 28, 2019 |
| /s/ Ryan T. Gosney<br>Ryan T. Gosney | Chief Accounting Officer<br>(Principal Accounting Officer) | February 28, 2019 |
| /s/ Cary D. Steinbeck<br>Cary D. Steinbeck | Director | February 28, 2019 |
| /s/ N. John Lancaster, Jr.<br>N. John Lancaster, Jr. | Director | February 28, 2019 |
| /s/ Brett Staffieri<br>Brett Staffieri | Director | February 28, 2019 |
| /s/ William F. Kimble<br>William F. Kimble | Director | February 28, 2019 |
| /s/ Peter A. Dea<br>Peter A. Dea | Director | February 28, 2019 |
| /s/ Ken Babcock<br>Ken Babcock | Director | February 28, 2019 |
| /s/ Jesal Shah<br>Jesal Shah | Director | February 28, 2019 |

64

Table of Contents

**Index to Financial Statements**

**Liberty Oilfield Services Inc.**

| | |
|---|---|
| Report of Independent Registered Public Accounting Firm | F- 1 |
| Consolidated and Combined Balance Sheets as of December 31, 2018 and 2017 | F- 2 |
| Consolidated and Combined Statements of Operations for the Years Ended December 31, 2018, 2017 and 2016 | F- 3 |
| Consolidated and Combined Statements of Changes in Equity for the Years Ended December 31, 2018, 2017 and 2016 | F- 4 |
| Consolidated and Combined Statements of Cash Flows for the Years Ended December 31, 2018, 2017 and 2016 | F- 5 |
| Notes to Consolidated and Combined Financial Statements | F- 6 |

65

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Stockholders and the Board of Directors of Liberty Oilfield Services Inc.

**Opinion on the Financial Statements**

We have audited the accompanying consolidated and combined balance sheets of Liberty Oilfield Services Inc. and its subsidiaries (the "Company") as of December 31, 2018 and 2017, the related consolidated and combined statements of operations, changes in equity, and cash flows, for each of the three years in the period ended December 31, 2018, and the related notes (collectively referred to as the "financial stat ements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of December 31, 2018 and 2017, and the results of its operations and its cash flows for each of the three years in the period ended December 31, 2018, in conformity with accounting principles generally accepted in the United States of America.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. The Company is not required to have, nor were we engaged to perform, an audit of its internal control over financial reporting. As part of our audits, we are required to obtain an understanding of internal control over financial reporting but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting. Accordingly, we express no such opinion.

Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ DELOITTE & TOUCHE LLP

Denver, Colorado
February 28, 2019

We have served as the Company's auditor since 2016.

F- 1

Table of Contents

**LIBERTY OILFIELD SERVICES INC.**
**Consolidated and Combined Balance Sheets**
**As of December 31, 2018 and 2017**
**(Dollars in thousands, except share data)**

|  | 2018 | 2017 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 103,312 | $ 16,321 |
| Accounts receivable-trade | 153,589 | 195,961 |
| Accounts receivable-related party | 15,139 | 3,984 |
| Unbilled revenue | 79,233 | 58,784 |
| Unbilled revenue-related party | - | 59 |
| Inventories | 60,024 | 55,524 |
| Prepaid and other current assets | 49,924 | 21,396 |
| Total current assets | 461,221 | 352,029 |
| Property and equipment, net | 627,053 | 494,776 |
| Other assets | 28,227 | 5,298 |
| Total assets | $ 1,116,501 | $ 852,103 |
| **Liabilities and Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 80,490 | $ 66,846 |
| Accrued liabilities: | | |
| Accrued vendor invoices | 67,771 | 78,646 |
| Operational accruals | 36,414 | 32,208 |
| Accrued salaries and benefits | 22,791 | 24,990 |
| Deferred revenue | - | 9,231 |
| Accrued interest and other | 9,585 | 6,573 |
| Accrued liabilities-related party | 2,300 | 2,000 |
| Current portion of long-term debt, net of discount of $1,365 and $1,739, respectively | 385 | 11 |
| Total current liabilities | 219,736 | 220,505 |
| Long-term debt, net of discount of $3,826 and $6,466, respectively, less current portion | 106,139 | 196,346 |
| Deferred tax liability | 32,994 | - |
| Payable pursuant to tax receivable agreements | 16,818 | - |
| Total liabilities | 375,687 | 416,851 |
| Commitments & contingencies (Note 13) | | |
| Redeemable common units | - | 42,486 |
| Members' equity: | | |
| Members' equity | - | 392,766 |
| Stockholders' equity: | | |
| Preferred Stock, $0.01 par value, 10,000 shares authorized and none issued and outstanding | - | - |
| Common Stock: | | |
| Class A, $0.01 par value, 400,000,000 shares authorized and 68,359,871 issued and outstanding as of December 31, 2018 and none issued and outstanding as of December 31, 2017 | 684 | - |
| Class B, $0.01 par value, 400,000,000 shares authorized and 45,207,372 issued and outstanding as of December 31, 2018 and none issued and outstanding as of December 31, 2017 | 452 | - |
| Additional paid in capital | 312,659 | - |
| Retained earnings | 119,274 | - |
| Total stockholders' equity | 433,069 | - |
| Noncontrolling interest | 307,745 | - |
| Total equity | 740,814 | 392,766 |
| Total liabilities and equity | $ 1,116,501 | $ 852,103 |

See Notes to Consolidated and Combined Financial Statements.

F- 2

Table of Contents

**LIBERTY OILFIELD SERVICES INC.**
**Consolidated and Combined Statements of Operations**
**For the Years Ended December 31, 2018, 2017 and 2016**
**(In thousands, except per share data)**

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| Revenue: | | | |
| Revenue | $ 2,132,032 | $ 1,465,133 | $ 356,890 |
| Revenue-related parties | 23,104 | 24,722 | 17,883 |
| Total revenue | 2,155,136 | 1,489,855 | 374,773 |
| Operating costs and expenses: | | | |
| Cost of services (exclusive of depreciation and amortization shown separately below) | 1,628,753 | 1,147,008 | 354,729 |
| General and administrative | 99,052 | 80,089 | 35,789 |
| Depreciation and amortization | 125,110 | 81,473 | 41,362 |
| (Gain) loss on disposal of assets | (4,342) | 148 | (2,673) |
| Total operating costs and expenses | 1,848,573 | 1,308,718 | 429,207 |
| Operating income (loss) | 306,563 | 181,137 | (54,434) |
| Other expense: | | | |
| Interest expense | (17,145) | (11,875) | (6,126) |
| Interest expense related party | - | (761) | - |
| Total interest expense | (17,145) | (12,636) | (6,126) |
| Net income (loss) before income taxes | 289,418 | 168,501 | (60,560) |
| Income tax expense | 40,385 | - | - |
| Net income (loss) | 249,033 | 168,501 | (60,560) |
| Less: Net income (loss) attributable to Predecessor, prior to Corporate Reorganization | 8,705 | 168,501 | (60,560) |
| Less: Net income attributable to noncontrolling interests | 113,979 | - | - |
| Net income attributable to Liberty Oilfield Services Inc. stockholders | $ 126,349 | $ - | $ - |
| | | | |
| Net income attributable to Liberty Oilfield Services Inc. stockholders per common share: | | | |
| Basic | $ 1.84 | | |
| Diluted | $ 1.81 | | |
| Weighted average common shares outstanding: | | | |
| Basic | 68,838 | | |
| Diluted | 117,838 | | |

See Notes to Consolidated and Combined Financial Statements.

F- 3

Table of Contents

**LIBERTY OILFIELD SERVICES INC.**
**Consolidated and Combined Statements of Changes in Equity**
**For the Years Ended December 31, 2018, 2017 and 2016**
**(Amounts in thousands)**

| | Members' Equity | Shares of Class A Common Stock | Shares of Class B Common Stock | Class A Common Stock, Par Value | Class B Common Stock, Par Value | Additional Paid in Capital | Retained Earnings | Total Stockholders' equity | Noncontrolling Interest | Total Equity |
|---|---|---|---|---|---|---|---|---|---|---|
| **Balance-December 31, 2016** | $ 228,972 | - | - | - | - | - | - | - | - | $228,972 |
| Return on redeemable common units | (4,707) | - | - | - | - | - | - | - | - | (4,707) |
| Net income | 168,501 | - | - | - | - | - | - | - | - | 168,501 |
| **Balance-December 31, 2017** | $ 392,766 | - | - | $ - | $ - | $ - | $ - | $ - | $ - | $392,766 |
| Return on redeemable common units | (149) | - | - | - | - | - | - | - | - | (149) |
| Net income prior to Corporate Reorganization | 8,705 | - | - | - | - | - | - | - | - | 8,705 |
| **Balance prior to Corporate Reorganization** | $ 401,322 | - | - | $ - | $ - | $ - | $ - | $ - | $ - | 401,322 |
| *Corporate Reorganization* | | | | | | | | | | |
| Exchange of Liberty LLC Units for Class A Common Stock and Class B Common Stock and extinguishment of redeemable common units | (401,322) | 55,986 | 48,207 | 560 | 482 | 444,824 | - | 445,866 | - | 44,544 |
| Net deferred tax liability due to Corporate Reorganization | - | - | - | - | - | (29,287) | - | (29,287) | - | (29,287) |
| *Initial Public Offering* | | | | | | | | | | |
| Issuance of Class A Common Stock, net of underwriter discount and offering costs | - | 14,340 | - | 143 | - | 219,847 | - | 219,990 | - | 219,990 |
| Redemption of Legacy Ownership, net of underwriter discount | - | (1,609) | - - | (16) | - | (25,881) | - | (25,897) | - | (25,897) |
| Issuance of restricted stock | - | 1,259 | - | 13 | - | (13) | - | - | - | - |
| Liability due to tax receivable agreements | - | - | - | - | - | (2,291) | - | (2,291) | - | (2,291) |
| Initial allocation of noncontrolling interest of Liberty LLC effective on the date of the IPO | - | - | - | - | - | (261,048) | - | (261,048) | 261,048 | - |
| *Results Subsequent to Initial Public Offering* | | | | | | | | | | |
| Distributions and advances paid to noncontrolling interest unitholders | - | - | - | - | - | - | - | - | (21,288) | (21,288) |
| Exchange of Class B Common Stock for Class A Common Stock | - | 3,000 | (3,000) | 30 | (30) | 20,534 | - | 20,534 | (20,534) | - |
| Effect of exchange on deferred tax asset, net of liability under tax receivable agreements | - | - | - | - | - | 2,592 | - | 2,592 | - | 2,592 |
| Restricted stock forfeited | - | (22) | - | - | - | - | - | - | - | - |
| Stock based compensation expense | - | - | - | - | - | 5,450 | - | 5,450 | - | 5,450 |
| Regular cash dividends declared and distributions paid | - | - | - | - | - | - | (7,075) | (7,075) | (4,671) | (11,746) |
| Share repurchases | - | (4,594) | - | (46) | - | (62,068) | - | (62,114) | (20,789) | (82,903) |
| Net income subsequent to Corporate Reorganization and IPO | - | - | - | - | - | - | 126,349 | 126,349 | 113,979 | 240,328 |
| **Balance-December 31, 2018** | $ - | 68,360 | 45,207 | $ 684 | $ 452 | $ 312,659 | $ 119,274 | $ 433,069 | $ 307,745 | $740,814 |

See Notes to Consolidated and Combined Financial Statements.

F- 4

Table of Contents

**LIBERTY OILFIELD SERVICES INC.**
Consolidated and Combined Statements of Cash Flows
For the Years Ended December 31, 2018, 2017 and 2016
(Dollars in thousands)

| | 2018 | 2017 | 2016 |
|---|---|---|---|
| Cash flows from operating activities: | | | |
| Net income (loss) | $ 249,033 | $ 168,501 | $ (60,560) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | | |
| Depreciation and amortization | 125,110 | 81,473 | 41,362 |
| (Gain) loss on disposal of assets | (4,342) | 148 | (2,673) |
| Amortization of debt issuance costs | 4,031 | 2,311 | 630 |
| Inventory write down | 3,389 | 259 | - |
| Stock based compensation expense | 5,450 | | |
| Deferred tax expense | 20,488 | | |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable and unbilled revenue | 23,074 | (133,689) | (41,023) |
| Accounts receivable and unbilled revenue-related party | (11,096) | 3,460 | (1,942) |
| Inventories | (4,610) | (27,639) | (11,687) |
| Prepaids and other current assets | (32,771) | (12,611) | (3,388) |
| Accounts payable and accrued liabilities | (26,798) | 111,352 | 38,563 |
| Accounts payable and accrued liabilities-related party | 300 | 1,544 | 10 |
| Net cash provided by (used in) operating activities | 351,258 | 195,109 | (40,708) |
| Cash flows from investing activities: | | | |
| Capital expenditures | (258,835) | (311,794) | (102,428) |
| Proceeds from disposal of assets | 3,343 | 1,751 | 6,077 |
| Net cash used in investing activities | (255,492) | (310,043) | (96,351) |
| Cash flows from financing activities: | | | |
| Proceeds from issuance of Class A Common Stock, net of underwriter discount | 230,174 | - | - |
| Redemption of LLC Units from Legacy Owners | (25,897) | - | - |
| Proceeds from borrowings on term loan, net of discount | - | 171,500 | - |
| Repayments of borrowings on term loan | (62,847) | (57,438) | (49,000) |
| Proceeds from borrowings on line-of-credit | - | 140,559 | 84,700 |
| Repayments of borrowings on line-of-credit | (30,000) | (158,559) | (36,700) |
| Proceeds from Liberty Oilfield Services Holdings LLC | 2,115 | - | - |
| Distributions and dividends paid to noncontrolling interest unitholders and Class A Common Stock shareholders | (11,578) | - | - |
| Share Repurchase | (82,903) | - | - |
| Proceeds from related party bridge loans | - | 60,000 | - |
| Payments on capital lease obligations | - | (119) | (5,525) |
| Payments of debt issuance costs | (315) | (9,036) | (413) |
| Proceeds from issuance of redeemable common units | - | 39,794 | - |
| Payments for redemption of redeemable common units | - | (62,739) | - |
| Member contributions | - | - | 155,481 |
| Distributions paid to noncontrolling interest unitholders | (21,288) | - | - |
| Payment of deferred equity offering costs | (6,236) | (4,191) | - |
| Net cash (used in) provided by financing activities | (8,775) | 119,771 | 148,543 |
| Net increase in cash and cash equivalents | 86,991 | 4,837 | 11,484 |
| Cash and cash equivalents-beginning of period | 16,321 | 11,484 | - |
| Cash and cash equivalents-end of period | $ 103,312 | $ 16,321 | $ 11,484 |
| Supplemental disclosure of cash flow information: | | | |
| Cash paid for income taxes | $ 27,263 | $ - | $ - |
| Cash paid for interest | $ 13,957 | $ 9,766 | $ 4,725 |
| Non-cash investing and financing activities: | | | |
| Capital expenditures included in accounts payable and accrued liabilities | $ 45,703 | $ 18,687 | $ 29,688 |
| Related party bridge loans exchanged for Redeemable Class 2 Common Units | $ - | $ 60,679 | $ - |

See Notes to Consolidated and Combined Financial Statements.

F- 5

**CONSENT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

We consent to the incorporation by reference in Registration Statement Nos. 333-222616 and 333-225948 on Form S-8 of our report dated February 28, 2019, relating to the financial statements of Liberty Oilfield Services Inc. and its subsidiaries appearing in the Annual Report on Form 10-K of Liberty Oilfield Services Inc. for the year ended December 31, 2018.

/s/ Deloitte & Touche LLP
Denver, Colorado
February 28, 2019

**Exhibit 31.1**

## CERTIFICATION OF CHIEF EXECUTIVE OFFICER

I, Christopher A. Wright, certify that:

1. I have reviewed this Annual Report on Form 10-K of Liberty Oilfield Services Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the period presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting; or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 28, 2019
By: /s/ Christopher A. Wright
Christopher A. Wright
*Chief Executive Officer*
*(Principal Executive Officer)*

**Exhibit 31.2**

## CERTIFICATION OF CHIEF FINANCIAL OFFICER

I, Michael Stock, certify that:

1. I have reviewed this Annual Report on Form 10-K of Liberty Oilfield Services Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the period presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal control over financial reporting; or caused such internal control over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting.

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: February 28, 2019
By: /s/ Michael Stock
Michael Stock
*Chief Financial Officer*
*(Principal Financial Officer)*

**Exhibit 32.1**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER UNDER
18 U.S.C. SECTION 1350 AS ADOPTED PURSUANT TO SECTION 906
OF THE SARBANES-OXLEY ACT OF 2002**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of Section 1350, Chapter 63 of Title 18, United States Code), the undersigned officer of Liberty Oilfield Services Inc. (the "*Company*"), does hereby certify, to such officer's knowledge, that:

The Annual Report on Form 10-K for the year ended December 31, 2018 ("*Form 10-K*") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended, and information contained in the Form 10-K fairly presents, in all material respects, the financial condition and results of operations of the Company, as of, and for, the periods presented in the Form 10-K.

Date: February 28, 2019

By: /s/ Christopher A. Wright
Christopher A. Wright
*Chief Executive Officer*
*(Principal Executive Officer)*

**Exhibit 32.2**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER UNDER
18 U.S.C. SECTION 1350 AS ADOPTED PURSUANT TO SECTION 906
OF THE SARBANES-OXLEY ACT OF 2002**

Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 (subsections (a) and (b) of Section 1350, Chapter 63 of Title 18, United States Code), the undersigned officer of Liberty Oilfield Services Inc. (the "*Company*"), does hereby certify, to such officer's knowledge, that:

The Annual Report on Form 10-K for the year ended December 31, 2018 ("*Form 10-K*") of the Company fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended, and information contained in the Form 10-K fairly presents, in all material respects, the financial condition and results of operations of the Company, as of, and for, the periods presented in the Form 10-K.

Date: February 28, 2019

By: /s/ Michael Stock
Michael Stock
*Chief Financial Officer*
*(Principal Financial Officer)*