# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00946-RM-NYW

CIPRIANO CORREA and MARC JOSEPH, Individually and on Behalf of All Others
Similarly Situated,

      Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., CHRISTOPHER A. WRIGHT, MICHAEL STOCK,
CARY D. STEINBECK, WILLIAM F. KIMBLE, PETER A. DEA, N. JOHN LANCASTER,
JR., BRETT STAFFIERI, KEN BABCOCK, JESAL SHAH, MORGAN STANLEY & CO.
LLC, GOLDMAN SACHS & CO. LLC, WELLS FARGO SECURITIES, LLC, CITIGROUP
GLOBAL MARKETS INC., J.P. MORGAN SECURITIES LLC, EVERCORE GROUP
L.L.C., PIPER SANDLER & CO., TUDOR, PICKERING, HOLT & CO. SECURITIES, LLC,
HOULIHAN LOKEY CAPITAL, INC., INTREPID PARTNERS, LLC, PETRIE PARTNERS
SECURITIES, LLC, SUNTRUST ROBINSON HUMPHREY, INC., R/C ENERGY IV
DIRECT PARTNERSHIP, L.P., and R/C IV LIBERTY HOLDINGS, L.P.,

      Defendants.

---

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
## CLASS CERTIFICATION

---

On this_____ day of _____, 20__, upon consideration of Plaintiffs'

Motion for Class Certification, the responses thereto, and for other good cause known to the

Court,

IT IS HEREBY ORDERED AND DECREED THAT:

1.      Plaintiffs' Motion for Class Certification is GRANTED. Pursuant to Rule 23(a)

and (b)(3) of the Federal Rules of Civil Procedure, a plaintiff class is certified consisting of: All

persons and entities who purchased the common stock of Liberty Oilfield Services Inc. ("Liberty") in Liberty's Initial Public Offering ("IPO"), which closed on January 17, 2018, or purchased Liberty common stock thereafter in the stock market pursuant and/or traceable to Liberty's registration statement and prospectus (together, the "Registration Statement") issued in connection with the IPO during the period from January 12, 2018 to July 11, 2018 (the "Class Period"). Excluded from the Class are: (a) persons who suffered no compensable losses; and (b) Defendants;[1] the present and former officers and directors of Liberty; members of such excluded persons' immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which any of the Defendants, or any person excluded under this subsection (b), has or had a majority ownership interest at any time.

2.    Cipriano Correa and Marc Joseph satisfy the requirements of Rule 23(a) and are appointed Class Representatives.

3.    Lead Counsel The Rosen Law Firm, P.A. satisfies the requirements of Rule 23(g) and is appointed Class Counsel.

4.    The Court further finds and concludes that the Class certified herein satisfies the requirements of Fed. R. Civ. P. 23(a) and b(3), in that (i) the Class is so numerous that joinder of all members thereof is impracticable; (ii) there are questions of law or fact common to the Class; (iii) the claims of the Class Representatives are typical of the claims of the other members of the

---

[1] The Defendants are: Liberty, Christopher A. Wright, Michael Stock, Cary D. Steinbeck, William F. Kimble, Peter A. Dea, N. Lancaster, Jr., Brett Staffieri, Ken Babcock, Jesal Shah, Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, Wells Fargo Securities, LLC, Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Evercore Group L.L.C., Piper Sandler & Co., Tudor, Pickering, Holt & Co. Securities, LLC, Houlihan Lokey Capital, Inc., Intrepid Partners, LLC, Petrie Partners Securities, LLC, SunTrust Robinson Humphrey, Inc., R/C Energy IV Direct Partnership, L.P., and R/C IV Liberty Holdings, L.P.

2

Class; (iv) the Class Representatives will fairly and adequately represent the interests of the Class; (v) the questions of law or fact common to the Class predominate over any questions affecting only individual members of the Class; and (vi) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

IT IS SO ORDERED.

DATED:_____          _____

                                           THE HONORABLE RAYMOND P. MOORE
                                           UNITED STATES DISTRICT JUDGE