# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00946-RM-NRN

CIPRIANO CORREA et al., Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

    Defendants.

## [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION

This matter is before the Court on Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, filed on September 9, 2022. All capitalized terms used herein have the meanings set forth in the Stipulation of Settlement, dated May 9, 2022 ("Stipulation") (ECF No. 124). The Court having considered all papers filed and proceedings had herein and otherwise being fully informed of the matters hereto and good cause appearing therefore;

THE COURT HEREBY FINDS AND CONCLUDES that:

1. The Court has jurisdiction to enter this Order approving the proposed Plan of Allocation and over the subject matter of the Action and all parties to the Action, including all Settlement Class Members.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 77z-1(a)(7)), due process, all other applicable laws and rules, and the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated May 17, 2022 (ECF No. 126) (the "Preliminary Approval Order"), due and adequate notice was directed to all Settlement Class Members, including individual notice to those Settlement Class Members who could be identified through reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Settlement Class Members to be heard with respect to the Plan of Allocation, and there were no objections to the Plan of Allocation.

3. The Court finds and concludes that the formula for the calculation of the claims of claimants as provided in the Plan of Allocation set forth in the Long Notice approved by the Court's Preliminary Approval Order and disseminated to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund among

Settlement Class Members with due consideration having been given to administrative convenience and necessity.

4. The Court finds and concludes that the Plan of Allocation is, in all respects, fair and reasonable to the Class and approves the Plan of Allocation.

5. Any appeal or any challenge affecting this Court's approval of the Plan of Allocation will in no way disturb or affect the finality of the Judgment entered with respect to the Settlement.

6. Jurisdiction is hereby retained over the Parties and Settlement Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Stipulation and this Order.

7. There is no just reason for delay in the entry of this Order, and immediate entry by the Clerk of the Court is expressly directed.


Dated: _____, 2022            _____
                                   HON. RAYMOND P. MOORE
                                   UNITED STATES DISTRICT JUDGE