# EXHIBIT 2

DocuSign Envelope ID: 1578AF73-2324-4BAD-B505-CFEFBC3AA074

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00946-RM-NRN

CIPRIANO CORREA et al., Individually and on Behalf of All Others Similarly Situated,

 Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

 Defendants.

---

## DECLARATION OF CIPRIANO CORREA

---

I, Cipriano Correa, declare as follows:

1. I am the Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action"), and for purposes of this Settlement, a Class Representative. I respectfully submit this declaration in support of: (1) the Motion for Final Approval of Class Action Settlement and Plan of Allocation; (2) the Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; and (3) my request for a $7,500 compensatory award relating to my representation of the Settlement Class in the prosecution of this Action.

2. I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3. I was a mechanic at a power plant for approximately 35 years. Currently, I work at a cattle feedlot. I reside in Brawley, California.

1

4.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(2), and I have discharged those duties to the best of my ability.

5.      I have been actively involved in the prosecution of this Action since I moved to serve as a Lead Plaintiff on June 2, 2020.  ECF No. 41.  On August 7, 2020, the Court appointed me to serve as the Lead Plaintiff in this Action.  ECF No. 48.

6.      In fulfillment of my responsibilities as a Lead Plaintiff on behalf of the Settlement Class in this Action, I have worked closely with my attorneys (*i.e.* Lead Counsel) regarding all aspects of the litigation and the resolution of this case.

7.      Throughout the litigation, I participated in numerous discussions with Lead Counsel concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement.  In particular, throughout the course of this Action, I:

(a) regularly communicated with Lead Counsel regarding the posture and progress of the case, as well as litigation strategy;

(b) reviewed significant pleadings and briefs filed in the Action;

(c) searched for and produced documents in response to Defendants' requests for documents, and worked with my attorneys to respond to Defendants' interrogatories;

(d) prepared and sat for a deposition;

(e) consulted with Lead Counsel regarding settlement negotiations; and

(i) evaluated and approved the proposed Settlement.

2

8.    I believe that I fulfilled my fiduciary duty to the Settlement Class to work with counsel to make sure the Settlement Class received fair and adequate representation.  I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest recovery possible under the circumstances, and I do believe that the Settlement confers the best result possible under all of the circumstances.

9.    I approve and support the Settlement of this Action for $3.9 million. I believe that this is a favorable outcome that provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks, delays, expenses, and uncertainties of continued litigation.

10.    I understand that the PSLRA, 15 U.S.C. §77z-1(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

11.    In fulfillment of my responsibilities as a Lead Plaintiff, as discussed in ¶7 above, I conservatively estimate that I devoted at least 70 hours of time to this litigation, including taking time off work to prepare for and attend my deposition.  The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me.

12.    I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Settlement Class.

13.    Accordingly, I respectfully request that the Court approve a payment to me in the amount of $7,500 as reimbursement for the time spent, and efforts I made, on behalf of the Settlement Class.  It is my belief that this request for reimbursement is fair and reasonable.

3

14.      I understand that Lead Counsel will be seeking an award of attorneys' fees in the amount of one-third of the $3.9 million Settlement Amount, as well as reimbursement of litigation expenses. I approve and support Lead Counsel's request for attorneys' fees and expenses. I believe that Lead Counsel was diligent in their prosecution of this Action and that this Settlement could not have been achieved without the efforts of Lead Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 9/2/2022 _____.

DocuSigned by:

_____
Cipriano Correa
4B9C0AEABA2B4EC...
Cipriano Correa

4