# EXHIBIT 3

DocuSign Envelope ID: 1DC82BDD-3408-410D-B46F-C5871C56E93C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-00946-RM-NRN

CIPRIANO CORREA et al., Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

    Defendants.

---

**DECLARATION OF MARC JOSEPH**

---

I, Marc Joseph, declare as follows:

1.    I am the named plaintiff in the above-captioned securities class action (the "Action"), and for purposes of this Settlement, a Class Representative. I respectfully submit this declaration in support of: (1) the Motion for Final Approval of Class Action Settlement and Plan of Allocation; (2) the Motion for Attorneys' Fees and Reimbursement of Litigation Expenses; and (3) my request for a $7,500 compensatory award relating to my representation of the Settlement Class in the prosecution of this Action.

2.    I have personal knowledge of the matters set forth in this declaration and, if called upon, I could and would competently testify to these matters.

3.    I am a writer. My most recent publication was a children's book. Prior to becoming a full-time writer, I ran an e-commerce business for almost 20 years.  I reside in Scottsdale, Arizona.

1

DocuSign Envelope ID: 1DC82BDD-3408-410D-B46F-C5871C56E93C

4.      I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 77z-1(a)(2), and I have discharged those duties to the best of my ability.

5.      I was the named plaintiff who initiated this Action, filing the initial complaint in this case on April 3, 2020.  ECF No. 1.  I have been actively involved in this Action ever since, including moving to be appointed a Class Representative on November 1, 2021. ECF No. 100.

6.      Throughout the litigation, I participated in numerous discussions with my attorneys (*i.e.* Lead Counsel) concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement.  In particular, throughout the course of this Action, I:

(a) regularly communicated with Lead Counsel regarding the posture and progress of the case, as well as litigation strategy;

(b) reviewed significant pleadings and briefs filed in the Action;

(c) searched for and produced documents in response to Defendants' requests for documents, and worked with my attorneys to respond to Defendants' interrogatories;

(d) prepared and sat for a deposition;

(e) consulted with Lead Counsel regarding settlement negotiations; and

(i) evaluated and approved the proposed Settlement.

7.      I believe that I fulfilled my fiduciary duty to the Settlement Class to work with counsel to make sure the Settlement Class received fair and adequate representation.  I have done my best to vigorously promote the interests of the Settlement Class and to obtain the largest

recovery possible under the circumstances, and I do believe that the Settlement confers the best result possible under all of the circumstances.

8.     I approve and support the Settlement of this Action for $3.9 million. I believe that this is a favorable outcome that provides a fair, reasonable, and adequate recovery for the Settlement Class, particularly in light of the risks, delays, expenses, and uncertainties of continued litigation.

9.     I understand that the PSLRA, 15 U.S.C. §77z-1(a)(4), provides for the reimbursement of costs and expenses (including lost wages) incurred or otherwise absorbed by a representative plaintiff in connection with services rendered in the course of litigation.

10.     In fulfillment of my responsibilities as a representative plaintiff, as discussed in ¶6 above, I conservatively estimate that I devoted at least 60 hours of time to this litigation.  The time that I devoted to the representation of the Settlement Class in this Action was time that I otherwise would have spent on other activities and, thus, represented a cost to me.

11.     I believe that the time and effort I devoted to this litigation was necessary to help achieve the Settlement for the Settlement Class.

12.     Accordingly, I respectfully request that the Court approve a payment to me in the amount of $7,500 as reimbursement for the time spent, and efforts I made, on behalf of the Settlement Class.  It is my belief that this request for reimbursement is fair and reasonable.

13.     I understand that Lead Counsel will be seeking an award of attorneys' fees in the amount of one-third of the $3.9 million Settlement Amount, as well as reimbursement of litigation expenses. I approve and support Lead Counsel's request for attorneys' fees and expenses. understand that Lead Counsel will be seeking an award of attorneys' fees in the amount of one-

3

DocuSign Envelope ID: 1DC82BDD-3408-410D-B46F-C5871C56E93C

third of the $3.9 million Settlement Amount, as well as reimbursement of litigation expenses. I

approve and support Lead Counsel's request for attorneys' fees and expenses. I believe that Lead

Counsel was diligent in their prosecution of this Action and that this Settlement could not have

been achieved without the efforts of Lead Counsel.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on 9/2/2022 _____.

DocuSigned by:

*Marc Joseph*

D5C215ECA39B437...

Marc Joseph

4