IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00946-RM-NRN

CIPRIANO CORREA et al., Individually and on Behalf of All Others Similarly Situated,

   Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

   Defendants.

**REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTIONS FOR: (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO PLAINTIFFS**

Lead Plaintiff Cipriano Correa and Named Plaintiff Marc Joseph ("Plaintiffs"), on behalf of themselves and the Settlement Class,[1] respectfully submit this reply brief in further support of their Motions for: (I) Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 130), and (II) An Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs (ECF No. 131). Plaintiffs also submit the Supplemental Declaration of Margie Craig Concerning: (A) Mailing of the Postcard Notice; and (B) Report on Requests for Exclusions and Objections, dated September 30, 2022 ("Supp. Craig Decl."), filed herewith as Exhibit 1.

The Court-ordered deadline for Settlement Class Members to object to the Settlement, Plan

---

[1] Unless otherwise indicated, all capitalized terms have the same meanings as set forth in the Stipulation of Settlement (the "Stipulation") (ECF No. 124).

1

of Allocation, requested attorneys' fees and expenses, or requested award to Plaintiffs, or to opt out of the Settlement Class, was September 16, 2022. ***Not a single Settlement Class Members has objected to the Settlement, the Plan of Allocation, or the requested attorneys' fees, expenses, or Plaintiffs' award, and not a single Settlement Class Member has opted out of the Settlement Class.*** Supp. Craig Decl. ¶¶6-7.

The lack of objections supports final approval of the Settlement. *Ramos v. Banner Health,* 2020 WL 6585849, at *3 (D. Colo. Nov. 10, 2020) ("[t]he fact that no class members objects shows that the class also considers this settlement fair and reasonable."); *In re Davita Healthcare Partners, Inc. Derivative Litig.,* 2015 WL 3582265, at *3 (D. Colo. June 5, 2015) ("the fact that no objections to the settlement were filed by any shareholder weights heavily in favor of approval of the…settlement"). Indeed, "[t]he reaction of the class to the proffered settlement…is perhaps the most significant factor to be weighted in considering its adequacy…" *Ryskamp v. Looney,* 2012 WL 3397362, at *4 (D. Colo. Aug. 4, 2012).

The lack of objections also supports final approval of the Plan of Allocation. *See, e.g. In re Crocs, Inc. Sec. Litig.,* 306 F.R.D. 672, 692 (D. Colo. 2014) ("the favorable reaction of the Class supports final approval of the Plan of Allocation."); *Ponca Tribe of Indians of Okla. v. Continental Carbon Co.,* 2009 WL 2836508, at *2 (W.D. Okla. July 30, 2009) (approving plan of allocation where there were no objections to the settlement and only eight opt-outs out of approximately 1,800 class members).[2]

Finally, the lack of objections supports a finding that the request for attorneys' fees,

---

[2] Here, there are no opt outs, and the Claims Administrator has received 6,359 claims. Supp. Craig Decl. ¶8.

2

litigation expenses, and award to Plaintiffs is fair and reasonable. *See, e.g., In re Crocs. Inc. Sec. Litig.,* 2014 WL 4670886, at *5 (D. Colo. Sept. 18, 2014) (finding that lack of objections to the requested attorneys' fee "is significant and weighs in favor of the requested award); *Anderson v. Merit Energy Co.,* 2019 WL 3378526, at *4 (D. Colo. Oct. 20, 2009) ("The absence of any Class Members' objection is an additional factor that supports this Court's approval of the requested attorneys' fees."); *Barr v. Qwest Commn'cs Co., LLC,* 2013 WL 141565, at *5 (D. Colo. Jan. 11, 2013) ("The absence of substantial objections or disapproval by class members to Settlement Class Counsel's fee-and-expense request further supports finding it reasonable.").

**CONCLUSION**

For the foregoing reasons, and for the reasons set forth in Plaintiffs' opening papers, Plaintiffs respectfully request that the Court grant final approval of the Settlement and Plan of Allocation, and grant the request for attorneys' fees, reimbursement of litigation expenses, and award to Plaintiffs.

Dated: September 30, 2022         Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
*/s/ Laurence Rosen*
Laurence Rosen
Yu Shi
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Email: lrosen@rosenlegal.com
           yshi@rosenlegal.com

*Lead Counsel for Plaintiffs and the Settlement Class*

3

**CERTIFICATE OF SERVICE**

I, Laurence Rosen, an attorney, hereby certify that on September 30, 2022, I caused a true and correct copy of the foregoing "REPLY IN FURTHER SUPPORT OF PLAINTIFFS MOTIONS FOR: (I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND (II) AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARD TO PLAINTIFFS" to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 30, 2022

/s/Laurence Rosen
Laurence Rosen