# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-00946-RM-NRN

CIPRIANO CORREA et al., Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

    Defendants.

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fifteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.

2.    Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated May 17, 2022 (Dkt., No. 126, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure a well as the processing of claims in connection with the Settlement of the above-captioned Action.[1] I submit this declaration as a supplement to my previously filed Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated September 9,

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated May 9, 2022 (Dkt. No. 124, the "Stipulation").

2022 (Dkt. No, 132-1, the "Initial Mailing Declaration") in order to provide the Court and the Parties with updated information regarding the dissemination of notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

### UPDATE ON MAILING OF THE POSTCARD NOTICE

3.      As reported in the Initial Mailing Declaration, SCS mailed or emailed 1,924 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed an additional 18,417 Postcard Notices to potential Settlement Class Members and nominees.  Additionally, as noted in the Initial Mailing Declaration, SCS was notified by a nominee that they emailed 3,581 of their clients to notify them of this settlement and provide a direct link to the Notice and Claim on the settlement webpage, and SCS also received 153 email addresses from one nominee to email a direct link to the Notice and Claim on the settlement webpage.  Since the Initial Mailing Declaration, no additional Postcard Notices have been mailed and no additional emails with a link to the location of the Notice and Claim were sent.  In total, as of the date of this Declaration, 22,151 potential Settlement Class Members were either mailed a Postcard Notice or emailed a direct link to the Notice and Claim.[2]

### UPDATE ON TOLL-FREE TELEPHONE LINE

4.      The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the

---

[2]  The Initial Mailing Declaration stated that SCS received 9 requests from potential Settlement Class Members for the Notice and Claim to be mailed to them, and SCS immediately mailed the Notice and Claims to those potential Settlement Class Members. Since the Initial Mailing Declaration was filed, SCS has not received any additional request from potential Settlement Class Members for a Notice and Claim to be mailed.

2

Settlement as well as request a Notice and Claim to be mailed to them. SCS continues to promptly respond to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

## UPDATE ON SETTLEMENT WEBPAGE

5.      The Initial Mailing Declaration also noted that on May 25, 2022, SCS's established a webpage on its website at www.strategicclaims.net/libertyoilfield/. The webpage is accessible 24 hours a day, 7 days a week and contains a current status, relevant deadlines, the online claim filing link, and important case documents. SCS will continue to maintain and, as appropriate, update the Settlement webpage with relevant case information.

## REPORT ON REPORT ON EXCLUSIONS, OBJECTIONS, AND CLAIMS

6.      The Postcard Notice, Notice, Summary Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than September 16, 2022. SCS has been monitoring all mail received for this case. As of the date of this declaration, SCS has not received any requests for exclusion.

7.      According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs must be submitted to Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than September 16, 2022. As of the date of this declaration, SCS has not received any objections and SCS has not been notified that any objection was submitted.

3

8.     The deadline for claims submission was September 16, 2022. As of the date of this declaration, SCS has received 6,359 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 30th day of September 2022, in Media, Pennsylvania.

_____
Margery Craig

4