**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   October 7, 2022 |
| Court Reporter:    Tammy Hoffschildt | |

**CASE NO.    20-cv-00946-RM-NRN**

| Parties | Counsel |
|---|---|
| MARC JOSEPH, *et al.* | Yu Shi |
| Plaintiffs, | |
| v. | |
| LIBERTY OILFIELD SERVICES, INC., *et al.* | Daniel Gold |
| | Lee Johnston |
| Defendants. | Matthew Brock (by phone) |
| | William Leone (by phone) |

**COURTROOM MINUTES**

**IN-COURT HEARING**
**Court in session:          12:58 p.m.**

Appearances of counsel.

Preliminary remarks made by the Court.

Discussion held regarding the approval of settlement, Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation (Doc. 130), and Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs (Doc. 131).

The Court states findings regarding final approval of class.

**ORDERED:**  The Court adopts, incorporates, makes final, and approves all of the findings previously made in connection with the preliminary approval of the settlement class and approves the same class as a final class for purposes of a settlement agreement.

The Court will issue written orders on Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation (Doc. 130) and Plaintiffs' Motion for an Award of

Attorneys' Fees, Reimbursement of Litigation Expenses, and Award to Plaintiffs (Doc. 131).

**Court in recess:**      **1:20 p.m.**
**Total in court time:**     **00:22**
**Hearing concluded.**