**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 20-cv-00946-RM-NRN

CIPRIANO CORREA et al., Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

LIBERTY OILFIELD SERVICES INC., et al.,

    Defendants.

---

**ORDER AWARDING ATTORNEY FEES, REIMBURSEMENT
OF LITIGATION EXPENSES, AND AWARD TO PLAINTIFFS**

---

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A., appointed by the Court as Lead Counsel for purposes of the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiff Cipriano Correa ("Lead Plaintiff") and Named Plaintiff Marc Joseph ("Named Plaintiff") and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and Award Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement, dated May 9, 2022 (the "Stipulation") (ECF No. 124) and this Court's Order Preliminarily Approving Settlement and Providing for Notice, dated May 17, 2022 (ECF No. 126); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the final approval hearing on October 7, 2022, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Lead Counsel is awarded one-third of the Settlement Fund, or $1,300,000, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Lead Counsel shall be awarded expenses in the amount of $42,279.72 with interest, as described above.

3. Lead Plaintiff shall be awarded $7,500 as reimbursement for his lost time and expenses in connection with their prosecution of the Action.

4. Named Plaintiff shall be awarded $7,500 as reimbursement for his lost time and expenses in connection with their prosecution of the Action.

5. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

DATED this 7th day of October, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge